

*John Mac Lean*

*132 PAGES NO MATTH PAGE NUMBERS.*

PAGE 1RD

John A. Mac Lean. #070620
Everglades Correctional Institution
1599 S. W. 187th Avenue
Miami - Florid 33194

**RECEIVED**
EVERGLADES C.I.
JUN 19 2020
STAFF INITIALS

SERIOUSLY AND
POWERFULLY REVISED
DECEMBER 2019
VERSION 5

*WITNESSED SENT*

FILED BY _____ D.C.
JUN 2 4 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
**3**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983

JOHN ARTHUR MAC LEAN  =  PLAINTIFF

RE: THE MOCK UNITED STATES SENATE INVESTIGATION PROB
REGARDING FLORIDA CORRUPTION INVOLVING
INTENTIONAL VIOLATION OF MULTIPLE STATE
AND FEDERAL STATUTES EMPLOYED TO
UNLAWFULLY CONVICT A US CITIZEN -
IN VIOLATION OF BOTH FLORIDA
AND U.S. CONSTITUTIONS

OLMSTEAD  VS  UNITED STATES
227 V. S. 438, 469, 471, 48 s. ct 564

"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would ( and WILL) bring terrible retribution!"

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

THUS - THE  RETRIBUTION  BEGINS

148 HOURS INVESTESTED        →  *42% NEW - MUST READ!*
IN THIS UPDATED 1983

Plaintiff has prior offered the Florida Attorney General - Ashley Moody an informal resolution - in hopes the AG could see the number of benefits for the State by accepting it - as well as for the AG's future  political ladder - but if a Federal Court judge (or anyone else)  is reading this - AG Moody has refused plaintiffs informal resolution.

 This is to say - AG Moody  has  in fact  refused  plaintiffs informal resolution - and - in doing so - chosen to  commit "CRIMINAL CONSPIRACY" and " "OBSTRUCTION OF JUSTICE" - by not NULIFYING BOTH UNLAWFUL CONVICTIONS and arresting and prosecuting all 22 - PBC public servants who've committed more crimes than Bonie and Clyde.

Reflectively - In the event this Civil Action is denied to be heard by the Federal court - for ANY  reason whatsoever - or the Federal court rules in the defendants favor  - (which plaintiff has a written prediction affidavit - predicting  the

cat/div ___ 550
filing # _____
judge ass _____  Mag Reid
Mail fip __ po  Fee pd $ __ 1/0
receipt # _____

*John Mac Lean*

court will employ one or the other) plaintiffs family will  appeal to Washington Brass - via  MULTIPLE MEGA MEDIA - NO MATTER the resistance - until we get the results this injustice  so richly deserves - as this will in NO WAY be covered up any longer!

<u>YOU'LL  NEVER  READ  ANYTHING  LIKE  THIS  AGAIN</u>
<u>OR  AS  FLORIDA  STATE  CORRUPT!!</u>
<u>90%  DIALOGUE  Q  and  A.</u>

<u>THIS  IS  TRULY  A  PALM  BEACH  COUNTY</u>
<u>"PELICAN  BRIEF" - "WATETGATE</u>
<u>and  THEFT" OF  LEGAL  DOCUMENTS</u>
ALL  IN  ONE.

PAGE 2. NEXT.




PAGE 2R

John A. Mac Lean  - DOC # 070620
Everglades Correctional Institution
1599 S. W. 187 AVE.
Miami, Florida - 33194

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983

John Arthur Mac Lean
  plaintiff

  vs

 defendants:

1) Pamela Jo Bondi
Former Fla Attorney General
GOOGLE address       CASE NO._____

2) Dave Aronberg
Palm Beach County State Attorney
401 N. Dixie Highway
W. P. B. Florida 33401

3) Judge Jeffrey Colbath
Palm Beach County Circuit Court Judge
205 N. Dixie Highway
W. P. B. Florida 33401

4) Judge Karen Miller
Palm Beach County Circuit Court Judge
205 N. Dixie Highway.
W. P. B. Florida 33401

5) Judge Krista Marx
Palm Beach County Circuit Court Judge
205 N. Dixie Highway
W. P. B. Florida 33401

6). Carey Haughwout
Palm Beach County Head Public Defender
421 3rd Street
W. P. B. Florida. 33401

7). Daniel Eisinger ASA Felony Chief
421  3rd Street
W. P. B. Florida 33401

8). .Steve Arbuzow
Palm Beach County trial PD attorney
421 3rd Street
W. P. B. Florida. 33401





9)  Megan Eaton
Palm Beach County initial case PD attorney
421 3rd Street
W. P. B. Florida. 33401

10) Travis Dunnington
Once Palm Beach County PD supervisor
PDs office has address

11)  Rett Parker
Former case PBC PD Attorney
PDs office has address
Tampa' Florida  (??)

12) Rick Bradshaw
Palm Beach County PBSO Sheriff
3228 Gun Club Road
W. P. B. Florida. 33406

13) Maynor Cruz
Boca Raton Police Detective
With PBSO school police
PBSO HAS ADDRESS

14) Detective Mello
Cruz's detective partner
Unknown address
BOCA POLICE HAS ADDRESS

15) Tera Sessa
Palm Beach County PBSO Crime Lab Administrator
3228 Gun Club Road
W. P. B. Florida   33406

16)  Celynda Sowards
Palm Beach Country PBSO Crime Lab Forensic Scientist
3228 Gun Club Road
W. P. B. Florida - 33406

17)  Marci  Rex
Palm Beach County Assistant State Attorney - case prosecutor
401 N. Dixie Highway
W. P. B. Florida. 33401

18) Briana Cokely
Palm Beach County Assistant State Attorney - case prosecutor
401 N. Dixie Highway
W. P. B. Florida. 33401

19)  Reid Scott
Initial Palm Beach County Assistant State Attorney on case
401 N. Dixie Highway
W. P. B. Florida 33401

20) Peggy Natale



Palm Beach County Case Appeal PD
321 3rd Street
W. P. B. Florida. 33401

21) <u>Ashley Moody</u>
Florida's Attorney General
Tallahassee' Florida



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Not applicable - not DOC related - and not a state court possible remedy where extreme "CONFLICT OF INTEREST" is involved.

IV. PREVIOUS LAW. SUITS:

**7**

A. Have you initiated other actions in state court dealing with SAME or similar facts/issues involving THIS action.

Answer <u>Due to extreme CONFLICT OF INTEREST all being state employees - No prior actions taken - birds of a feather - no one on the same team - ever goes against fellow team mates</u>!

B. Have you initiated other actions in federal court with the SAME or similar facts/issues involved in THIS action.

Answer: I did file a far less of a similar claim on two of these defendants in this complaint several years back - in which - with the AGs power - <u>she CORRUPTLY had "fixed"  -</u> (which she is expected to employ again for this 1983). <u>Long to short - that prior 1983 was NEVER HEARD</u>!

C. Have you initiated other actions in either state or fededal court that relate to the fact or manner of your incarceration - etc?

Answer: Again - I filed a 1983 a few years back - not heard - in regards to then current AG Bondi - violating COUNTLESS state ststutes - resulting in my unlawful arrest and jailing - but this 1983 complaint - is UNRELATED to the prior complaint - other then Bondi - as just one of this 1983s issues - is now covertly RETALIATING  for my filing that prior complaint.

D. Have you ever had any actions in federal court dismissed as frivolous - malicious - failing to state a claim or prior to service?

Answer: <u>No!!</u> However - To the best of my 73 year old recollection - the Miami Federal court dismissed that above mentioned 1983 - <u>ONLY due to the state case WAS PENDING</u>.  It is unknown where that case stands at this time - but for the record - I'm not moving forward with that case - and it was NEVER HEARD - <u>and this 1983 has now involved numerous additional defendants  on  far different and more serious criminal issues on their part - thus - this 1983 is NOT the same 1983 -  nor should it be connected in any way to that 1983 - that was NEVER HEARD</u>.

ADDITIONAL REQUIRED PAGES

As the court is aware - 1983 permits extra pages when necessary. With 21  defendants - there is no way to shorten this - and be understood.

CLAIMS BY PLAINTIFF OF DEFENDANTS

In extreme brief - plaintiff will prove all defendants are guilty of every Federal judge ruling below - and multiple constitutional violations resulting in state and federal unlawful arrest - 6 year jailing - two  horrific - unlawful trials - culminating in two unlawful convictions - all in violation of numerous Civil Rights and Amendments and statute violations against a U. S, citizen.

PAGE 3RD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983

JOHN ARTHUR MAC LEAN = PLAINTIFF

P. R. E. D. I. C. T. I. O. N.   A. F. F. I. D. A. V. I. T

With predictions from God how the
future judicial would be



In lieu of filing a CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983 against Florida A G  Ashley Moody and 21 of her Palm Beach County public servants ( PS).....

(which plaintiff has every legal AMERICAN right to file -  WITHOUT ANY retaliation or reprisal - yet knowing how badly the AG and all 21 of her public servants don't want this 1983 filed - linked with that truth - this entire Civil Action has a foundation of State corruption and State committed felonies)

..... plaintiff IS NOW PREDICTING - the AG and - or - other defendants will employ one or more of the following predictions - in an attempt to reduce the chances of this 1983 from being heard in a Federal Court.

IN NO SPECIAL ORDER - PLAINTIFF PREDICTS

* That the AG or one of the involved defendants - will contact a "friend in high places" -  or other politician - (mainly a U. S. Senator - who'll be carefully monitored) will be asked to contact anyone Federal...

(to oversee any Federal judge who's in a position to hear this 1983   or the head Federal judge   or the Federal judge who actually hears this complaint)

..... to instruct said chosen one  to comply with any of the following:

A) To REFUSE HEARING  this 1983 to be filed against the Florida AG and - or - any or all of the 21 public servants defendants: A very  high probability.

B) Said judge will be requested to deny the 1983 - based on some  type of logical sounding grounds - only being established to be "ABLE" to come up with a -  "sounds good on paper" -  reason to deny this 1983.

ISAIAH 10: 1 and 2
WHAT SORROW AWAITS THE UNJUST JUDGES AND
THOSE WHO ISSUE UNFAIR LAWS. THEY DEPRIVE
THE POOR OF JUSTICE AND DENY THE RIGHTS
OF THE NEEDY AMONG MY PEOPLE.

HEBREWS 6:18
IT IS IMPOSSIBLE FOR GOD TO LIE!!

C) This Miami Federal court will not assign this case to a plaintiff requested "trial" - or - if doing so - not in the Miami Federal court - but rather attempt to have it heard in a location -  where the AG or any of the 21 defendants have a judge in their POCKET - to rule in the defendants favor.

ISAIAH 1:23



YOUR LEADERS ARE REBELS AND COMPANIONS OF
THEIVES. ALL OF THEM LOVE BRIBES
AND DEMAND PAYOFFS.

This trial to be heard in the Miami Federal Court - specifically to get the PBC defendants - away from having their PBC friends and judges - to lesson the chance of "fixing" things in PBC - if that was ever an option.

D) Due to the undeniable truth being - at the time all 21 public servants committed their class 2 and 3 white collar felonies (for years!) - all defendants employed such crimes while in their "official capacity" - in violation of their oath to God - and GOVERNMENT OF THE UNITED STATES!!

STATE OF FLORIDA CONSTITUTIONAL PS OATH



"I DO SOLEMNLY SWEAR ( or affirm) THAT I WILL SUPPORT - PROTECT - AND DEFEND - THE CONSTITUTION AND GOVERNMENT OF THE UNITED STATES (even before Florida) AND OF THE STATE OF FLORIDA THAT I AM DULY QUALIFIED TO HOLD OFFICE - UNDER THE CONSTITUTION OF THE STATE AND THAT I WILL WELL AND FAITHFULLY PERFORM THE DUTY OF (title of office) ON WHICH I AM NOW ABOUT TO ENTER. SO HELP ME GOD!!!

Where all 21 defendants swore to ...." SUPPORT - PROTECT - AND DEFEND - THE CONSTITUTION AND GOVERNMENT OF THE UNITED STATES AND OF THE STATE OF FLORIDA" - plaintiff request this honorable Federal judge to compel all 22 defendants - to answer each and every question - WITHOUT any "pleading the fifth" - or having their attornies object to any plaintiff questions - WOULD BE IN VIOLATION OF SAID OATH - where again - defendants swore to.... SUPPORT - PROTECT - ANDb DEFEND - THE CONSTITUTION AND GOVERNMENT OF THE UNITED STATES - WHICH IS EXACTLY WHAT A FEDERAL COURT IS: THE U. S. GOVERNMENT - which can't be "supported" - if ALLOWED to refuse answering questions!!

Thus - where defendants committed their crimes while in their official sworn to honor capacity - its only right and lawful the defendants MUST BE COMPELLED BY THE JUDGE to answer ALL questions - with plaintiff NOW PREDICTING said judge MAY NOT COMPEL defendants to own up to their OFFICIAL CAPACITY OATH - specifically to give defendants an "out" - to not comply with their oath and lie.

PSALM 58: 1 - 4
JUSTICE: DO YOU RULERS EVEN KNOW THE MEANING OF THE
WORD? DO YOU JUDGE THE PEOPLE FAIRLY? NO! YOU PLOT
INJUSTICE IN YOUR HEARTS. YOU SPREAD VIOLANCE
THROUGHOUT THE LAND. THESE WICKED PEOPLE
ARE BORN SINNERS EVEN FROM BIRTH THEY
HAVE LIED AND GONE THEIR OWN WAY.
THEY SPIT VENOM LIKE
DEADLY SNAKES!

Plaintiff is in hopes God's Words above - foreseen by God - would take place in the future - doesn't apply to this case or to which ever judge is assigned -
and that the Federal judge assigned - is in fact "honorable."

GO TO PAGE 4



PAGE 4RD

E) Plaintiff predicts the assigned judge will not allow this case to be made Federal public record - in all processes - on line - as all other federal 1983s are made public - which would be taken by plaintiff and family  as additional "cover up" attempts - thus supporting such a  judge is on the defendants side. As well - the WP  will be called in during the trial (the judge will never grant) to clearly understand this injustice  - while  monitoring everything said to "get the story straight".

PSALM 94: 20
CAN  UNJUST  LEADERS  CLAIM  GOD  IS  ON  THEIR  SIDE
- - LEADERS  WHOSE  DECREES  PERMIT  INJUSTICE
THEY  GANG  UP  AGAINST  THE  RIGHTEOUS
AND  CONDEMN  THE  INNOCENT!!

22 PUBLIC SERVANTS??
GANG UP?? !!



F)  Plaintiff request  this 1983 to be heard by a MALE judge - as its likely where the AG is female - Ashley Moody or ex AG Pamela Jo Bondi - undoubtedly have "gf" federal judges - who would favor the defendants side throughout the trial -  thus plaintiff request a male judge to hear this case.

G) Or - plaintiff predicts - even after plaintiff presents a PELICAN BRIEF - WATETGATE  COMPELLING  case against all defendants -  surely exposing their guilt - plaintiff predicts the judge will still rule  in the favor of the defendants - at which time - plaintiffs family - WILL HAVE NO OTHER CHOICE BUT TO SATURATE WASHINGTON WITH THIS 1983 - bringing this case to the Washington politicians in any position  AND MANNER it takes - to obtain justice - as even Florida doesn't possess a carpet large enough - to sweep this under - any longer.

H),Or the Federal judge will deny hearing this case - will claim plaintiffs 1983  is in the wrong 1983 format:

(as IF inmates all have a bar card or easy working conditions -  or supplies - to produce a perfect - by the books 1983 - merely due to others possibly having done so).

This prediction is highly predicted - which even Washington will see as just a way out for the judge to bail out a very corrupt group of state public servants - keeping in mind - in prison -  inmates are severely limited to what they have to physically work with  - or their abilities.

I) If a federal judge hears this case - plaintiff predicts said judge - if finding one or more defendants guilty - will merely slap their wrist - issuing nothing that will permanently remove their bar cards  or put them on a stiff probationary period, that won't effect their lives at all - with no prison given. VICTIM = NOT ACCEPTABLE!

J) Or - If this case is heard - it will be seriously  delayed and postponed.

K ) Or lastly - plaintiff predicts the chosen federal judge who should have heard this - will come up with any other - claimed-to-be valid reason not to hear this case - possibly claiming - the court will hear it - but not until its in a more fitting format to the typical - skimpy - shallow - "bim - bab thank you mam" format - that doesn't allow allllll of the CRUCIAL facts to be presented  as well or clearly -  as they have been in this very format and 1983. More cover-up attempts.

SHOULD  ANY  FEDERAL  COURT  ELECT  TO  FALL
VICTIM  OF  THIS  PREDICTION  AFFIDAVIT

Again - plaintiffs family will have no other choice but to send this to the WP in a manner - NO ONE WILL KNOW OF - OR BE ABLE TO PREVENT.  It WILL reach the WP (or other major Washington papers with UK also in mind.)

ANYONE - anywhere - having read this - it WOULDN'T have been made available if the presiding federal judge DIDN'T - in fact deny hearing this 1983 - as predicted - with the reason for doing so - having  a check mark beside it.



*PAGE 13 AND 14 CLASSIFIED FOR MEDIA ONLY*

PAGE 6R

CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983

Unquestionably - they'll be those who'll feel this entire 1983 Civil Rights Suit - is only about - '" you have to drop these charges - because I'm not guilty and you have the wrong person" - when - if that was my melody - that would be the same old song everyone sings - thus - not mine!!

The number one reason the state must be held accountable for multiple Civil Right violations resulting in unlawful convictions - is due to having obtained both convictions criminally - which is always a total loss in the end - theirs - enroute. Therefore my goal - and ALL I HAVE TO PROVEN- to this federal court - is that - the state has violated far too many  Title 18-241 / 18-242  /  18-4 / 18-1512 - and 18-1708/9 - VIA numerous State and Federal statutes - and Civil Right violations - for this court not to rule in the plaintiffs favor.

Having had experience with  a federal courts "thought process" - it wouldn't be fair for a federal judge - to claim I'm trying to make the court decided whether a state court or jury - made the right ruling in a trial - as that's NOT WHAT THIS IS ABOUT.

What plaintiff request this court to focus on - is the massive  CIVIL RIGHT VIOLATIONS - via committing a number of STATE AND FEDERAL STATUTE VIOLATIONS - thus -  based on said findings - for the court to rule in the plaintiffs favor - according to all below - (which is powerful enough - expect to SEE THIS BELOW MANY MORE TIMES - as no court can violate any of the following.)

OLMSTEAD  VS   UNITED  STATES
227 V. S. 438, 469, 471, 48 s. ct 564

"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you - WILL) bring terrible (legal) retribution!"

"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE - to violate laws of the state!!!!"

"Decency, security and liberty, DEMAND.....DEMAND that government officials  shall be SUBJECTED TO THE SAME RULES OF CONDUCT THAT ARE COMMANDS TO THE CITIZENS!!!"

"Under one of these alternative theories the rule's foundation is shifted to the sporting contest thesis that the Government MUST PLAY THE GAME FAIRLY and CANNOT BE ALLOWED TO PROFIT FROM ITS OWN ILLEGAL ACTS!!!!"

U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012)
"Through the Supremacy clause of the United States Constitution
State and Federal courts alike, ARE BOUND....BOUND TO GUARD
AND PROTECT  RIGHTS  SECURED BY THE  CONSTITUTION..!!!"



U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A state CAN NOT REFUSE TO APPLY THE SUBSTANTIVE
PROTECTIONS OF A FEDERAL STATUTE
(18-241 / 18-242 / 18-1512) IN ITS OWN COURT

WITH THIS THE PREMISE AND FORMAT OF THIS 1983....
..... plaintiff request this honorable court - to weigh in and focus on all of the evidence - then realize what the defendants have established - is an actual PELICAN BRIEF - WATERGATE CALIBER - world embarrassment for the United States and Florida judicial system - that will have Washington in an uproar - PARTICULARLY IF ANY FEDERAL COURT was to deny  hearing this judicial atrocity.

*COMPELLING Mock Q AND A COMING up-*

(10)

AS TO MY METHOD OF PRESENTATION TO THE COURT

Plaintifs best form or explaining and writing - is MOCK DIALOGUE - utilizing Q and A - where - in this case - the questions being asked - are formulated by a U. S. Senator - with the full Senate in session: their "prey'. - the state vigilante public servants - now defendants - who have so blatantly violated plaintiffs countless Civil rights. A format this court will never see again - and hopefully find interesting and unique..

Reflectively - this entire MOCK Q and A - has a foundation of the defendants WILLFULLY TELLING THE TRUTH - which is how - (by their telling the truth) - plaintiff reveals to the court - the Civil Right Violations against the plaintiff - the United States Government - and the entire judicial system. Based in this detailed way of conveyance - it is imperative this court accepts what the defendants are answering - as the way IT REALLY WAS - as this represents - THE WAY IT REALLY WAS!!

PLAINTIFF ALSO REQUEST

Plaintiff also respectfully request of this court - to understand plaintiff is NOT on trial here. This isn't about what defendants "think" plaintiff may have done - or what plaintiff crime alleges - which plaintiff expects defendants to bring up - specifically TO POISON a judges' opinion of a plaintiff - from the beginning. This is the defendants day on trial - NOT the plaintiffs!

Likewise it would be unfair for any federal court - to hold a States courts charges against a plaintiff - or a conviction - when the state and its public servants

1) Have the wrong accused

2) In which led up to a conviction - totally state criminaly formulated.

3) Where twin trials were laced with multiple Civil Right - state and federal statute violations U. S. Supreme Court rulings and provisions - and more - thus this court should not aim ANY guilt towards plaintiff. Plaintiff ask this court to treat plaintiff - as being innocent of these charges - because truth and reality is - I am!

Reflectively - literally nothing will be learned or gained by trying to read this "at work" or in ANY OFFICE - as its simply far too complexed and intricate to retain everything within. Be wise and violate one of your own business rules of not taking the job home with you - or you are truly wasting your time - keeping in mind - you'll never read anything like this again: surely world news to come - WHEN the Federal judge refuses to hear it.

PAGE 7 NEXT



PAGE 7R

The following ~~110~~ pages - reveal WHO   and  HOW the defendants  are  guilty in Florida - PBC  and the United States of  OBSTRUCTION OF JUSTICE  and  CRIMINAL CONSPIRACY - via a number of the Fla State Statute and Federal "white collar" class 2 and class 3 felony  violations - giving birth to multitude of Constitutional Right violations - the main Public Servants violators seen below.

1)  The prior Fla Attorney General  Pamel Jo Bondi .

2)  The PBC State Attorney Dave Aranberg

3)  Three PBC ASAs Reid Scott / Briana Cokley / Marci Rex

4)  Three Palm Beach County Circuit Court Judges  = Karen Miller / Krista Marx / Jeffrey Colbath.

5)  TWO PBC  - BOCA RATON "bad cop" = Mynor Cruz and Ronald Mello

 6)  Seven  PBC public defenders (CH / SA / ME / CF / TD / RP and  others.

7)  PBSO Sheriff and deputies.

8)  The current Florida AG. Ashley Moody (for looking the other way)

All well known -- all involved in multiple state and Federal WHITE COLLAR  violations and Constitutional Rights - resulting in my:

1)   2012 unlawful arrest

2)  6 years unlawfully in jail.

3)  Two - state confessed -  unlawful trials

4)  Two state / PBC unlawful convictions.

Below is JUST ONE example of how UNLAWFUL the state KNEW both trials were - as these 99% near exact quotes - were initially made by one of the  trial ASAs (B. Cokely) prior to the first trial beginning - at which time - judge Colbath verbabily CONVICTED vHIMSELF as well - via multiply state and federal violations - namely: - Title 18-241 / 18-242  /  18-1512 / 18-1708 / 18-1709 /  and  18-4.  It is strongly believed they had these precise  recorded confessions - made at the beginning of trial one. - edited out of the court recording - of which the FBI will be able to uncover.

ASAs CONFESSION TO  TWO  UNLAWFUL TRIALS.

"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY -  THE STATE  HAS  NO  CHAIN  OF  CUSTODY  FOR 30  YEARS  ON  THE  ONLY  EVIDENCE  WE HAVE - AND  THAT  THE  EVIDENCE  WAS  IN  A  LARGE  BOX WITH  THE EVIDENCE  FROM  50  TO  300  OTHER  OLD  CASES - NONE  OF  WHICH WAS cp INDIVIDUALLY PACKAGED - ALL  TOUCHING  EACH  OTHER - WITH  NO  PROPERTY  RECEIPTS  FOR  30  YEARS".

(CLEARLY  IN  VIOLATION OF)

FEDERAL TITLE 18-3600 (a) (4)
(4)  The specific evidence TO BE TESTED is in the possession of the government (PBSO) and HAS BEEN (PAST TENSE) SUBJECT TO A CHAIN OF CUSTODY and retained under conditions sufficient to ENSURE that such evidence  HAS NOT BEEN  (WHILE  IN  STATES  CUSTODY !) - substitutED  contaminatED  -  tamperED  WITH  - replacED  -  OR alterED - (all past tense = ed)  ANY respect material to the proposed DNA testing!!





AND THE JUDGES CONFESSION OF KNOWING THE
STATE HAD NO LAWFUL EVIDENCE
MAKING AN UNLAWFUL TRIALS.

"YOU DEFENSE ATTORNEYS CAN NOT DEFEND YOUR CLIENT USING THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS - AND THAT THE EVIDENCE WAS NOT INDIVIDUALLY PACKAGED AND TOUCHING OTHER EVIDENCE - NOR THAT IT DID NOT HAVE ANY PROPERTY RECEIPTS FOR 30 YEARS!"

4) RESULTING IN  two 2018 unlawful convictions!



PBSO GENERAL ORDER 532.00

IT is the policy of the Sheriff of Palm Beach County to maintain evidence...in accordance with FEDERAL, STATE, AND LOCAL STATUTES and court decisions (ONLY - ONLY - ONLY WHEN COURTS ARE IN FULL COMPLIANCE WITH THIS GENERAL ORDER AND THE FBI!). This order will apply to ALL employees. (which engulfs PBSO CRIME LAB staff)

CHAIN OF CUSTODY
IT IS REQUIRED UNDER (countless state  and  federal) LAW - THAT THE ITEM (swab  and  piece of cloth) introduced to the court as evidence during a criminal or civil proceeding - IS PROVEN (THATS PROVEN!!!) to be THE SAME ITEM ORIGINALY COLLECTED.  (only accomplished by the CHAIN OF CUSTODY!! )

1) THE CHAIN OF CUSTODY INCLUDES THE NAMES OF ALL PERSONS HANDLING THE EVIDENCE  THE REASON  THE DATE AND TIME THE EVIDENCE CAME INTO THEIR POSSESSION.

Q. WHAT CHAIN OF CUSTODY???

A. We had none!!!

2) PROPER PACKAGING CONSIST OF PROTECTING AND SEPARATING ITEMS TO PREVENT THE LOSS, REMOVAL, CONTAMINATION OR TAMPERING.

Q. And what packaging???? How could any judge -  allow ANY  crime lab Forensic Scientist (FS) State confessed unlawful evidence - that WASN'T EVEN PACKAGED AT ALL - to be used in ANY court proceeding?????

A. Via corruption!!

3) PROPER SEALS CONSIST OF COVERING ALL OPENINGS OF EVIDENCE PACKAGE TO PREVENT LOSS, REMOVAL, CONTAMINATION OR TAMPERING!! (NOW GET THIS NEXT LINE)

 EVIDENCE WILL NOT...(WILL NOT) BE ACCEPTED (IN THE CRIME LAB OR COURT) UNLESS IT IS PACKAGED AND UNDER PROPER SEAL.

Q. But there was no packaging or seals at all!

A. I agree! Totally unlawful - as was:

4) EACH ITEM OF EVIDENCE SHALL BE LEGALLY - RECORDED ON THE PROPERTY RECEIPTS. (The  FS (CS)  CONFESSED  - THEY didn't even have one property receipt for the evidence to a FS confessed 5o to 300 cases.

SUMMARY  AND FORMAT OF ALL TO FOLLOW
To begin  this VERY ACCURATE ACCOUNTING  of  this  massive  Florida and Palm Beach County  PELICAN BRIEF and  WATERGATE caliber OBSTRUCTION OF JUSTICE and  CRIMINAL CONSPIRACY - is a "mock" U.S. Senate  Q  and  A  INVESTIGATION - in  which - IF (IF) all  involved were to  TELL THE TRUTH - the



*13*

answers they give - would represent EXACTLY what has criminally been inflicted on plaintiff (JM) ever since October 19th - 2012 - as you will read in this mock Q and A.

AGAIN: The answers to all questions asked by the Senate Majority Leader are being answered in the highest degree of truth - and prior to anyone doubting any such answer - ask any of these defendants if they'd be WILLING to SUBMIT to federal polygraph - and watch how fast they'll REFUSE - a "right" or not. .

PAGE 8 NEXT



*19*





PAGE. 8R

AT THE END OF THE. Q  and  A ....
.....are several pages of various state and Federal violations committed - and both Florida and U. S. Constitution Amendment violations - in which have been so horrifically violated - one would swear they were committed by people who aren't even attorneys.

Also be advised - if while reading along - you stumble into something that makes me look guilty - or isn't fitting to my overall theme or demeanor - "they" had it altered to reflect something I did NOT WRITE! And for the record - I had NOTHING to do with these crimes and wasn't even in the state at the time of one of the two were to have taken place in the 1970's

A CRUCIAL FACT NON-VIGILANTES WILL ACCEPT
Due to the fact - 98% of these pages to follow - prove without any shadow of doubt - the states public servants are guilty of all within - will be the cause of vigilante bar - claiming that's up to the appeal courts to decide - which sounds good on paper - but again Federally proven wrong below - reflectively acquiring a reply of - "Good try but the HIGHEST APPEAL COURT IN THE UNITED STATES HAS ALREADY DECIDED - AND MUST BE HONORED AND ACCEPTED IN "THIS" FEDERAL COURT.

OLMSTEAD VS UNITED STATES
227 V. S. 438, 469, 471, 48 s. ct 564

"To declare that in the administration of criminal law, the end justifies the means to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you WILL) bring terrible (legal) retribution!"

THE VERY HEART OF OBSTRUCTION OF
JUSTICE / CRIMINAL CONSPIRACY
AND MULTIPLE CONSTITUTIONAL
VIOLATIONS

REPEAT BUT NEEDED TO SINK DEEP

ASA CONFESSION TO JUDGE PRIOR TO TRIAL ONE BEGINNING

"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY, THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS ON THE ONLY EVIDENCE WE HAVE, AND THAT THE EVIDENCE WAS IN A LARGE BOX WITH THE EVIDENCE FROM 50 TO 300 OTHER OLD CASES, NONE OF WHICH WAS INDIVIDUALLY PACKAGED, ALL TOUCHING EACH OTHER, WITH NO PROPERTY RECEIPTS FOR 30 YEARS."

U. S. - HAYWOOD VS DROWN, 556 U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A state CAN NOT REFUSE TO APPLY THE SUBSTANTIVE
PROTECTIONS OF A FEDERAL STATUTE
(18-241 / 18-242 / 18-3600 / 18-1512) IN ITS OWN COURT!!

FEDERAL TITLE 18-3600 (a) (4)
(4) "The specific evidence TO BE TESTED is in the possession of the government (PBSO) and HAS BEEN (PAST TENSE) SUBJECT TO A CHAIN OF CUSTODY (lab confessed to NO CoC!!) and retained under conditions sufficient to ENSURE that such evidence HAS NOT BEEN (PAST TENSE!!!) - substitutED - contaminatED - tamperED WITH - replacED - OR alterED - in ANY respect material to the proposed DNA testing!"

The above - details the State must be in compliance with the requirements for Post Conviction DNA RE-testing - only allowed when a states INITIAL ANALYSIS is in full compliance of the above Federal DNA acquisition - inasmuch as -



LOOK UP again -  at the individual descriptive restrictions and note - they're all in PAST TENSE (ed), revealing that Federal mandate - clearly  proves - 3600 DNA MANDATES  BEGINS - IN THE STATES  OWN CRIME LABS - and COURTS - MAKING ANY STATE DNA UNLAWFUL - IF NOT IN COMPLIANCE WITH ABOVE.

<div style="text-align:center">

THE  JUDGES  CONFESSION  OF  KNOWING THE
STATE  HAD  NO  LAWFUL  EVIDENCE
MAKING AN UNLAWFUL TRIALS.

</div>

"YOU DEFENSE ATTORNEYS CAN NOT DEFEND YOUR CLIENT USING THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS, AND THAT THE EVIDENCE WAS NOT INDIVIDUALLY PACKAGED AND TOUCHING OTHER EVIDENCE, NOR THAT IT DID NOT HAVE ANY PROPERTY RECEIPTS FOR 30 YEARS!"!!!!

And no judges' discretion or immunity from civil financial suits - allow any bar - to knowingly and willfully violate the law - of which both judge and state confess to violating!!

Redundant or not  - SPECIFICALLY NOTE the multiple past tense of all the  "ed" at the end of the above read restrictive words - that PERTAIN TO - PRIOR TO ANY  Federal post conviction testing. In other words, if the state level DNA EVIDENCE - HADN'T BEEN MAINTAINED - AS THE FEDs MANDATE IN THE ABOVE  18-3600 (4) (a) --- DNA EVIDENCE CAN NOT BE USED IN ANY STATE OR FEDERAL DNA TESTING LABS, CLEARLY MEANING:

1) That the states DNA WASN'T LAWFUL TO EVEN USE IN ANY CRIME  LAB or COURT and..

 2) WHERE SAID EVIDENCE IS NOT Federal SUITABLE FOR FEDERAL POST CONVICTION RETESTING - THEN BECOMES A VIOLATION OF 18-241 AND 18-242, INASMUCH AS, DENYING A DEFENDANT THE SAME RIGHTS AS EVERYONE ELSE HAS, TO BE ABLE....ABLE TO HAVE THEIR DNA RETESTED BY THE FEDS POST CONVICTION APPEAL PROCESS - IN WHICH THE STATE HAS  ALREADY DENIED THAT RIGHT - BY INITIALLY ALLOWING UNLAWFUL EVIDENCE TO BE INTRODUCED TO 1st - THE CRIME  LAB - AND 2nd  - THE PBC Circuit Court - THAT COULDN'T HAVE BEEN ANY MORE UNLAWFUL than it was.

 Must you re-read the above 3600 again - to see  all the "ed's" -- CLEARING TALKING - PRIOR TO REACHING ANY POST CONVICTION TESTING OR THE STATE LEVEL - DNA WON'T BE ACCEPTABLE FOR FEDERAL RETESTING - IF..IF ..IF THE STATE WASN'T IN COMPLIANCE WITH 18-3600 (4) (a) - as the  state DNA in these fabricated cases - surely wasn't!!!!

PAGE 9 NEXT



MOCK Q + A BEGINS!

PAGE 9R        ASA BC

### SENATE MAJORITY LEADER COMPELS THE FLOOR

With the US Senates Majority Leader - Ed White (EW) - asking the questions - all the defendants are sitting in wait for their turn - as are the victim - J.M. and wife - all present and sworn in - as EW opens:

"Good morning ladies and gentlemen. Though none of you had any choice in coming here - I nonetheless want to thank you for appearing. Any time we have one of our states making a MOCKERY of our countries judicial system and Constitutions - you can be sure - the full Senate will step in. I also must say - the full Senate is appalled at the way Fla/PBC Judicial has so terribly conducted what we now all believe - is "the norm" for all Florida judicial - and you may be certain - we're going to resolve this abruptly.

I also find it very disturbing JM was quite willing to work this out (save "face" for Fla) with the new Florida AG - Ashley Moody - who - like the prior AG - Pam Bondi - again - merely chose to sit back to play the waiting game with JM - to see if he'd make good any of his repeated vows - that this day would eventually arrive - and - Florida - that plan was - and will again prove to be - a serious mistake - with not one of you smart enough to realize - any story as Pelican Brief and WATERGATE embarrassing for the US Government and a state - as this story truly is - only naturally would enthrawl the full Senate - Washington - Florida and global citizens.

My intentions are to ask each of you various questions - and let me make it very clear - where you're all attached to the very latest - lazor polygraph - that will positively catch every lie you make - I strongly suggest you don't lie - or the penalities won't be nice. That means - for every question I ask - you had better answer the God's Honest truth. And with that - I call State prosecutor Brinna Cokley to the stand. For the sake of saving time - we'll skip all of the small talk - so we can get right to the meat of this horrific injustice

Q. Would you state your name and position for us.

A My name is Briana Cokley - and I'm one of the two Palm Beach County Assistant State Attorney who were assigned to prosecute JM in both trials in the summer of 2018.

Q. And were you aware of the corruption taking place in PBC?

A. Sir - there isn't one bar member anywhere in Florida - that isn't aware of this corruption. We all know of it and play our part when our time comes - even the PA's. But in the JM cases - Marci Rex and I - were both specifically assigned by the PBC S. A. Dave Arenberg - as he knew we're ruthless when it comes to violating everything.

Q. What would ever prompt you to make such a bold - state criminal confession - on record - as the one below?

"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY, THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS ON THE ONLY EVIDENCE WE HAVE, AND THAT THE EVIDENCE WAS IN A LARGE BOX WITH THE EVIDENCE FROM 50 TO 300 OTHER OLD CASES, NONE OF WHICH WAS INDIVIDUALLY PACKAGED, ALL TOUCHING EACH OTHER, WITH NO PROPERTY RECEIPTS FOR 30 YEARS."

Q. Was that close to what you confessed to in court - without the jury present?

A. Astonishing JM could remember that quote - as its almost a clone. As to what prompted me to say it - pure ignorance and not thinking clearly or that JM would remember it or have the ability to bring us all down - with one slip of the tongue - good-by bar card and livelihood.

Q. No truer words were ever spoken. So it is your testimony here today that:

1) You knew the evidence was 100% unlawful to use in any court on earth?

2) That you violated Fla Stat § 838.022 - 18-1512 and Fla. Stat 913.18 - via concealing multiple material facts from the jury?

OBSTRUCTION OF JUSTICE = OJ





OBSTRUCTION !



3) An that there's a second '  multiple counts  of that statute - via fraudulently presenting the evidence as lawful - when you abundantly knew it wasn't?

4) You've splendidly violated JMs US Constitutional rights per Title 18-241 and Title 18-242  and  18-241 - basically mandating every US citizen must receive - not only a FAIR TRIAL - but  a lawful prosecution anywhere in the US - equal and in compliance with the full US and Fla  Constitutions. Are you aware you've violated all of this  - just for starters?

A. I am sir. But its the old - thinking we wouldn't get caught - and that  Arenberg would  get things fixed for us - if we dig too deep of a hole - like he has in the past.

Q. I'm going to quote a Florida statute and I will ask you several questions in regards to it.

    FLA STATUTE. § 838.022 OFFICIAL MISCONDUCT

(1) IT IS UNLAWFUL  FOR  A  (PUBLIC SERVANT) OR PUBLIC CONTRACTOR, TO  KNOWINGLY  AND INTENTIONALLY  OBTAIN  A (ANY) BENEFIT (an unlawful arrest and conviction by and for the state) FOR ANY PERSON OR TO CAUSE UNLAWFUL HARM  (ARREST  6 YEARS IN JAIL  TWO UNLAWFUL TRIALS  PRISON) TO ANOTHER, BY:

a) FALSIFYING, OR CAUSING  ANOTHER PERSON TO  FALSIFY  ANY OFFICIAL RECORD  OR  OFFICIAL DOCUMENT!!

b) CONCEALING,  COVERING  UP,  DESTROYING,  OR  ALTERING ANY  OFFICIAL,  RECORD   OR DOCUMENT...OR CAUSING  ANOTHER  PERSON TO PERFORM SUCH AN ACT

c) OBSTRUCTING - DELAYING - OR PREVENTING THE COMMUNICATIONS OF INFORMATION RELATING TO THE COMMISSION OF A  FELONY THAT DIRRCTLY INVOLVES OR EFFECTS THE GOVERNMENT ENTITY SERVED BY THE PUBLIC SERVANTS.

    G O TO PAGE 10

a.) b) c) BONDI AND ARONBERG EDITING CODIS OF MY 2005 DNA PROFILE AND MANY OTHER DOCUMENTS



PAGE 10R        ASA BC - 1

Q. My first question is - who does that law pertain to?

A. Florida bar and badge (BAB)!

Q. Not the public?

A. Correct.

Q. And you clearly understand that state law?

A. Sir - I have my Florida bar card: of course I understand it.

Q. No Ms Cokely - you no longer have any bar card. So then - where this is a state law for all BAB - that includes all ASAs - which you have NO immunity for criminally violating - isn't that correct?!

A. Yes it is  a state law for all bab - and no - we have no immunity for committing state or federal law violations.



Q. Then you've  - PREVENTED AND CONCEALED THE COMMUNICATIONS OF INFORMATION   (seen again below) RELATING TO THE COMMISSION OF A FELONY -  THAT DIRECTLY INVOLVES  OR  EFFECTS  THE GOVERNMENT ENTITY  SERVED  BY  THE PUBLIC  SERVANTS - that information being concealed from the jury.

"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY, THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS ON THE ONLY EVIDENCE WE HAVE, AND THAT THE EVIDENCE WAS IN A LARGE BOX WITH THE EVIDENCE FROM 50 TO 300 OTHER OLD CASES, NONE OF WHICH WAS INDIVIDUALLY PACKAGED, ALL TOUCHING EACH OTHER, WITH NO PROPERTY RECEIPTS FOR 30 YEARS."  Isn't that true??

A. Yeahhh.. I guess we did violate that class three felony.

Q. So you confess - you didn't  advise either jury - in either trial - the only evidence you had - was unlawful to use?

A. Ahhhh - no we did not!

Q. So you've committed a class 3 felony - times two trials - thus 14 jurors - thus 14 counts in all?

A. Ummm - we did.

Q. Making it two unlawful trials?

A. True.

Q. Ms C - were you ordered to convict JM at all cost?

A. We were. And Pam Bondi always has our back inasmuch as - not losing our cards and stuff like that.

PSALM 58: 1 - 4
JUSTICE: DO YOU RULERS EVEN KNOW THE MEANING OF THE
WORD? DO YOU JUDGE THE PEOPLE FAIRLY? NO! YOU PLOT
INJUSTICE IN YOUR HEARTS. YOU SPREAD VIOLANCE
THROUGHOUT THE LAND. THESE WICKED PEOPLE
ARE BORN SINNERS EVEN FROM BIRTH THEY
HAVE LIED AND GONE THEIR OWN WAY.
THEY SPIT VENOM LIKE
DEADLY SNAKES!





Q. During either trial - did the alleged victims or anyone in law enforcement or anyone else - ever - at any time - look across the court room - and point to JM and say - "that's the assailant right there."?

A. Ah no!

Q. Were there any finger prints left behind by the real assailant - in which the alleged victims pointed out where they touched - of which police "gathered together" those very prints - to examine against JM's??

A. Um there was.

Q. How many prints in all,?

A. Ahhh...well actually - the police officer who testified in both trials - testified he personally acquired 11 finger print cards - with 5 prints on each - so like - a minimum of 55 prints were found total - from both crime screens.

Q. Fifty five finger prints in all. And did the officer take the prints of everyone in the house - to see if any of the prints we're theirs?

A. He did - and none matched!!

Q. Ms Cokley- aren't finger prints believed to be the assailants - particularly witnessed placed - MATERIAL EXCULPATORY?"

A. Umm...yeah - they are.

Q. So the prints had to belong to the assailant - where they matched no one else in either home?

A. Ahhh yes.

Q. And have you ever heard of:

        ARIZONA VS YOUNGBLOOD (1988), 488 U.S. 51
    { 20} The DUE PROCESS CLAUSE PROTECTS A DEFENDAN
FROM (FROM) BEING CONVICTED OF A CRIME WHERE THE STATE
       HAS FAILED ˙ TO PRESERVE "MATERIAL EXCULPATORY"
                    EVIDENCE! GM !

A. Ummmm yeah - I'm aware of that.

Q. Then tell us all - TELL THE WORLD  - because that's who's going to read this: did police find any of those 55 prints - to match even one of JMs?

A. No.

Q. So here we have the police - acquire  55 MATERIAL EXCULPATORY prints - from the very locations - the alleged victims saw the REAL assailant touch - yet none of those 55 prints match JMs prints?

A. Ahhh....well.....because the police destroyed them all - there wasn't anyway of telling.

The  full senate smiles:

Q. I see. And isn't it again true - case proven prints -  are  material exculpatory?

A. That is true - yes.

Q. And isn't it true - the federal judges ruled in YOUNGBLOOD - that upon a state failing to PRESERVE MATERIAL



EXCUPLATORY EVIDENCE - REQUIRES THE CHARGES TO BE DISMISSED - which is also a constitutional and Brady mandate??

A. What can I say? We we're all ordered by AG BONDI - to violate anything we had to - to get a conviction - so we did - and thats just one of the many we vomited all over!!

Q. And didn't you just testify  - finger prints were located at the scene of both alleged crimes - in which the police officers  who gathered those prints together - also  confessed via documentation - to having  destroyed those very prints -  wouldn't that confession be considered   MATERIAL FACTS?

A. Most definitely!

Q. And did you or your ASAs assistant Rex - bring these - innocent or guilty proving facts - to the attention of the juries?

A. Ahhhhh...no...no we didn't.

Q, And why not?

A. Because they would have found JM innocent!

Q. And the fact you intentionaly didn't bring these very material facts to the juries attention - isn't it true that's in violation of....CONCEALING,  COVERING UP - ANY OFFICIAL, RECORD  OR  DOCUMENT  via 838.022 / 913.18 - 18-1512 via many sub sections -  making it  a class 3 felony - both you and your ASA partner have committed?!

A. Ahhhhhh....yeahhh....obviously we're guilty of both statutes times 14 counts.

Q. And who was first to have discovered this print destruction?

GO TO PAGE 11



26







PAGE 11    ASA  BC

A. PBC  ASA  Reid  Scott.

Q.  So this ASA.  Scott  was the first to make known  the destruction of prints - of which he too violated  - by KNOWINGLY AND WILLINGLY FALSIFY, OR CONCEAL  A MATERIAL FACT - all on top of - criminally concealing these material facts from the court - defense - and media.

A. He can't deny it - as he confessed in the motion to compel (m2c) hearing - to the police finding and gathering together the 24 material favorable evidence - 11 of which were the print cards - thus - material exculpatory - so yeahhh - he  was the first to commit that class 3 felony - we BABs try to claim wasn't actually a felony - it was only "suppressing" the evidence - a word game that's supposed to avoid that §838.022 statute - and does avoid it - if a sharp - non vigilante attorney orrr - sharp accused - doesn't mention that statute - as JM  did - and snitch us out.

Q. And how long do you think Florida's been getting away with the Brady vs Maryland - violation - by scamming the public by believing  the word "suppression"  makes concealing legal - as if its a life preserver - when its actually a Fla. Stat 838.022 concealing class three felony?

ISAIAH 1:23
YOUR  LEADERS  ARE  REBELS  AND  COMPANIONS  OF
THEIVES.  ALL  OF  THEM  LOVE  BRIBES
AND  DEMAND  PAYOFFS.

PSALM 94: 20
CAN  UNJUST  LEADERS  CLAIM  GOD  IS  ON  THEIR  SIDE
- - LEADERS  WHOSE  DECREES  PERMIT  INJUSTICE
THEY  GANG  UP  AGAINST  THE  RIGHTEOUS
AND  CONDEMN  THE  INNOCENT

A. Ohhh gawddd...for decades - when the truth is - Fla. Statute § 838.022 is specifically for "PUBLIC SERVANTS" for again - "PREVENTING AND CONCEALING THE COMMUNICATIONS OF INFORMATION  RELATING TO THE COMMISSION OF A FELONY - THAT DIRECTLY INVOLVES OR EFFECTS (effects?? How about destroys ANY TRUST IN ALL STATE CITIZENS  IN  ITS  JUDICIAL  SYSTEM:  IT'S  ENTIRE  JUDICIAL  SYSTEM!!  HOW BOUT THAT??!!)  THE GOVERNMENT ENTITY  SERVED  BY  THE  PUBLIC  SERVANTS - so yeahhh - we're scamming the tax payers  the defense  the court  and the pubic - everytime we employ the "suppression game". We're history in every way possible - aren't we? :'(

Q. Ouuu if you only knew. As if suppression isn't exactly what the Brady case is soooo  federally against - it MANDATES DISMISSAL OF THE CHARGES!!!!??? Isn't it also true - an alleged victim stated the assailant - had black hairy arms - to JMs blonde and light covered hair?

A - Um - yeah that too is true.

Q. Then how the hell can an honorable state - which Florida obviously isn't - simple blow that powerful fact off? Here JMs arm hair wasn't heavy in those days  - and positively blond? What'd you all do - brainwash yourselves into believing he dyed his arm hair??????

A. This is making me sick.

Q. No doubt! It should!!  So you're all well aware - including EX AG Bondi  - that JM was unlawfully arrested and charged and prosecuted and imprisoned??

A. Of course we all knew. Everything became transparent in the M2C - as just some of our many violations - in which forbid JM from even being arrested.

Q. Yet you and your corrupt associate ASA - Marci Rex - nonetheless prosecuted JM anyway?





A. By no choice! Either that - or lose our jobs.

More senator smiles.

Q. I don't think you have to worry about that any longer - Miss Cokely. If I were you. I'd be more concern over your arrest - as you are now under arrest and these two female federal agents to your left - will be taking you to a holding cell - out of verbal range of the others - so they'll be no sinchronizing stories. You are a disgrace to the US Government. Agents? Get her out of my sight!

GO TO PAGE 12





PAGE 12R   =   R. S. / ASA

Q. I now call - PBCs very own DOC HOLIDAY. ASA R.S. Mr S - sit and tell us your name and position.

A. My name is Reid Scott - and I was the initial case PBC ASA. Before we begin - is there any chance you give me a deal - if I snitch out everyone involved - and detail their part in the unlawful conviction??

Full US Senate laughter as Ed White replied:

Q. Not a chance in hell Mr Scott.  Your days comingling with liberty - are history - and furthernore - only if you fully cooperate by answering all my questions truthfully - will you receive only 50 years - opposed to 100 - if you elect not to. Which will it be?

A. I'll cooperate. Ask away.

Q. Was everything Cokely said correct? And were you in fact domino one in this pitiful judicial embarrassment?

A. Yes all she said was the truth and yes - I was the scum who unlawfully initiated the charges - knowing we had absolutely nothing lawful to employ to arrest JM - much less - take him to trial.

Q. So you knew - when Boca's defective Mynor Cruz came along to present his cold case to you - you knew it was too late to use any DNA - is that correct and if so - why?

A Yes - I knew it as too late due to §775.15 (15) (a) - which is a Fla Statue that only gives the state one year to use any DNA in any case - initiated by one or two kick-offs - those being:

1)  The identity of an accused is estasblished. Upon that - we have one year to use the DNA - if not - the DNA can not be used. Or

2) And what JM HONORABLY  fell under - " the identity of an accused SHOULD HAVE BEEN  ESTABLISHED with the exercise of DUE diligence." JM fell into this second cryteria  - because WE HAD ACCESS TO HIS DNA  in the National Codis  WAYYY BACK IN  2007 - and a simple licence check would have shown he lived in Deerfield - thus establishing the - "Should have been established." Even if the DNA hadn't been FABRICATED - AS IT HAD BEEN - it was four years TOO LATE in 2012 to use any DNA

Q. So you did make that very clear to DeFective Cruz?

A. Ohhhhh Cruz knew alright - which accounts for why he was so upset when  - during the initial police interview - Cruz asked JM three times - if he'd been prior questioned - by Boca PD - in 2007/8 - only to be told by JM he  hadn't been questioned! That officially and lawfully meant - WE HAD NO LAWFUL EVIDENCE  AT ALL - TO FILE ANY CHARGES ON!!

Q. And should have released JM after finding out he hadn't been questioned?

A. Correct.

Q.  Establishing an unlawful arrest - jailing for 6 years  two unlawful trials  and for certain - he's UNLAWFULLY in DOC?

A. I'm afraid so Sir

Q. And your fear is well warranted Scott - as you're going to be prosecuted to the fullest extent of the law - and will be placed under arrest - prior to stepping down. Agents? Upon his completion - stand at his side.  Who else Mr S knew all this?

A. Everyone involved. Pam Bondi  - Dave Aronberg  - Breanna Cokely - Marci Rex  - Mynor Cruz  - all the PDs - all





three judges - many in the PBSO CRIME LAB. We all knew - it was an unlawful arrest - all the while - hoping we could get enough vigilantes on the team - to pull off an unlawful conviction - which we did.

Q. Excellent - then they're all under arrest on the same charges - concurrently neck and neck with OBSTRUCTION OF JUSTICE - AND CRIMINAL CONSPIRACY -  none of which any of you will beat - and more charges and counts will be added - I'm sure. Tell me the story of JMs report making  you become a PA?

A. As became too apparent for any of our judicial well being  - JM is just too sharp - to pull anything over on. When he was shopping around for legal counsel - upon telling three PAs -  of Cruz asking him three times - if he'd been questioned in 2007/8 in regards to these charges - only NOT to have been - the three PAs he was screening - filled JM in on §775.15 (15) (a) - thus his possible candidates for his PA - made it very clear - the DNA had expired.

A. JM then wrote one of his brutal reports detailing the unlawful arrest - which drowned Cruz  and I - in an FCI toilet. Upon that happening - the PBC SA Aronberg - in talking with Pam Bondi - felt I needed to get out of the state attorneys office - thus -  in thinking it wouldn't look suspicious - the locals paper did a story on my going to become a PA.

Q. Which JM saw thru??



A. In roughly one point two seconds. The reason he wrote another killer report telling all - the real reason I'd staged the PA move - causing  Bondi - Aronberg  and me - heart failure.  Back to the drawing board - we then felt it best - if I returned to the state attorneys office - based on - at that time - JM hadn't given the media the story of why I left - so we felt it was safe to return - in only a month as a PA. ( Google Reid Scott becomes a PA)

Q. To the same position as when you left?

A. No....Aronberg  made me the head of the murder (signal 5) division.

Q. Scott - on a 1 to 10 - how much - to what degree. is Aronberg a criminal?



A. Aronberg  is as corrupt as California is long. I mean - I thought I was bad - but this man has me beat by a long shot. He's just like every politician - corrupt as can be - you - obviously an exception sir.

Q. (Full senate laughter) Of course. I heard JM advised - you attended both of his trials at certain times. Why?

A. To see how it was going and how Aronbergs two female super star prosecutors were doing - who - for the record - are a reflection of Aronberg in the area of corrupt and criminal. They have zero morals.

GO TO PAGE 13





30

PAGE 13R   - RS

Q. Yeah - well their days of prancing back and forth to a court room podium - are history. Their stardom searching days are over - as they both face all the same charges - and more. Oh they'll appear in the papers one more time alright - but it won't be an article they'll cut out to put in their scrap book like they both currently do. How many of JMs reports have you read and who else reads them?

A. Every one he wrote while in jail in the six years. I have my own copies in fact.  And everyone high up involved - has read all the  copies made - while being sent to his wife - so like he's said before - his real detailed reports - are already at home.  However - we've recently heard he had a corrupt deputy mail a bunch more  for him - so not to be screened - which none of us - know how serious they expose our violations.

Q. And what were your feelings every time reading a new one?

A. Panic. Fear of them reaching a serious media that loves corruption stories. One of which his wife sent to the WASHINGTON POST - the WP never received due to PB pulling her corrupt federal strings?

Q. Explain!

A. JM wrote a very detailed report consisting of roughly 65 pages - he had his wife send to the WP - priority mail - so it was tracked. He then had his wife check the US Postal web site to see when it arrived - and more importantly - when it was delivered to the WP.

Q. Anndd?

A. Due to the jail listening to every word he'd say on the calls to his wife - (as DOC surely does - played over and over to different staff) - DA told PB of the WP mailing - at which time she had her vigilante office staff contact her corrupt fed friends - asking them to contact the WP zip code POST OFFICE - and have them keep transferring it around to different POs - but never deliver it.

Q. Wow! How much more could she have exposed her guilt to everything in that report - which we will have a copy of. So the WP never received it?

A. No sir!

Q. Did JM try to resend it to the WP?

A. No sir he didn't - but knowing him half as well as he knows alllllll of us - He's very close to God and strongly believes in Gods' timing. Thus - in believing in that - he got the message it wasn't the right time to USE UP his past connections with the WP - so he's thankful PB did what she did - as his at home report - also details what I just told you - which all the more convicts PB and all of us.  As well - he now has a better shot of conviction nullification - with the new AG  - where - if she doesn't grant such a nulification - Moody  won't see a second year in office - as the public will oust her quickly!

Q. What makes a vigilante bar Mr S? I mean - you spend all those years in law school - learning the do's and don'ts - with intentions of winning trials. What makes you cross the line?

A. Hearing victims cry on the stand. We reach a point we don't care if we have the right accused of not: we have to give a victim closure.

Q. Even if its the wrong accused - as it definitely is in the JM case?

A. Sorry sir - but yes.

Q. Was there any victim ID in either case?

A. No sir.

Q. Any USABLE finger prints in either case aiming at JM?

A. No sir.

Q. Any outside foot print moldings?

A. No sir.

Q. Did either victim - in either case - ever point JM out as the assailant?

A. No sir.

Q. Were there any witnesses that can put JM at scene of either crime?

A. No sir.

**32**

Q. You heard the ASA's snitch you out on the destroyed evidence - thus you're aware - you're in violation of state felonies - times many?

A. Yeahhhh...I'm aware.  Just one of the many things about this situation that makes me fume - is - JM repeatedly kept telling all of us in his Columbo reports - this day would come - but we all thought he was nothing but talk. Now - con-air is in our future.

Q. What - if anything - else did you have as evidence?

A. All the state claimed - was the one tiny swab - and one tiny piece of cloth we now ALSO  believe was fabricated and planted with his DNA. A point JM found in the papers - reading....

"THE PROBLEMS HAVE PROMPTED THE LAW INSTITUTE OF VICTORIA TO WARN OF THE (EXTREME) DANGERS OF CONVICTING ON DNA EVIDENCE ALONE. MICHAEL McNAMARA, THE INSTITUTE'S CRIMINAL LAW CO-CHAIRMAN, SAID: "PEOPLE TREAT DNA AS THE BE-ALL AND END-ALL" BUT YOU SHOULDN'T RUN A PROSECUTION BASED ON ONE (that's one!!!) PIECE OF EVIDENCE, PARTICULARLY WHERE THERE IS SUCH ROOM FOR HUMAN ERROR! → MODERATE MATCH?

 (And each case - trial - had exactly one claimed piece of evidence.)

Q. So again - for a clear record - it was you - who discovered Boca PD had destroyed 100% of the evidence in both cases - and in fact Boca PD confessed to doing so - and documented such destruction?

A. Yes sir that was me - and yes I then concealed......I mean....suppressed that material fact.

Q. Why?

A. Because I knew - if the defense found that out - they rightfully could have the charges dismissed.

Q. So in reality - you didn't only know you couldn't arrest JM - due to the four years too late on DNA usage - but even after doing so - you knew you couldn't lawfully take him to trial - with 1) no evidence - but 2) the fact they'd destroyed 24 pieces of MATERIAL FAVORABLE evidence - of which the 11 finger print cards were MATERIAL EXCULPATORY - which - in itself mandates (BRADY vs MARYLAND)  the dismissal of the charges. You clearly knew - you should have been honorable and dismissed the charges. Isn't that true?

A.Yes sir it is true. We were toast from the jump and we knew it. Our only hope was the PA he hired cost more then JM had - resulting in having to get one of our vigilante PDs - which was what happened and at that time - with all vigilantes on board - we knew we could pull off a conviction.



Q An unlawful conviction Scott. And did your PBC SA DA knew of all this?

A To the extreme. He was the one who told me to say nothing! Let it play out and we'll get-em. And DA was right. We did - only to have thrown our lives away. Damn-it-all!

GO TO PAGE 14



33



PAGD 14R    ASA. RS

Q. Mr S - I'm going to read a Fla State statute - and then ask you  some questions - understand?

A. Yes sir.

Q. Here it is:

FLA STATUTE. § 838.022 OFFICIAL MISCONDUCT

 (1) IT IS UNLAWFUL  FOR  A  PUBLIC SERVANT  OR  PUBLIC CONTRACTOR, TO  KNOWINGLY  AND INTENTIONALLY OBTAIN  A (ANY) BENEFIT (an unlawful arrest by and for the state) FOR ANY PERSON OR TO CAUSE UNLAWFUL HARM  (ARREST  6 YEARS IN JAIL  TWO UNLAWFUL TRIALS  PRISON)  TO ANOTHER, BY:

 a) FALSIFYING, OR CAUSING  ANOTHER PERSON TO  FALSIFY  ANY OFFICIAL RECORD  OR  OFFICIAL DOCUMENT!!

 b) CONCEALING,   COVERING  UP, DESTROYING,  OR   ALTERING ANY  OFFICIAL,  RECORD   OR DOCUMENT....OR CAUSING  ANOTHER  PERSON TO PERFORM SUCH AN ACT

 c) OBSTRUCTING - DELAYING - OR PREVENTING THE COMMUNICATIONS OF INFORMATION RELATING TO THE COMMISSION OF A FELONY THAT DIRRCTLY INVOLVES OR EFFECTS  THE GOVERNMENT ENTITY SERVED BY THE PUBLIC SERVANTS

Q. My first question is - pertaining to section (b) above - you confessed during the motion to compel - that you had concealed  - for the first two years - after JM had been arrested - that  in 1980 - Boca Police had destroyed 24 pieces of material favorable evidence - 11 of which were victim witnessed assailant finger prints - clearly material exculpatory - forcing the defense into a motion to compel - before you'd  turn over  that "case-dismisser" to the court  - isn't that true?

A. That is true sir.

Q. Then right off - you've committed a class three felony - WHICH PERTAINS TO PUBLIC SERVANTS -  with 24 counts - one count for each piece of evidence.   You then - well prior to that - concealed that same truth in your arrest warrant - the reason you elected NOT to  go the "grand jury indictment" - route - in case they requested to see or hear of the evidence  - isn't that correct?

A. Again - sir - that's correct?

Q. Which is also fraud - leading every public servant involved in these two cases - to believe -  their case ASA - was on the up and up - would that also be the truth?

A. Again - yes sir.

 Q. And pertaining to (a) above - you falsified an arrest warrant - by portraying everything was legit -  and that  you had a lawful PC for arrest - when - due to the one year DNA usage engrained by Fla § 775.15 (15) (a) - you had no valid - usable evidence for PC - due to  knowing  - the DNA had expired four years prior - so in actuality - nothing about these cases was lawful - making this another felony - and extreme unlawful arrest - is that correct??

A. Yes sir.

 Q. Then - pertaining to (c) above - you  - OBSTRUCTED and  DELAYED - and  PREVENTED THE COMMUNICATIONS OF THIS EVIDENCE DESTRUCTION  INFORMATION  - THE INITIAL TWO YEARS - THUS - OBVIOUSLY RELATING TO THE COMMISSION OF A FELONY THAT DIRECTLY EFFECTS  THE GOVERNMENT

ENTITY - SERVED BY THE PUBLIC SERVANTS - did you not?

A. Again - guilty sir.

Q. Then in all seriousness Mr S - I have to ask - how could JM have ever been  lawfully arrested - jailed for six years - tried - and lawfully found guilty and sent to prison? How was any of that lawful?



A. Sir - I have no defence!!  From the one year usage of DNA being four years too late - everything we did to follow - was down hill and  criminal - and laced with felonies -  resulting in JM being in DOC  extremely unlawfully. But sir - this is now all on AG Ashley Moody. She has the power to nullify these convictions - and if she doesn't - and this HAS TO MEET THE PRESS - she will be impeached - no questions asked.



A. Its appearing however - she's another Bondi - in as much as -  having a gang  of vigilante attorney assistants - who are telling her to sit back do nothing - and see what JM does - not having the intelligence to accept and realize -  after Moody receives a copy of this 1983 from JMs wife - which gives a  detailed accounting of this entire obstruction of justice and criminal conspiracy - if Moody doesn't nulify the convictions - it's also 51 to a federal court - and if the court  makes the crucial mistake of looking the other way - right to -  not only Washington - but the Washington Post.

Q. . Fifty one?

A. Enroute - code two.

**35**

Q.  Scott - due to your countless - multi-felony participation in this JM case - alone - never mind - the dozens of other criminal vigilante public servants who each did their unlawful part - JM is illegally in prison - and if the state thinks its going to get away with this - it SERIOUSLY NEEDS TO REBOOT!! . That is not going to happen.!!!   Anything else you want to say?

A. I never would have thought you'd have dug up that statute 838.022 - specifically for public servants - or Federal title 18-1512. Now that you have - we obviously realize every PBC public servant on Mr JMs 1983 - is in violation of both statutes - in many more ways than one.

Q. OK - let me now open up your next keg of worms. The alleged - surly fabricated - Williams Rule Case (WRC) from this point on. And this time - we will have JM himself -  explaining what an atrocious - unlawful - criminal act you personally orchestrated - who will be cross examining you Scott - on the stand -  on what  will be horrifically exposed by JM - as his having been the one  dragged thru this pitiful injustice. JM you have the floor sir.

JM. Thank you sir  - and as you said - this is an abomination of an example of PBC's criminal back bone  - on the States part   a practice - which is also exceptionally complexed and complicated to understand - so all will have to follow closely. Very complicated to reveal and comprehend.

JM. During the motion to compel hearing  (m2ch) in around 2014/15 -  the state - or more precisely - Scott - only confessed to there being the two cases we've discussed to this point - with individual alleged victims. Again - only two cases - with each alleging only one victim. At no prior time - to the best of my recollection - did Scott ever bring up a third case. Is that correct Mr. S?

A. It is.....sir!!

GO TO 15

PAGE 15R   RS

JM)  OK - and during that m2ch - only then - at the  risk of losing your bar card - for not devulging the intentional concealed truth - were you forced into confessing - that both the police - (who "gathered together" the case evidence) - and the crime lab - both documented - that all case evidence - had been destroyed. Is that correct- sir?

A. That is true.



JM. So between the Boca police - intentionally - willfully and knowingly destroying 24 items of "material favorable" evidence - thus - obviously intentional -  and the  crime lab log book confessions of same - both case evidence had been destroyed - that would be the ultimate  Brady Violation for dismissal of both cases - isn't that also correct?

A. It is - sir.



JM.  Yet - for over two years - of the unlawful six you had me  in jail - you concealed those "material facts " - from the defense and court - did you not?



A. I did.

JM.  And again - there was no mentioning in thoses two years - into this injustice - of a third case - was there?

A. No sir.

JM. What you're going to do now - is tell this very honorable federal court (coming up)  - and the whole worlds media - of your desperate - next - evil - criminal trick - of the States frantic fabrication of yet a third case - employed to enhance the - "let's get JM" -  efforts -  of your entire vigilante public servant gang - trying to find a case still opened: a case in the 70's: a case - with two alleged victims this time - two sisters - you figured would  back each other up - of their obviously - tragic assaults. Does that reveal - what you and Cruz wove together - Mr S?

A. Too close for me to say anything but - to the letter.

JM. So again - to clarify - you and Cruz  chose a decades old case - that was also to have taken place in and around the same time the other two cases were - the mid seventies - with this case having two alleged victims - and oddly enough - never solved for decades. Now what I want to know Mr S - is - why you waited three to four years after my arrest in 2012 - to give birth to this  alledged third case - alleging  a connection to me - and you're not only going to now give us that answer - but its going to be the whole truth -  and nothing but the truth - isn't it - Mr S?

A. Regretfully - yes. We knew - with 100% of our evidence destroyed in the first two poorly fabricated cases we aimed your way  - we knew - if we acknowledged that there was also a third case - in which its case evidence  was also to have reached the PBSO CRIME LAB in the 70s -  we knew we'd be in the same boat as we were - with the other two cases inasmuch as- this third case evidence would have also been destroyed.

A. One of the  largest victory uncovering facts - (coming up) that should have won everyone over to your side - was - we claimed - though that 3rd case was to have double (two) the victims -  (WHICH WOULD BE NATURALLY MORE SERIOUS - IF THIS TO FOLLOW WAS TRUE) we then COVERED  UP THE FACT - that Boca PD  investigate that case - at which time - we claimed Boca never took that 70's case evidence - to the PBSO CRIME LAB until 2015 - which obviously - no law enforcement would ever fail to bring its evidence directly to the crime lab - yet we portrayed that scam so well (covered up) no one but you - caught that lie.  In other words - no case evidence eludes being brought directly to the PBSO CRIME LAB - as we claimed this case  evidence hadn't been. That was a scam on our part.

A. I mean  who'd ever go for - police not bringing evidence from a double assault - in the same dwelling - to a crime lab for 36 years? No one. - which we were desperate in covering up - knowing:

1) if (when) the two victims ever found out the evidence from their case - wasn't brought to the lab for 36 years - they'd sue the tail ends off Boca: and




 2) if (when) it gets out to Boca citizens - if didn't actually bring the case evidence to the crime lab -- that would have caused chaos in believing Boca PD WASN'T capable of "protect and serve" - so we knew - we were really opening up a can of worms - by claiming  Boca never brought that WRC evidence to the crime lab for 36 years

JM.  And why did you claim only Boca investigated that case and kept all that case evidence from reaching the PBSO CRIME LAB?

 A. Because again - by claiming just Boca investigated that case and didn't bring the evidence to the lab in the 70's - on top of the 70's serologist testifying - upon these crimes taking place - that  ALL BIO EVIDENCE WAS BROUGHT DIRECTLY TO PBSO CRIME LAB where it was to remain   by us portraying this case evidence was an exception to that rule - and never made it to the PBSO CRIME LAB for 36 years - accounted for  why that WRC evidence - hadn't also been destroyed in those decades at PBSO CRIME LAB - as the other two case evidence was destroyed  - by claiming  it remained at Boca PD) - which also would have set us up - so we couldn't use  the WRC case evidence either - if...if - it too had been brought to the lab in the 70s.

 A), This was why we portrayed - the WRC case was only  investigated by Boca - who then took all the evidence to the Boca PD - where it remained for 3.5 decades -  never to reach the PBSO CRIME LAB - so we could claim the state - therefore DID have the WRC evidence in this case - (to also fabricate - to aim your way) - which all the ignorant people and PBC media - fell for.

 JM. Which was all a lie - as obviously  - a double assault case evidence was brought to the PBSO CRIME LAB IN THE 70'S  - WHERE IT TOO - WAS DESTROYED with all the other 70's case evidence.

 A. Unfortunately - thats the  real 100% truth.  We had no case evidense on any case - including the WRC -  that wasn't brought to the PBC CRIME LAB - in 77 - where that evidence was then fabricated to match your DNA  but our scam of - "that case evidence never left Boca PD" -  story - was believed by the jury - which gave us the victory.

GO TO PAGE 16

37





PAGE 16R

JM . Explain for the world what a WRC is.

A. Its a very slimmy case - apparently a very prejudice judge against "innocent until proven guilty" - (or possibly stoned) - elected to rule - that though states can NOT charge an accused with a crime - if out of the statute of limitations -  they can still use that case AGAINST an accused - by telling the jury of such a crime - and how its similar to the case in trial - a jury is there to hear.

A.  This - of course - gives the state yet another case to further POISON the jury into believing - the accused of the case at bar - actually did the WRC crime also - but just couldn't be charged with it - unquestionably swaying any jury to the states side. Nothing but an assault on the Constitution - which Florida - being as evil as it is - lovvvvvs the WRC ruling and uses it as often as it can.

JM. More truth is - any WRC - is required to have "strikingly similar" attributes to the case at bar - or it can't be used - yet all vigilante judges always allow the state to employ any WRC - even though "strikingly similar" plays no part of a WRC.

A. Correct. Our vigilante judges also give us the victory - by primarily ALLOWING THE STATE TO INTRODUCE ANY AND ALL EVIDENCE IT WISHES TO - CONCURRENTLY DENYING THE DEFENCE FROM INTRODUCING ANY EVIDENCE THAT COULD  CLEAR THE ACCUSED - WHICH IS JUST ANOTHER JUDICIAL ASSAULT ON A FAIR TRIAL - AND THE CONSTITUTION -  LITERALLY NO ONE ELSE SEES.

JM. Alright - now -  let's get to the DNA analysis in this pathetic WRC case. In all - what did the state claim they had for evidence in this case - in which the state lied about not being brought to the crime lab back in the seventies.

A. okay - I'll  list of all the alleged evidencd in the WRC appearing  on the first page of the FORENSIC  BIOLOGY  REPORT (FBR) -  then save your VICTORY for last. I will then note - beside each item of claimed evidence -  all you were FBR EXCLUDED FROM  or HAVING ANY CONNECTION TO - BY PUTTING THE LETTERS = "JME"  - FOR ███████████████████████ that has an JME beside it - WAS LAB PROVEN HAS NO CONNECTION ███████ TO YOUR DNA

All facts and figures below - obtained from the PBC  CRIME  LAB  FORENSIC  BIOLOGY  REPORT ON THE WRC

Submission = sub

sub 001 - saliva from victim KS = JME !
sub 002 - saliva from victim NS =  JME !
sub 003 - underwear from KS =  JME !
sub 004 - underwear from NS =  JME !
sub 005 - Blue shorts outfit =  JME !
sub 006 - Red and white striped robe = JMs claimed match on two of three stains. ( that being  the only place they planted your DNA - clearly proven so by all to follow - mainly the "GOLD" coming up.

          **********************************

Sub 007 - VAGINAL SMEAR slide from victim KS  = JME

1) A chemical reaction indictive - but not specific to semen - was not detected! Further microscopic examination DID NOT identify the presence of SPERM cells.!! = JME

2) Female DNA profiles were obtained from both the non-SPERM fractions and SPERM fractions. JM is EXCLUDED AS  A  CONTRIBUTOR  TO  BOTH DNA PROFILES !!!!!!! = JME

NOW FOR THE 26 K  GOLD!!

Sub 008 -  VAGINAL SMEAR  slide from victim NS  = JME

1) A  chemical reaction indictive - but not specific to semen - was not detected!   Further microscopic examination IDENTIFIED the presence of SPERM cells.!!  = JME

2) Female DNA profiles were obtained from both the non-sperm fractions and SPERM fractions. JM is EXCLUDED AS A  CONTRIBUTOR  TO  BOTH DNA PROFILES!!!!   = JME.

************************************************

JM. Then I'm confused. Was I to have assaulted the cloak and dagger  robe - or the victims - as its a world known crime fact  - a perves main goal - is to UNlawfully implant semen - into a vagina - yet - the PBC FS  (A.D.S.)  made it PERFECTLY CLEAR - not only wasn't any semen or DNA or pubic hair  of mine located  IN  either victim - but neither was any of the three located  ON either alleged victim or under clothing - which any non vigilante honorable bar or badge - would clearly see and agree - I HAD NOTHING TO DO WITH EITHER OF THESE TWO  ASSAULTS!! Can you hear me now??

JM. Yet - look at the prejudice damage that scam case did to both trials. Now - for the first time - Mr S - release another Pelican Brief caliber truth - as to the claims my DNA was located on an alleged robe. This is priceless!

A. This can only mean - that the PBC  PBSO CRIME LAB  F. S. (known)  fabricated your DNA to place on the robe - as well as THE OTHER TWO CASES - swab and cloth.  And as to why that was done - (other than to claim you did these crimes also)  it was easier planting your fabricated  DNA on a robe - than two "slides" that could have easily been VERIFIED proven forged - only to then call them the case vaginal smear slides.

A. The robe was easier to plant DNA on - and I don't believe there was any trial testimony - of a  robe playing any actual part of the crimes - other then possibly the police picked one up - in thinking it did have a connection - giving the lab something to claim they found your DNA or semen on -  making it easy to aim guilt your way! And neither victim ever claimed the assailant  placed semen on a robe -  in any other manner - so NO going there!

A. Truth is - no one can argue the fact - where both vaginal smear slides blared - YOU'D BEEN EXCLUDED  of any DNA or semen - or hair - hey? How were you to of sexually assaulted either victim - which - by the way - was a major point we wouldn't let your vigilante PDs mention to the jury - and to prevent that from being brought up - we had both the state and PDs spotlight the robe - to get the juries minds off all the other evidence that cleared you - especially the fact - literally none of your DNA or semen was discovered ON THEIR VAGINAL SMEAR SLIDES - which outright and embarrassingly CLEARED YOU.. Had you been your own Atty - you would have won - (Like COMING UP!)

NEXT PAGE 17



39





(34)

**Law Enforcement early on learned the mesmerizing convicting power of the three letters DNA- and since then used the term loosely to brain wash the world into believing they have the guilty party- when the fact is- DNA- is so easy to plant- even you can do it.**

11A

## DNA Evidence Can Be Fabricated, Scientists Show

By ANDREW POLLACK
Published: August 17, 2009

Scientists in Israel have demonstrated that it is possible to fabricate DNA evidence, undermining the credibility of what has been considered the gold standard of proof in criminal cases.

*Now — Totally worthless or will Be if ε have to worce 3 B!*

The scientists fabricated blood and saliva samples containing DNA from a person other than the donor of the blood and saliva. They also showed that if they had access to a DNA profile in a database, they could construct a sample of DNA to match that profile without obtaining any tissue from that person.

*Nooool Really?*

"You can just engineer a crime scene," said Dan Frumkin, lead author of the paper, which has been published online by the journal Forensic Science International: Genetics. "Any biology undergraduate could perform this."

*Exactly what they did these cases!*

39A

The planting of fabricated DNA evidence at a crime scene is only one implication of the findings. A potential invasion of personal privacy is another.

Tania Simoncelli, science adviser to the American Civil Liberties Union, said the findings were worrisome. "DNA is a lot easier to plant at a crime scene than fingerprints," she said. "We're creating a criminal justice system that is increasingly relying on this technology."

*Helloo!*

John M. Butler, leader of the human identity testing project at the National Institute of Standards and Technology, said he was "impressed at how well they were able to fabricate the fake DNA profiles." However, he added, "I think your average criminal wouldn't be able to do something like that."





**398**

The scientists fabricated DNA samples two ways. One required a real, if tiny, DNA sample, perhaps from a strand of hair or drinking cup. They amplified the tiny sample into a large quantity of DNA using a standard technique called whole genome amplification.
Of course, a drinking cup or piece of hair might itself be left at a crime scene to frame someone, but blood or saliva may be more believable.

*CRUZ HAD my 2007 CODIS DNA TO DO THIS WITH!*

The other technique relied on DNA profiles, stored in law enforcement databases as a series of numbers and letters corresponding to variations at 13 spots in a person's genome.

From a pooled sample of many people's DNA, the scientists cloned tiny DNA snippets representing the common variants at each spot, creating a library of such snippets. To prepare a DNA sample matching any profile, they just mixed the proper snippets together. They said that a library of 425 different DNA snippets would be enough to cover every conceivable profile.

http://www.nytimes.com/2009/08/18/science/18dna.html?_r=3&partner=rss&emc=rss

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**398**

Names of all subjects will appear in all future copies to include the media, should the state elect to proceed with the case.

DEFENDANT: John Mac Lean

c.c S.A.I.C TT

*PAGES 12 – 12A AND 13 CONVICT
All FIA AND PBC Public
SERVANTS. THEY CANT WIN
AND All ON BOTH TRIAL TRANSCRIPTS
FOR MEDIA ONLY*




PAGE 17R

A. You may also recall - the robe was never taken out of the bag - during the trial - except at the very end of one trial - when a jury asked to see it - so ignorant - he failed to recall - neither victim ever claimed wearing it or having any connection to a robe.  Nothing but  a stage performance by the state - to prance around the court - holding a bag - with a claimed -  but not displayed - robe in it - which all ignorant bought - at no trial time - taking the robe out - to display the claimed DNA "stains" on the claimed robe. A grade "B" performance at that!!!

A. And another incredibly powerful HUGE POINT! The police NEVER WOULD HAVE TAKEN BOTH VICTIMS "underwear" - nor would any crime lab analyzed such clothing - had both victims not put it on - AFTER their alleged assault - AND ADVISED POLICE OF DOING SO!!  Why? Because what goes IN - ALWAYS COMES OUT - referring to semen in the form of  "drainage". Yet - even after analyzing both pairs of underwear - the FS finds what? JME!

A.  Mr JM - we know and knew -  you had nothing to do with this case either - but where we had so many problems with the other two cases swab and cloth -  made any chance of obtaining a guilty verdics so unsure - we needed a back up case -  to confuse and POISON the jury -  enough to find you guilty of the other two cases at bar.

JM -  I'm charmed. Answer these questions for the sake of the global media  - even though all these answers came out during both trials - as you will now answer them.  Did either victim - ever point me out  - in either trial and say - "He's the one who assaulted us"?

A. No sir!

JM. Were there any claims of MY finger prints being found anywhere?

A. No sir.

JM. Were there any claims of MY foot prints being found in or around the alleged dwelling?

A. No sir!

JM. Were there any witnesses who could place ME - or MY car - in any location - even remotely close to the alleged crime scene?

A. No sir!

JM. Were or are there any police officers - who can - in any LAWFUL CONSTITUTIONAL way - shape or form - link me to this or any such crime - anywhere - at any time - in the last hundred years?

A. No sir.

JM. Was there any TYPICAL - "pubic hairs" of mine -  found in or on - or around the victims  bed or ground or floor?

A. No sir.

JM. How in the hell could a jury - be so niave - so ignorant - to believe a man was guilty of such an act - when there was absolutely no physical connection  TO either  alleged victim????

A. Sir - WE USED THIS CASE - knowing another set of tears on the stand - would push our juries to a point - of not caring if they had the right suspect or not. That's typically and the whole purpose of any state employing a WRC - and it works every time - which I fully agree - could not be anymore UNconstitutional than it is - for the state to use a case against anyone - when the accused was  never even charged or found guilty of it. Its absurdity at its finest. But that's what Florida's JUST-US -  is all about!  That - and always having a vigilante AG in office - who'll either look the other way on all we violate - or approve of it - and PB was the ultimate at both!

A. And if anyone believes Boca PD actually didn't bring twin evidence to the counties crime lab for 36 years - ahhhh -

they're not all there. Of course Boca brought the REAL WRC evidence to the crime lab - which was destroyed with all the other 70's evidence - as there's NO EXCEPTIONS TO THAT - other than for gullible people. And before you throw all of us to the global media - let me give you another crucial point you missed. Here again is a line from THE GOLD.

Sub 008 - VAGINAL SMEAR  slide from victim NS  =

1) "A chemical reaction indictive - but not specific to semen - was NOT detected! Further microscopic examination DID (DID) IDENTIFY THE PRESENCE OF SPERM CELLS!!!!!!   JME !!

A. Note above it states....." Further microscopic examination DID (DID) identify the presence of SPERM cells." !!

A. Yet where NONE OF your sperm cells - semen - or DNA - was found on the VAGINAL SPERM SLIDE...- 1) This obviously clears you of the crime!

2) It also proves - it was a DIFFERENT MALE  than you - (which the state  - oddly enough - didn't focus or comment on - or admits to: gee - I can't imagine why - can you?)  and

3) It also proves -  the FS simply either planted your DNA on a robe - (if there was even a robe involved) - or - far more likely -  the FS outright lied - by simply blaming you - AFTER ALREADY CLEARING YOU OF ANY SEXUAL ASSAULT IN THE LINE ABOVE.   And anyone who'd play this down - is vigilante - or involved with all of us public servants GOING TO PRISON!! And no one can claim a condom was used - BECAUSE THE FS CONFESSED ABOVE - TO FINDING SPERM CELLS  ON THE  VAGINAL SLIDE -  THAT WEREN'T YOURS!!!!!  (BREAKING NEWS - JM CLEARED -  $$$$$)

JM. What - Mr PBC -  EX  - ASA - NOW GOING TO PRISON FOR WHAT YOU'VE DONE TO ME - what would the juries say now - if (when) they read this full -  up coming 1983?

A. They'd tell you how sorry they were - but it wasn't their fault -  due to you having NO defence presented - as meticulous as we've just presented it! You had NO DEFENCE!!

Q. Mr JM - anything further with PBCs most corrupt ASA in history?

JM. No sir. He's done! THEY'RE ALL - THROUGH DEALING! -  and they could have all "walked" - had they accepted my informal resolution.

Q. Believe me - I'm far more aware of that - than you could ever imagine -  particularly regarding  PB and SA DA - but we'll get them all - believe that!!  Mr S - you're under arrest - and will taken to a federal jail shortly. Your days with a bar card - are over - and you will be fully prosecuted for multiple state and federal violations and intentional Civil Right violations. You were the initial bad link that falsely had a US citizen unlawfully arrested - jailed for six years - and imprisoned - all in violation of state and US Constitutions.

NEXT PAGE 18



PAGE 18R    KM PID 1

Q. Next I call K.M to the stand. Would you give us your name and position?

A . My name is Krista Marx - and I was the 2nd PBC judge assigned to JMs cases back in 2016/17

Q . And who assigned you to his case?

A Being one of ex AG PB vigilante judges - thru her go between - she did.

Q. And how long did you last and what caused you to be replaced ?

A. I was assigned as the case judge til the trials we're over - but then - when JM caught my unlawfully ruling on a Pre-Indictment Delay (PID) hearing - he wrote one of his exposing reports - which brought too much heat on me - so PB pulled me off the case.

Q. Explain.

A.  Sir - would it be ok if i read one of JMs detailed reports on what I criminally did to avoid releasing him -  as he explains it precisionly to the way it was and all the truth  he titled -   PID -  vs.  FAST  and  SPEEDY TRIAL

Q. Sure. Please do.

A. Ok - he wrote:   " This to follow - was another of PB - under-her-corrupt-table -  unethical acts - by having a trusted middle-man -  go to the PBC circuit court judge K. Marx  and ordered Marx   NOT TO GRANT A MOTION TO DISMISS - in which any judge had no choice -  BUT to dismiss. So what did Marx do? Seen shortly - after  two important definitions.

PRE-INDICTMENT DELAY. (PID)

Football games begin with a kick-off. Baseball games begin with a first pitch.  Everything has a kickoff - a first pitch - a beginning to get it up and running - just as - a PID AND SPEEDY have theirs.

For a PID - it MUST BEGIN with a "subject of police interest" - being INVESTIGATED  by police. Optional for PID? NO!!!! MANDATORY!  Not an arrest - but an investigation - with  NO  INITIAL  ARREST  CLOSE  TO  THE INVESTIGATION time frame. That's the very heart of  a PID .

For a " Speedy" - often called a " FAST  and  SPEEDY TRIAL" - (which is guaranteed by the Constitution) - an arrest IS the kick off. No arrest - no ones in jail - so dead end. One must be arrested to initiate a SPEEDY.

You're asked to remember the difference - if you expect to see the PITIFUL - CORRUPT INJUSTICE PB ORDERED KM TO EMPLOY during my PID motion to dismiss hearing - based on these facts seen shortly - after I briefly described  a ROLLS ROYCE case - the ultimate example - which I don't currently have access to - though its title was either - HOPE vs STATE - or vice versa.

As for the beauty of this case - a subject had been investigated by police for 18 months - with  NO ARREST FOR 18 more months - a three year time frame in all.  Upon that honorable judge hearing of the 18 month delay -  prior to the subjects arrest - the judge ruled - 18 months was waaaayyy too long (PID) for police to have waited - as the police had completed their investigation 18 months prior - thus implied:

"If you (police) had anything on the subject - you should have arrested him after the investigation was completed. Eighteen months - was too long to wait for an arrest,"

It was due to the police not arresting that subject  for 18 months - the judge ruled - was JUST TOO LONG of a PID - AND - IN TURN - DISMISSED THE CHARGES!  Now - that's an honorable judge - definitely not in PBC and I don't think Florida - as Bondi  would never allow anything as honorable or LAW ABIDING to take placed in this state.



In my case - you should recall that PBSO-BOCA had me under their "finest microscopes " for nearly a year in 1982 - secured via their PBC DETAINER placed on May 3rd - 1982 .- in which - AFTER DADE COUNTY CLEARED ME - VIA THEIR CRIME LAB - PBSO-BOCA dropped the detainer on 12-17-82 - after having acquired a copy of my Dade bio specs - and COMPARING THEM with all of PBSO-BOCA'S unsolved crimes - not as much as matching one hair - print or drop of anything - with any of their opened cases - BUT SPECIFICALLY - THE TWO CASES THEY'VE UNLAWFULY CONVICTED ME ON.!!! I was TOTALLY CLEARED BY TWO CRIME LABS - and anything PBSO-BOCA - WOULD HAVE TO COME UP WITH - SO NOT TO LOOK SO CRIMINAL - WILL BE OUTRIGHT - BS! A royal crock!

So here I was - in 1982 - a subject of interest by PBDO-BOCA - for nearly a year - under an INTENSE investigation - at which time PBSO-BOCA confirmed they'd finished their investigation - by dropping their investigation and detainer - on 12-17-82 - which opened a massive PID door - if any arrest were made at any time in the future!

And was there an arrest made in the future? Of course! On October 19th - 2012 - 36 years later - the Boca deFective had me arrested - at which time I haven't been free since. Legal? Not one single aspect of these cases has been lawful - starting with a PID - as any honorable judge - would look at any prosecutor and ask -

"Are you STILL on crack ? JM was EXTENSIVELY INVESTIGATED IN 1982 - AND HERE THE POLICE FINALY PUT THE DONUTS DOWN - LONG ENOUGH SO THAT - 36 YEARS LATER - YOU EXPECT ME TO NOT DISMISS THIS PID MOTION???? MAY I SUGGEST Mr / Ms state - you make an abrupt exit out that back door - and go see a shrink - because you both need help! 36 year PID and you have the gall to argue this case in my court?? Hit the door - now!!!"

That's what any honorable judge would rule. Now dishonorable - on the Bondi hand - is another story! Again keep these things in mind: PB had three PBC Circuit court judges - that are 500% pure vigilante - total bar criminals - lawless - vigilanties - who know they CAN violate absolutely any and everything - knowing both PB and the JQC have their back - 100% truth.

This accounts for why PB had all three judges on my cases - at one time or another - of which I've uncovered multiple state and federal violations - abundant with all three - accounting for why PB yanked the two female judges off my case - due to my reports splendidly revealing the crimes they'd committed - thus Bondi gave each judge a new position away from my pen. The almighty "career move" scam - most often used in these situations.

GO TO PAGE 19

15 Fla. Jur 2d Criminal Law—Procedure § 1713

Florida Jurisprudence, Second Edition
February 2017 Update
Criminal Law—Procedure

Elizabeth Bosek, J.D., John Bourdeau, J.D., Joy T. Cook Carmichael, J.D., Paul M. Coltoff, J.D., Edward K. Esping, J.D, Mary Therese K. Fitzgerald, J.D., Kathleen Geiger, J.D., Stephanie A. Giggetts, J.D., Christine M. Gimeno, J.D., LL.M., Amy G. Gore, J.D., Tammy E. Hinshaw, J.D., Janice Holben, J.D., Beth Bates Holliday, J.D., Gary A. Hughes, J.D., Rachel M. Kane, M.A., J.D., John Kimpflen, J.D., Sonja Larsen, J.D., Stephen Lease, J.D., Judith Nichter Morris, J.D., Charles J. Nagy, J.D., Mark T. Rhook, J.D., Kimberly C. Simmons, J.D., Susan L. Thomas, J.D., Barbara J. Van Arsdale, J.D., Mary Ellen West, J.D., Judy E. Zelin, J.D. and Ann B. Vaden, J.D., Robert B. McKinney, J.D., Anne E. Melley, J.D., LL.M., Mary Babb Morris, J.D. of the staff of the National Legal Research Group, Inc.

VII. Trial
B. Time for Trial
1. In General

### § 1713 Prejudicial delay in filing indictment

Topic Summary Correlation Table References

**West's Key Number Digest**

West's Key Number Digest, Constitutional Law ⚖=4580

**A.L.R. Library**

Delay between filing of complaint or other charge and arrest of accused as violation of right to speedy trial, 85 A.L.R.2d 980

A delay by the state prior to the filing of an information can so adversely affect a defendant's right to prepare a defense as to deny the defendant due process of law under the 14th Amendment of the U.S. Constitution. [1]

**Observation:**

Preindictment delay is a due process claim under the 14th Amendment rather than a speedy trial claim under the Sixth Amendment. [2]

To establish that a preindictment delay is a due process violation, the defendant must first show actual prejudice from the delay, and the court must then weigh any demonstrable reasons for the delay against the significance of the particular prejudice on a case-by-case basis. [3] It is the responsibility of the defendant claiming a violation of due process due to preindictment delay to demonstrate actual prejudice resulting from any delay in arrest or indictments; once the defendant has met this burden of proof, the burden shifts to the government to show why the delay was necessary. [4]

PAGE 19R   KM. PID. 2

Prior to Judge Marx being dragged off my case - she heard our PID MOTION - that was totally non-deniable!! Couldn't possibly be denied - with all of the correct PID ingredients - starting with the required investigation - followed by a 36 year delay.. The extreme ultimate for an auto dismissal. The only problem was - both Bondi and Marx knew - there was literally NO WAY to allow said motion TO BE HEARD - without honoring it. Heyyy? Not a problem for two venmously corrupt females - who never should have been given the power they were!! So what did Bondi tell (through her go-betweens) the judge to do? Simply refuse to hear the motion AT ALL.

Again - how could they do that? When I was just beginning defending this corruption - we had money to hire a private Atty - who - with 28 years federal and state experience - either intentionally set me up - (also covertly on the states side) orrrr - he was just ignorant! Why so? Rather than filing a PID - he files a Speedy - believing the eventual arrest - MADE IT A SPEEDY - claiming the right for the state to prosecute - was past the allowed time to have been prosecuted.

Confused? That's due to - both PID and Speedy - do involve a long period of time. So what officially sets the type of motion for a judge and court? THE TITLE ON THE MOTION!! When a motion title says SPEEDY - everything to be argued must pertain to SPEEDY!! NOT PID!! And did THAT COURT AND JUDGE ENTERTAIN SPEEDY? 100% - solely based on the title - the PA filed under - was purely speedy - AND THE WRONG MOTION TO HAVE BEEN FILED!! Was PID ever on the table or mentionrd during that SPEEDY hearing?? Definitely not!!! Strictly Speedy! So where's the problem?

First - Prior to judge Marx - was judge Karen Miller - who was also told to deny the Speedy at all cost - ( if she was to hear the case) no matter what she had to violate - as Bondi always has their back. Thus . even the WRONGFULLY FILED AND HEARD as Speedy - it first was denied - for no valid or accurate reason.

But - due to being heard during a half-tail hearing - the second corrupt judge (Marx) - per order of Bondi - then refused to even hear the 36 years TRUE PID - as the PID is truely was) by the judge claiming a motion has already been heard discussing a 36 year delay - thus - judge Marx flat refused to even hear the true 36 year PID delay motion - in which the delay was 100% a PID.

Lawful?? Not in the slightest - mainly due to the TITLE being filed via - PRE-INDICTMENT DELAY - having no mentioning or connection with Speedy whatsoever!!! That new PID MOTION - in itself - THE JUDGE WAS COMPELLED - to first hear the motion - and second - treat it solely as a PID - having no affiliation with Speedy.

But - using the fact - they both involved time delays - (even though they're BOTH WELL KNOWN IN ALL JUDICIAL - as TWO TOTALLY different motions) - Bondi ordered Marx - to treat the PID - as IF IT HAD ALREADY BEEN HEARD - and - in doing so - flat refuse to EVEN HEAR the PID - of which - even 6 PDs - on the States side - and two PAs - all made it very clear - PID and SPEEDY are totally different motions - nonetheless accounted for why Marx refused to even hear the PID - which a judges discretion has no right not to hear any motion - especially one - the judge knows - they'd have to grant in favor of the defendant!!

And again - why? Because as prior mentioned - there was no way to hear our PID of its 36 year delay prior to an arrest - and not grant it - and - in turn - release me: Bondi's main goal - as mine now is - to see her in prison and globably disgraced - and to secure she is never in a position to ruin another males life - which you may be certain - I will legally do - if she doesn't have these unlawful convictions nulifide - and comply with the rest of my informal request.{Which Bondi chose to blow off.

This again shows the extreme - pitifully corrupt - horrendously evil - excessively vigilante - totally lawless - way Florida's' judicial operates - and I've heard literally countless examples from other inmates - of how they too were screwed over.

Just imagine if Washington has to read this - again and again and again where PB has ordered (and stood by and allowed to take place) - multiple - unlawful reasons - these 43 year old cases - (that have NOTHING TO DO WITH



ME in the first place) - should never have been filed. And Florida's actually believes - WE'RE just going to let this go - without bringing all bar and badge to justice? :-) :-)  Think again Florida!

I'm even considering putting this 1983  on a blog so everyone can see what the Florida judicial is like - when having a vigilante AG at the helm. All of which - global judicial heat - will carry over to the current AG Moody -  if  she doesn't NULIFY THESE CONVICTIONS!

Something else the evil - vigilante trial judge (Judge Jeffrey Colbath) criminally did - was to deny the MOTION IN LIMINE - which was saturated with detailed explanations as to 1) why the evidence was illegal to use  and 2) Why there was no way to tell where the swab or cloth came from - thus - IN NO WAY COULD THIS MOTION EVER BE HONORABLY - MORALLY or ETHICALLY DENIED - but Colbath denied it anyway.

   Again - what you are now about to read - are quotes from the MIL - starting with:

1) In the box (of decades old evidence)  the FS found microscope slides - cloth cuttings - cigarette butts - swabs - and at least one bandaid.

2) None of the evidence in the box had been properly packaged or stored.

3) There WAS NO PROPERTY RECEIPTS accompanying ANY OF THE ITEMS or for the box itself.

4) The box was not sealed and there was NO WAY to determine when or by whom the box had last been opened or moved.

5 )The PBSO crime lab's log book used to keep track of evidence  submitted for serological testing shows that the evidence associated with this (swab  and  cloth)  case WAS DESTROYED IN 1980.

GO TO PAGE 20  NEXT





PAGE  20R.   /   KM. PID. 3

6) In a single manilla envelope - she (FS) found at least 10 loose swabs from different cases - all touching each other inside the envelope. ( The same FS testified in both trials there were at least 25 to 30 swabs found - not ten).

7) The swab (the one the FS just said the hell with it - I'll just pick this one and plaster JMs fabricated DNA on it - and who'll ever know) does not have the (serologist name) monogram on it (he testified twice HE PUT ON ALL SWABS he tested) AND IT WAS NOT STAPLED TO AN INDEX CARD ( as he also testified he would do.)

Now for the love of God - what? This judge (Colbath) - couldn't see the swab and cloth - could not have been anymore in violation of PBSO General Order 532.00 - and every state and federal DNA MANDATORY COMPLIANCE MANDATES THAN IT WAS - yet this PREPROGRAMMED - BY BONDI  - JUDGE - DIDN'T GIVE A DAMN WHAT HE VIOLATED:  HE WAS ORDERED  BY BONDI NOT TO DISMISS THE EVIDENCE - SPECIFICALLY DUE TO BEING  THE  ONLY  EVIDENCE  THE  STATE  HAD -  TO UNCONSTITUTIONALLY AND  UNLAWFULLY PROSECUTE JM BY.

Per literally countless state and Federal DNA MANDATES - whether an item was fabricated - or actual case evidence - neither  should have ever been allowed in ANY FLA CRIME LAB - or introduced by the state - allowed to be used in any trial. Translated - via numerous Civil rights - this never should have happened. So why did it?

No mystery to me - It's a Florida unethical - thought-to-be covert - AG mandate - to - in any and all Florida circuit court criminal judicial prosecutions -  that NO JUDGE is to EVER GRANT any  motion to dismiss - orrrrr grant  any motion on evidence in favor of defence -  in which would likewise -  put a defendant on the street - accomplished by violating absolutely every  U. S. Constitutional Civil Right in the Constitution it takes  - to keep an accused unconstitutionally in jail - intentionally - unjustly -  unconstitutionally forced into Florida's...."take it up with the appellate court"....scam - where in 100%  of high profile cases - the AG's go-betweens - also order the DCA court to deny the appeal - welding the accused in prison for years - waiting for another Florida court to comply with the AGs - under the table order - to also deny relief.

 A serious - thought-to-be brilliant judicial armed robbery taking place in Florida - with 98% of its incarcerated caught up in it - which WE assure Florida . will cost the state - judicial ruin - UNLESS these unlawful convictions are nullified.

Expressed differently - noooo judge is to grant any - any type of motion - in round one (motion hearings) - that would establish a case to be thrown out. This is an across the state - thought-to-be-covert - pitufully corrupt tactic Florida employs - ALWAYS  IN HIGH PROFILE CASES - OR ANY CASE A VIGILANTE  AG  GIVES THE ORDER TO THE JUDGE - DO NOT LET THAT DEFENDANT OUT!  VIOLATE  ANY  U.S. CONSTITUTIONAL CIVIL RIGHT YOU HAVE TO - TO KEEP HIM IN JAIL!!

America - wake up!!  Senators - you're a U. S. Senator - sworn under oath to God Almighty - and the nations citizens - to honor - respect - and to follow our U. S. Constitution - yet you're all looking the other way - every time one of your state judges - intentionally - willfully and knowingly blows off a U.S. citizens Constitutional Civil Rights - allowing judges to do this - simply to employ the states  snail pace - appellate court scam -  before any relief is given - which is rarely issued.

And Judge Colbath? Enjoy your final days with a gavel because you have Gods' word - through one form of media or another - your bar card will be YANKED by WASHINGTON - AS WILL BOTH  FEMALE PROSECUTORS AND COUNTY  ATTORNEY -  for INTENTIONALLY - WILLFULLY - JOYFULLY - AND KNOWINGLY - VIOLATING COUNTLESS - STATE AND FEDERAL STATUTES - AND CONSTITUTIONAL RIGHTS  AND MANDATES  - of which -  "idle"- plays NO part of.

MEDIA - RESEARCH  ANY  LAST TWENTY CASES

Again - No Florida judge will ever honor any U. S. Constitutional or Civil  right of a defendant - as to do so -- would require the case to be dismissed! Corrupt AGs and the farce of the  FLA JQC - continually allow Florida's judges to SQUAT ALLLLL OVER EVERY  AMERICAN'S CONSTITUTIONAL RIGHT - CONTRARY TO THIS  U.S. FEDERAL CASE RULLING  - WHICH IS ALSO A CONSTITUTIONAL MANDATE!



U.S. --BOWLING  v PARKER, 882 F. Supp. 2d 891 (ED.  Ky 2012)

THROUGH THE SUPREMACY CLAUSE OF THE UNITED STATES CONSTITUTION - STATE AND FEDERAL COURTS  ALIKE  - ARE BOUND - BOUND  -TO GUARD AND PROTECT RIGHTS SECURED BY THE CONSTITUTION.  (NOT OPTIONAL!!)

No judge - has any lawful right - orrrrr discretion whatsoever - to ever - ever deny anyones Constitutional rights - but Fla judges violate absolutely every Constitutional right that comes before them - (FOR THE TIME BEING -- allll about to change - if we're left no choice - but to deploy countless copies of this 1983 - and NO ONE WILL STOP US -  if a federal court doesn't give us the win.)

It sure is going to be interesting -  to see how wise Florida's AG Moody is - as there is no doubt in my mind - Florida's citizens WOULD NOT want an AG to remain in office - having read all of this and not nullify both convictions.

If I was asked - how I think the A G will handle this - thats no mystery: She'll let her office confidants get her impeached by listening to their advice of sit back and do nothing - rather than to send two MALE state attorneys in to see me - to sign an informal resolution and release me. All crystal clear.



Federal Judge in THIS case? You'll be globably monitored to see how you handle this full plate in front of you.  Swim and drown in "their" pond - or keep your gavel by honoring your oath to God. Or - will it be the easy way out - by withdrawing from the case - which would be taken by Washington as - the judge knows JM is right - but doesn't DARE put Florida in ITS long over due - place.

GO TO PAGE 21

*FROM HERE ON THIS →*

*EQUATES TO ENTIRE*

*SECTION UNDERLINED*

*AND MUST BE SERIOUSLY*

*NOTED*

PAGE 21 R.     /     JC   full

Q. I now call Judge JC.  Would you state your name and position in this disgrace of Florida JUST - US?

A. My name is Jeffory Colbath  and I was the Palm Beach Country Circuit Court judge who heard  the JM twin unlawful trials.

Q,  So  during the summer of 2018 -  you were the assigned judge to both JM cases?

A. I was - yes sir.

Q. And who assigned you to his cases?

A. Bondi  -  thru her confidants she always used - so nothing could come back on her.

Q. OK...and why did she pick you?

A. As JM has written in his reports - Bondi  has various vigilante judges in each county - she assigns when she wants an accused convicted at any cost - and I - and both KMs - are her three vigilante judges in PBC she knows won't let her down

Q. And is it true - ASA Cokely advised you - in court - just prior to the first trial beginning - a quote very close - if not exact to this:

"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY, THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS ON THE ONLY EVIDENCE WE HAVE, AND  THAT  THE  EVIDENCE  WAS  IN  A  LARGE BOX WITH THE EVIDENCE FROM 50 TO 300  OTHER  OLD CASES, NONE OF WHICH WAS INDIVIDUALLY PACKAGED, ALL TOUCHING EACH OTHER, WITH NO PROPERTY RECEIPTS FOR 30 YEARS."

A. Yes Sir she did advise me at the beginning of trial one -  absent  the jury  - but I believe either Bondi  or PBC. SA. Aronberg - had that removed from the court recording system - knowing - if it was left in - both the prosecutors and myself would be brought up on charges.

A.  However - via the FS's indirect testimony during both trials - (which the juries were so ignorant - they never caught)  the FS  mildly stated - the  DNA was UNlawful - thus if they edited our confessions  out of the audio recording - both trial transcripts of the forensic scientist testimony - confirms what the state confessed to - just prior to trial one - about the evidence being totally unlawful - so either by the recording - or the trial transcripts - more than reveals the evidence could not have been anymore unlawfull than it was - and never should have been allowed in any crime lab - or court proceeding.

Q. How right you are  - but be not deceived: Our FBI will uncover absolutely every thing that has been covered up - to include but not limit - anything wrongly taking place in DOC - understand?

A. Yes sir.

Q. Now tell the WORLD - how could a seasoned judge - confess on record - this statement:

"YOU DEFENSE ATTORNEYS CAN NOT DEFEND YOUR CLIENT USING THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS, AND THAT THE EVIDENCE WAS NOT INDIVIDUALLY PACKAGED AND TOUCHING OTHER EVIDENCE, NOR THAT IT DID NOT HAVE ANY PROPERTY RECEIPTS FOR 30 YEARS!"

Q. I mean - what were you thinking?

A. I shot from the hip without thinking. COMMEN SENSE DICTATES - any confession like that from a judge - the judge is history.  As to why I had to tell the PDs that - if they told the jury -  the state had absolute zero lawful evidence - they would have found JM innocent - which was not what Bondi  ordered us all to accomplish. Bondi was a



48



ruthless - statute violating politician - who never should have become an AG. Had she not had the "looks" - she'd NEVER have made it in politics.

Q. Is it true PB had an array of vigilante judges in.....".

A. PBC? Yes - but all Fla. AGs have vigilante judges and PDs in all counties in Florida - they employ on all high profile cases - to insure a conviction.  And it is also true - the PDs were working covertly with the state - inasmuch as not representing JM lawfully - which - in itself - is in violation. of Federal Title 18-241 and 18-242 - and all constitutions in the US. Two totally unconstitutional trials which is common in Florida.

Q. Tell the world - Colbath - how - what you've criminally done - complies with any of the JQCs CODE OF JUDICIAL CONDUCT MANDATES SEEN BELOW: NOT EVER OPTIONAL!!

CANON  ONE
A JUDGE SHALL UPHOLD THE INTEGRITY AND INDEPENDENCE OF THE JUDICIARY..

Integrity????? Ninety six % of Florida judges brutally murder integrity on a daily basis, KNOWING THE JQC HAS THEIR BACK AND OVER LOOKS ANY COURT ROOM INJUSTICES OR VIOLATIONS!!

CANON TWO
A JUDGE SHALL AVOID  IMPROPRIETY AND THE APPEARANCE OF IMPROPRIETY IN ALL THE JUDGES ACTIVITIES.

A) A JUDGE SHALL RESPECT AND  COMPLY  WITH THE LAW AND SHALL ACT AT ALL TIMES IN A MANNER THAT PROMOTES IMPARTIALITY OF THE JUDICIARY.

Again: what are we missing?? Have you read of anything in these mandates  - that had any affiliation with the judges in these cases even knowing what impropriety or impartiality or respecting and complying with the law, even means?

These poor excuse for prosecutors and judges, don't even know enough to not say anything on record - that will eat their bar cards for breakfast, lunch, and dinner!

AND HOW DOES A JUDGE  and  PROSECUTORS
DARE TO DO THIS?

Its simple! There is no honorable JUDICIAL governing authority in Florida. NONE! Secondly, all bar and badge eat at the same restaurants  and literally  often sleep together. They're all home boys and girls - from the same rich hoods. RED team ball players - never go against red team players.

Said differently, they all know - no one in authority, will do anything to vigilante bar or badge....UNTIL....UNTIL.....Judicial corruption is brought to the MEDIA!! Then, and only then, will the governing authorities take action, and if the new regime doesn't NULIFY THESE CONVICTIONS, WE'LL HAVE NO CHOICE BUT TO FLOOD BIG MEDIA, WITH THE VERSION OF THIS STORY WE HAVE AT HOME, INCLUDING ALL NAMES, THAT WILL STEAM WASHINGTON!!

Q. You ever take a tour thru a prison?

A. I have.

Q. Well you're about to take another one  - and it won't be any day trip. You're under arrest. Agents - put this....this....vigilante judge in a cage where he belongs.

GO TO PAGE 22.  NEXT



PAGE 22R     / ASA   REX 1

Q. . I now call PBC prosecutor MR to the stand. Ms R  - would you state your name and position for the MEDIA world?

A. M name is Marci  Rex  and I am a PBC assistant state attorney - who likewise - threw my life away by unlawfully prosecuting JM.
.
Q. And were you ordered to convict JM at any cost?

A. Unfortunately yes.

Q. Is it true - the PDs on the JM cases - were all vigilante - hand picked - to covertly work with you to assist in a conviction?

A. They keep us out of the loop as to who corruptly does what - as far as assigning vigilante PDs - but yes - PD Steve Arbubow and Chris Fox-Lent were covertly working with us - by not asking questions we didn't want asked  by not introducing certain evidence that would have terribly hurt the state - such as that article titled DNA EVIDENCE CAN BE FABRICATED  RESEARCHERS  SHOW. That would have killed us - so Aronberg got to the PDs and made sure none ofJMs PDs were allowed to  properly represented JM in anyway - in which the jury would have found him innocent - which - after hearing all the forensic scientist said in the trials - I believe he is innocent.

Q. Lot of good that does JM now - after all of JMs and his wifes losses. So PBC PD  Arbuzow -  and Fox-Lent  are also vigilante - and worked against JM?

A. For certain  - and the PBC Head PD Carrey H - has a PD Supervisor who screens them to see if......

Q. They'll become slime - by turning against their clients?

A. Correct.

Q. Ms Rex - isn't all Florida bar and badge - and all judges and COUNTY ATTORNEYS AND ASAs -  suppose to be IN FULL COMPLANCE with - any and all state and federal statutes?   And if not - they too become entangled in a CRIMINAL CONSPIRACY and OBSTRUCTION OF JUSTICE - for introducing evidence  to a court or crime lab -  that was in violation of state and federal law?

A. Absolutely correct!  And with that made known - let me add to our ruin -  by quoting the main statute - all FLORIDA AND PBC - HAVE MADE A LAUGHING STOCK OF:  IT STATES:

FLA. STAT. § 943.325 (13) (a)
ANALYSIS OF DNA SAMPLES

(a) The department SHALL (NO CHOICE WHATSOEVER!!!) SPECIFY PROCEDURES - ( PBSO GENERAL ORDER 532.0O) - FOR THE COLLECTION - SUBMISSION - IDENTIFICATION - ANALYSIS - AND DISPOSITION OF THE DNA SAMPLES (any DNA collected by police)  AND DNA RECORDS COLLECTED UNDER THIS SECTION. (NEXT LINE CRUCIAL) .

THESE PROCEDURES SHALL ALSO ENSURE (guarantee)  COMPLIANCE WITH NATIONAL (FBI) QUALITY ASSURANCE STANDARDS (NQAS) SO THAT THE DNA RECORDS MAY BE ACCEPTED INTO THE NATIONAL DNA DATABASE (CODIS

Q. Now I ask you Ms Rex -  were you allowing evidence into either trial - that was in anyway compliant with that state statute??

A. At no time was the swab or tiny piece of alleged cloth  or robe   ever in even  1% compliance with that state law - again screaming - unlawful trials and convictions -  which we all knew - well prior to either trial. But it was all Bondi's



mandates - letting us know -  we could violate anything we had to viololate - to secure a conviction.

Q. Ms Rex - what ever happened in your life - that would have made you such a piece of......that would cause you to violate every state and federal statute that crosses your path?



A. Its just part of Florida's JUST-US judicial system. There is no winning a trial in Florida in which our corrupt AGs ( plural) order us to convict at all cost.



Q. Ms Rex - you're soooo under arrest - your bar card is toast - and you WILL BE GOING TO PRISON  and when RED TIE READS THIS TOOK PLACE IN HIS FRONT YARD -  you'll be lucky if....well enough said.   Agents? Her own cage! The dirtiest one you can find and she'll never have a bar card or a paralegal card the rest of her life. Take her away before even I get sick.

GO TO PAGE 23 NEXT

*57*






PAGE 23R      M. C.  PD

Q. Next I call Boca Ratons EX-deFective MC. Kindly have a seat and give us your name.

A. My name is Mynor Cruz and I was the corrupt Boca Ration deFective who couldn't have violated JMs Constitutional rights - or state and federal statutes any more than I have - unlawfully arresting JM as well.

Q. Have you - sir - heard everything here today?

A Yes Senator I have.

Q Who was the biggest judicial criminal in these cases? Scott or Aronberg?



A Ohhhh that would be a hard one to say - as they're both out of control in violating any and everything. Both neck and neck - as far as intentionally violating state - Federal - Fla Constitution and the US Constitution.

Q Tell me about fabricating the swab and dime size piece of cloth with JMs DNA.



A.   We had no choice. I mean - with the PBC CRIME LAB LOG BOOKS - exposed both case evidence was destroyed in 1980 or 82 - (I'm not sure which) - and the initial ASA - after concealing the fact we'd destroyed all the evidence way back then  - with  Scott confessing to that in the motion to compel - had we not fabricated and planted JMs DNA - there was no way to convict JM  - as there truly WASN'T ANY OTHER evidence against him. Not even any victim ID. He was totally clean.



Q Explain the significance of the four crime lab letters Aronberg and Bondi  had stolen from JMs legal box in his jail room - estsblishing another Watergate.

A With the assistance of a PBSO CRIME LAB FORENSIC SCIENTIST - she fabricated his DNA profile in after I'd retrieved JMs DNA PROFILE via a federal friend who was able to get JMs DNA profile out of Codis - which isn't easy - due to the fact - ones DNA and name - ARE NOT linked - so no one can frame someone like we were still able to do to JM. But - like the witness protection program - there's always a group of high security agents who can find anyone they want by real name. Likewise - Codis has a department  - in which certain high secure agents can find real names - with their DNA profile - and that's how we got his DNA profile".

Q And you knew of such an agent?

A. I did. But for some reason his cell isn't active.



Q. And he corruptly looked up JMs actual DNA profile and gave it to you - at the request of the FS - who used that profile to clone JMs DNA - then put it on ANY OLD SWAB and cloth that was handy - and bingo. You made JM the assailant of these crimes. The very crimes he was cleared of in 1982? Incredible!



A. Yes sir.

Q. And the letters?                              *HUMAN ERRORS*






A. To make it all look official and like the Federal Codis  actually made a match - that same federal friend had Codis send the PBSO CRIME LAB a confirmation letter - advising of a "moderate" match with JMs 2007 Federal DNA PROFILE  in which JM drove to a FBI DNA submission building to give his - to put in Codis.



Q. Ohhh yeahhhh. That really sounds like a guilty man - driving himself to the FBI to give them his DNA profile.  As if JM wasn't smart enough to know - if he'd committed these crimes - giving his DNA to codis would nail him????? Go on.

A. That letter sent to the lab from codis - a copy went into JMs discovery where subsequently three more lab letters went also - all four of which JM got a copy of - which ONLY - ONLY "moderately"  linked JM TO these two case.



(50)

Q. So this alleged DNA match with his 2007 submission - WASN'T EVEN rock solid????



A. Correct - our fabricated DNA wasn't even good enough to be anything but "moderate" - which pointed to JMs innocence - as much as guilt - to the point - if he'd had a good attorney - he would have brought up the fact - that very same profile - matches thousands of others - so even if we didn't fabracate and plant his DNA - he stood a decent chance of being cleared.

Q. The letters!!??



A Initially we script the letters - to link and convict JM to his 2007 codis DNA - HAVING NO IDEA - (CAUGHT TOTALLY OFF GUARD) he'd given his DNA TO FDLE-DOC- in 2005 - which - as you know by the lab administrator - goes directly into both codis as seen below.

FROM THE PBSO CRIME LAB ADMINISTRATORS
DEPO - TARA SESSA
FROM PAGE 15. - LINES  4 - 15
IN 2016 or 2017

****

Q.  OK for example - somebody is in court this morning - pleads guilty to a felony - and they get a swab in the mouth - that gets mailed STRAIGHT TO TALLAHASSEE?

**53**

A.  Correct

Q.  They pull out the profile - then put it in the states database?



A.  Yes. And then the offenders are UPLOADED ALSO TO NATIONAL (CODIS)



Q.  <u>DOES EVERY (EVERY) OFFENDER GET UPLOADED TO NATIONAL?</u>



A.  <u>YES!!!!!!</u>

*******



Q  So - no matter what the state or PB tries to claim - his DNA was FDLE-DOC acquired in 2005 - and put into BOTH codis IN 2005!!!!!????



A Correct - which WE KNEW NOTHING ABOUT - until JM wrote another of his killer reports - with a line in it implying:



"Hey Florida - if I was to have committed these crimes you allegedly linked to my 2007 - why didn't it link to my 2005 as well?"

Q Time to panic.

A. To say the least. And that was when PB and DA Aronberg  had JMs four letters stolen - because they cleared JM - by NOT also aiming to his 2005 -  to any evidence. And if that wasn't 900 % the truth - WHY would Bondi and Aronberg go to all the trouble and risk - of getting caught - stealing his letters from his jail room legal box -  when they had countless copies of their own?

A. Then - when JM had the letters replaced - (which his PDs on the states side didn't make easy - but couldn't refuse without blowing their cover) - PB and DA ONLY CHOICE - was to edit codis of his 2005 - so they could say  - "the letters don't mention the 2005 DNA - because no one ever took your DNA in 2005". Oh - and to prove editing codis is easy to do - Google Fla Stat. § 943.325 (16).

Q. This 100%  confirms - JM is in DOC UNLAWFULLY!!!! ??????



(57)

A.  That's a given.

GO TO PAGE 24  NEXT

REMEMBER :
IF EACH PUBLIC SERVANT
WAS TO ANSWER ALL OF
THESE QUESTIONS WHILE
UNDER POLYGRAPH —
ALL ANSWERS WITHIN
WOULD BE THE SAME !

54





PAGE 24R

Q. I'm going to read a Fla statute - then ask some questions pertaining to it.

FLA STAT. § 918.13
TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE

(1) NO PERSON (TO INCLUDE A STATE AG  COUNTY SA  ASAs  POLICE  JUDGE), KNOWING A CRIMINAL TRIAL -  OR PROCEEDING -  OR AN INVESTIGATION BY A DULY CONSTITUTED PROSECUTING AUTHORITY, LAW ENFORCEMENT AGENCY, GRAND JURY, OR LEGISLATIVE COMMITTEE OF THIS STATE IS PENDING OR IS ABOUT TO BE INSTITUTED - (that's about to be instituted) SHALL: 

(a) Alter, destroy, CONCEAL, or remove (2005 FDLE/DOC RELEASE DNA UNLAWFULLY REMOVED FROM CODIS, THE FBI WILL PROVE!!) any RECORD,  document, or thing, with the purpose to impair its verity or availability in such a proceeding or investigation  or 

b) Make - present - or use any record - document or thing - knowing it to be false.

2) Any person who violates this provision of this section SHALL BE GUILTY OF A FELONY OF THE THIRD DEGREE. 

Q. You've heard testimony supporting  you knew you couldn't use the DNA due to being 4 years too late per §775.15 (15) (a) - isn't that true??

A. It is.

Q. Yet you presented the DNA - to both the ASA - the crime lab - the court and state -  as being  honorable - thus concealing the very material facts - it wasn't even lawful or  USEABLE DNA  - fabricated or actual - which was in violation of  § 918.13 - §775.15 (15) (a) and  §838.022 - and federally title 18-1512 in several sub sections - clearly establishing you  concealed these  material facts from the court and jury - who had a legal  right to know - per those statutes - which -  in violating all four laws -  you've committed four class three felonies - (times 14 counts -  with both juries having 6 members and one alternate)  in which you were subject to compliance to - which  made such concealing - all felonies by you altering  the truth - the truth being - it was too late and unlawful to use the alleged DNA  in which your federal friend advised you of - by telling you of the 2007 DNA CODIS ENTRY - in the year of 2012 - which was then  - FOUR  YEARS  TOO  LATE to use any DNA - Isn't that also true?

A. The law is the law - so what can I say? I'm guilty - and I realize the entire case and trial was corrupt - and I lost my job over it - quietly - so JM wouldn't write  a report on that too - which he eventually did - when he found out I'd retired at the odd number of 28 years - when anyone -   not in any trouble  would have gone to 30 years.  But I was able to get another cop job with the PBC  SCHOOL DISTRICT - so I figured I'd better get out of this Boca mess while I could save my pension. (For now Cruz - only for now. Get ready to kiss those weekly checks goodbye!)

Q. What's the difference between you and other criminals??

A. The color of the collar of the crime: white vs blue Thats it! After all:

1) THE PALM BEACH COUNTY - PBSO CRIME LABs EVIDENCE LOG BOOK - HAS CRUCIAL ENTRIES IN IT: ONE FOR EACH CASE, - TESTIFYING THAT ALL THE EVIDENCE IN BOTH CASES -  HAD BEEN DESTROYED IN 1980!!!!! That alone -  almost killed us - but the two ASAs were so tackfully corrupt - they wouldn't let the defense capitalize on it.

2) Then the fact - the FS did such a poor job fabricating the evidence - Codis only made a "moderate" match as I mentioned earlier - with JMs 2007 Codis DNA.  In other words - if JM had an honorable Atty - they would have discovered -  that DNA would have matched thousands on earth - due to only making a moderate match.  I've been amazed by this case - there has been so terribly much GOVERNMENT  MISCONDUCT -  yet no one brought up the Florida supprreme courts ruling seen here on GM.







(Wrong! Plaintiff brought this case to Vigilante PD Rhett Parker - who blew it off - then quit the PDs office and moved to Tampa to be a civil attorney - praying he too wouldn't be eaten up by OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY. )

Campbell Vs State 935 So 29 614, 620
State Vs Schwartz. WL 9250470

The (Fla) Supreme court went on to disagree with the States claim that the DUE PROCESS defense was UNavailable to predisposed defendants and found that, based on the DUE PROCESS provision of article 1, section 9 of the Florida CONSTITUTION, that GOVERNMENT MISCONDUCT (GM)  - which violates the constitution DUE PROCESS RIGHTS of a defendant predisposition - REQUIRES THE DISMISSAL OF CRIMINAL CHARGES.



STATE Vs. GLOSSON
462 So 2d 1082

The type of conduct held to violate DUE PROCESS, is that which SOOOO OFFENDS DECENCY OR A SENSE OF JUSTICE, that judicial power may (IS NOT TO BE) not be exercised to obtain a conviction!!!!



Blanco, 896 So 2d at 901

**56**

When GOVERNMENT MISCONDUCT violates a defendants due process  rights, the remedy IS DISMISSAL!!!

Q. Do you have anything else to say Mr C?



A. I do. Obviously we're all - thru dealing -  but I think the Senate should throw more than a book at the full PALM BEACH COUNTY PROSECUTION including Aronberg - the PBC SA - both female trial prosecutors (Marci Rex and Brenna Clokely) - and the judge - (Jeffrey Colbath) and  for sure - the initial PBC  ASA  Reid Scott - who CONFESSED DURING THE MOTION TO COMPEL, THAT HE HAD PERSONALLY CONCEALED THE DESTRUCTION OF, NOT ONLY 24 PIECES OF MATERIAL FAVORABLE EVIDENCE  NOT ONLY 11 OF WHICH WERE MATERIAL EXCULPATORY  BUT 100% OF ALL CLAIMED EVIDENCE IN BOTH CASES HAD BEEN DESTROYED - which also exposes WHY they had to fabricate the only swab - robe and piece of cloth they manufactured for these cases.

PAGE 25  NEXT







PAGE 25 R

A. TO BE SURE:  THE POLICE - back in 1980 - LITERALLY DESTROYED  EVERY SINGLE ITEM THEY "GATHERED - TOGETHER" - CONFIRMED BY THE STATES ASA  SCOTT - IN THE MOTION TO COMPEL - AS WELL AS IN THE PBSO CRIME LAB LOG BOOK: I MEAN, HEY?   BREATH!!  WHY WOULD ANYONE  NOT BELIEVE THE STATES  OWN ASA  WHO TESTIFIED  ALL THE EVIDENCE HAD BEEN DESTROYED - RECONFIRMED BY THE PBSO CRIME LAB LOG BOOK - DETAILING - PER POLICY - SAID DESTRUCTION  BY STAFF  OF THE 80'S - WHO MADE THE LOG BOOK ENTRIES - PROVING BOTH CASE EVIDENCE HAD BEEN OFFICIALLY DESTROYED.......



                OPPOSED TO......

..... EVEN BEGIN TO BELIEVE - ONE - PREJUDICE FEMALE  FORENSIC SCIENTIST IN 2012 - WHO -  IN DESPERATELY TRYING TO  DISCREDIT BOTH RELIABLE  SOURCES ABOVE - COULD (and did)  EASILY  LIE - BY CLAIMING THE SWAB  and  CLOTH - ACTUALLY CAME FROM THE CASES IN QUESTION - THAT COINCIDENTALLY  - DOESN'T EVEN HAVE ANY PROPERTY RECEIPTS - OR MANDATORY CHAIN OF CUSTODY - OR ANYTHING  ELSE TO EVEN HINT A CONNECTION TO - NOT ONLY THESE CASES - BUT ANY CASE?  AGAIN - CAN YOU HEAR ME NOW?¿?¿?¿



 A.  And it's in the PBSO GENERAL  ORDER 532.00  - THAT ALLLLL SUCH  DESTRUCTION - MUST BE WITNESSED BY SEVERAL CRIME LAB STAFF - SO - WHAT? THEY ALL LIED - WHEN WITNESSING THE DESTRUCTION OF THIS EVIDENCE?!  FOR WHAT REASON??????

**57**

A.  Secondly, and  REGARDING THE TWO TRIAL COURT  RECORDED  MINUTES, THE TWO FEMALE PROSECUTORS, (REX   and   COKELY.)  AND THE  JUDGE, (COLBATH)  INTENTIONALLY,  WILLFULLY, JOYFULLY, AND KNOWINGLY,  CONCEALED FROM THE JURY - MULTIPLE MATERIAL FACTS - ONLY ONE OF WHICH WAS - THE STATES  AND THE PBSO FORENSIC SCIENTIST,  REPEATED CONFESSIONS  OF THE SWAB  and  CLOTH WERE BOTH STATE AND FEDERALLY UNLAWFUL TO USE - BOTH BY NUMEROUS STATE AND FEDERAL DNA MANDATES  PBSOs GENERAL ORDER 532.00  THE  FBI  AND  ISO - AND THE USAGs "JUSTICE FOR  ALL ACT  OF 2004". They can't be allowed to get away with Mr Senator. PBC PROSECUTION HAS URINATED ALL OVER  all Constitutions - and multiple Amendments. Thats all I have to say.



Q Ever had your own cuffs on your wrist Mr Cruz?

A When I first became a cop - just to see what it felt like - yeah.

Q Well tellya what - to refresh your memory - those two agents will slap a pair of theirs on you - as you're also under arrest. Agents?

                ****************************

 MELLO - 1

Q. I now call ex-Boca detective M. C. partner - R. M.  to the stand.  Would you state your name and  position for the full senate.

A. My name is  Ronald Mello and I was Detective Cruz partner in 2012 - who accompanied him during the  initial police interview with JM on 10-19-12.

Q.  So you sat aside Cruz in an interview room - with JM across from you?

A. I did.

Q. And what was JMs temperament at that time - being question by police?

A. Actually - he was very calm as one would be -  who'd done nothing wrong. Yeahhhh - he was quite calm.





Q. And which of the two of you - did the most questioning?

A. Cruz did 99% of it. I was simply there to verify what Cruz asked and JM answered - even though the entire interview was recorded.

Q. I see. And did there come a point in time  - Cruz  asked JM if he'd been prior questioned by Boca PD in 2007-8/?

A.  Three times in fact.

Q. And why three times?

A. Because Cruz and I CLEARLY KNEW - if JM hadn't been interviewed by ANY POLICE in 2007-8 - due to that 775.15 (15)(a) statute -  on the usage of DNA limiting it to one year - we were four years too late -  to even be interrogating JM.

Q. So in other words - as soon as JM told you both - he hadn't been questionec in 2007-8 - you should have ended the interview - in conjunction with no Boca police records of such a prior Q and A with JM   indicating such an interview had been conducted?

A. Yes sir. That's exactly what I mean. We had no lawful right to question him -  where that state law eliminated  any evidence.

Q. When Cruz heard JM say - for the first time - he hadn't been questioned in 2007-8 - what was Cruz' s frame of mind?

A. Devastated!  I thought he as going to cry.

Q. And at any time - during this unlawful interview - did Cruz ask JM - if he'd been questioned during any other year in the 2000's - such as 2004 - 2005 - 2006 - 2009 - 2010 - 2011?

A. No.

Q. And why not?

A. Because -  that 775 statute -  only gave us one year to use DNA - with that year beginning in 2007 - when JM drove himself to the FBI DNA submission location to give his DNA - so we both clearly knew - if JM hadn't been question within that 2007-8 year - we were 98.

Q. 98?

A. Completed assignment. History.

Q. Yet Cruz asked JM two more times - if he'd been questioned in 2007-8 - and yet remained questioning  JM   for over an hour - knowing he had no case?

A. He did -  because Cruz was near heristerical - knowing we had no case.

Q. And who informed you both of that statute - and the one year?

A' PBC ASA  Reid Scott.

Q. So Scott knew - without any shadow of doubt - had JM not been questioned in 2007-8 ONLY -  you  were all toast.

A. Not to the degree we are now - but yeahhh - we knew we had no case and lawfully should have left JM alone!!



Q. Would that have been what you would have done - if you were the OIC??



A. Absolutely - but Cruz was in-heat on winning any cold case - in thinking he'd be a super cop or something.

Q. What could you tell me - to substantiate Cruz knew - he was thru dealing - upon JM advising he'd not been prior questioned in 2007-8?



A. Cruz had a package of photographs in his hands during the entire hour or so interview - of various crime scene locations he'd planned on showing JM - if the 2007-8 thing turned out well - but where 775 excluded any use of the DNA - linked to JM not having been questioned in 2007-8 - Cruz knew the investigation was over - no need to show JM any photos.



Q. So at NO TIME - NOOO TIME - did MC - ever even take even one photo out of the package to show JM?

GO TO PAGE 26   NEXT



59



PAGE 26R

A. No - and anyone with an IQ over five - would see - when Cruz was told by JM - he hadn't been prior questioned in 2007-8 - if Cruz didn't clearly understand it was over - meaning - we had no case - WHY WOULDN'T he have still shown the photos to JM - if Cruz didn't know we were done? I mean - even to me - sitting beside Cruz and knowing him well - when I saw he wasn't taking any photos out - I knew - THAT HE KNEW - any attempts to lawfully and constitutionally proceed - were over!!



A. As well - If MC didn't know JMs 2007 FBI DNA entry in codis was what represented the beginning of 775.15 (15) (a)'s - "should have been established": If Cruz didn't know that - why - why did he ask JM - three times in twenty minutes - if he'd been questioned in THOSE VERY YEARS??? Answer: Because Cruz clearly knew of JMs 2007-8 Codis DNA entry - and Cruz knew - it was 4 years TOOO LATE to charge JM - using even the fabricated DNA - never mind - if we had any actual lawful DNA 

 A MASSIVE OT!

Q. Yet still - Cruz made an unlawful arrest?



A. Yes sir.

Q. To what degree - did PBC ASA Scott play in this arrest warrant?



A. He's the one who made out the "information" warrant - which - in itself - was laced with - he had an honorable case - knowing - we had no case. Truthfully - Scott was the initial bad guy in this injustice.

Q. Do you think JM committed these crimes?



A. Sir - I knew of the DNA - being horrifically illegal - and Cruz was close to one of the PBSO CRIME LAB FS - yet It was another FS - who was to have allegedly worked on alleged case DNA - but suspiciously left PBSO - shortly after JM began writing his killer reports - that implicated her in wrong doing - so she left the state - to work with other police. Very strange - the timing.

 But - did I think JM was the perp? No I don't. He was too calm - and he'd been cleared on all these accusations in 1982 of any Dade crimes - with Boca PD investigating JM and also clearing him back then. What? ALLLL THOSE COPS AND TWO DIFFERENT CRIME LABS - MADE A MISTAKE??! I'm not going for it. For sure - with there being sooooo much heat on JM back in 1982 - and JM being TOTALLY CLEARED BY THE VERY ACCEPTABLE BLOOD TYPING THAT HAD CONVICTED THOUSANDS IN THOSE DAYS: - hey? He was cleared! THEY HAVE THE WRONG GUY!! 

Q. Did Cruz have a fed friend that had access to Federal Codis?

A. He did!

Q. Tell us about Cruz - telling Scott about your interview - and the fact - Cruz asked JM three times - if he'd been questioned in 2007-8. How come thats not in the interview recording?



A. More of ASA Scotts evil editing. Scott knew - when hearing JM during a jail phone call to his wife - and telling her - that the three PAs JM interviewed - all told him of the DNA excluded - 775.15(15)(a) - Scott knew - they had to get Cruz asking JM those questions - out of the interview video - BECAUSE IT PROVED - Cruz KNEW - THE 2007-8 LAWFULLY ENDED EVERYTHING FROM THAT SECOND ON! Cases closed!!!

Q. This again proves - that you - MC and RS....

1) ...all knew - you had no lawful PC for arrest.

2) You had no lawful evidence to detain JM in jail.

3) You couldn't lawfully take him to trial.





4) And you all knew there wasn't one thing lawful about invading JMs liberty?

A. I agree. And AG PB was advised of all these unlawful acts - by her PBC Assistant AG at the time - of which Bondi looked the other way on.  Had PBC SA Aronberg advise MC and I - to retire quick -  to save our pensions - so MC retired - while I resigned from Boca PD - and acquired another detective position in another county.

Q. So PB is filthy?



A. To the extreme. She makes "Bonnie" of Bonnie and Clyde - look like
 saints. She deserves big time - as she - thru one go-betwen or another - authorized both bar and badge to commit any felony it took - to get a conviction.

Q. Mr M - having told many people they're under arrest -  you'll  understand -  when I now say - You're under arrest - exactly what it means. Agents? If you'll escort Mr M to his cage.

    **************************

Q. I now call PBC EX PD supervisor - TD to the stand. State your name and position.



A. My name is Travis Dunnington - and back around 2012 to 2016 - I was a PBC PD supervisor of the PBC Head PD C. H.

Q. Were you vigilante for the PBC HEAD PD C.H.?



A. I was. She appointed me to that position.

Q. And you were the one who selected JMs case PDs??

A. Correct.

Q. Would you list them all for us?



A. Sure. In order -  there was M.E  then R.P  . then S. A. and C. F. and of course - me - and after I was busted by JM - a D. E. was the ASA Felony Chief for that division of the PDs office - taking over my position.

Q How exactly - did JM bust you?



A. PBC ASA RS was pressuring me to get from JM - 11 - what JM called powerful points -  that -  when made known - would clear him - he wouldn't give to my vigilante PD  Megan Eaten - having figured out she was working against him. So one day  - when ME and I went to see JM in jail - I tried asking him for the 11 - and when he refused giving them to me also - I blew my cover by yelling at him to give them to me -  which he knew - no PD would ever care enough about an inmate - to get emotionally involved -  which my unprofessiinally yelling at him - to give them to me - exposed.



Then - a month or two later - I called the jail and had  JM do a video conference - at which time - upon our conversation - within minutes I lost it a second time -  and yelled at him again - which was a huge red flag to JM: "We're on the STATES SIDE!! Tell them nothing". So he never told us squat! Then - in knowing both M.E. and I were vigilante - JM  knew everyone I appointed  - would be also - so he never trusted any PD I assigned - and for good reason: they were all vigilante PDs - covertly ordered by PB - to
assist in convicting JM

GO TO PAGE 27 NEXT

PAGE. 27R     TD. / MC -2

Q. And what was your over all assignment?

A. To secure JM was convicted - no matter what we had to do - say or violate. Work covertly with the prosecution - which was a total waste of time - as JM just can not be deceived by ANYONE living.

Q. List the main key players in this criminal conspiracy and obstruction of justice.

A. At the top was Bondi  - then Dave Aronberg - then ASA Reid Scott. That was the trio - who gave the orders and told the rest of us what to do.

Q..How guilty was your boss  - the head of the PD office - Carrey. H. ?

A. Totally! She doesn't have an innocent bone in her body.

**62**

Q. And you agree -  she could have brought in the FBI?

A. Of course - but look what happened to Sirprico? Snitching out an entire regime - never allows one to remain in that position or office.

Q. Then if she had any morals - she shouldn't have taken that position of intentionally allowing her vigilante PDs to work against the clients - who had no other representation. That's in direct violation of 18-241 / 18-242  and  18-4. She - nor you - have any valid excuse. Who took over - after JM busted you -  which had you so scared - you left that office and moved to Ohio?

A. That would be the head PDs replacement  - a D. E. who became the felony chief. It was his job - to take over mine - and he too is just as corrupt and criminal and vigilante as June 21st is long.

Q. Mr D - you're under arrest - and will be following the rest of your criminal gang to one FCI or another - and as far from family as can be - to employ one of Fla DOCs slimy tricks . What's good for the goose  - is even better  for the gander. Agents?

Suddenly one of the federal agents who'd been bringing those the senator had placed under arrest - walked up to Senator White and whispered something to him - causing Senator White to nod in agreement - prior to announcing....

"It seems Boca's once detective Cruz has remembered something he claims we'd all want to hear - thus I've given the agent permission to bring him back to the stand. Mr Cruz - you're still under oath. What is it you feel is so important?

"During my -  after unlawfully arresting JM on 10-19-12 - it was in the year of 2013 - I interviewed JMs very girl friend he was LIVING WITH DURING THE VERY YEARS - SPECIFICALLY ON THE SUBJECT OF "GUNS' -  questing to her  - the best I can recall -  going like this.

"Did Jack carry any guns??"

"No!"" the gf emphatically and without hesitation replied. "JACK NEVER TOOK A GUN OUT OF THE HOUSE!!!!"

"So you never ever saw Jack bring a gun out of the house or carry one at any time.??

"JACK WOULD NEVER TAKE A GUN  OUT OF THE HOUSE OR  CARRY ONE - DUE TO THERE BEING SOME KIND OF - ONE OF THOSE HUGE ROAD SIDE POSTERS  STATING  IT WAS A LIFE SENTENSE FOR CARRYING A GUN - OR SOMETHING LIKE THAT - I'M NOT SURE EXACTLY WHAT THE SIGN SAID - BUT IT HAD A STRONG INFLUENCE ON JACK - NEVER TO TAKE A GUN OUT OF THE HOUSE OR EVER CARRY ONE.','

Q. And of course this is important - as allegedly the assailant in these cases was to have a small revolver. Did Jack



own any guns?

A. Yes - but only two - neither of which he purchached for himself.
Totally on her own accord - as presents - his gf bought a .357 Starsky and Hutch TV serious gun for one of his B-days - a huge gun - and she bought him a Browning 9mm for A Christmas - both of which the gf still had and I examined and ran thru NCIC - neither coming up a 10-99.

Q. 10-99?

A. NCIC hit = stolen.

Q. So in no way the type of gun the real assailant was to have used in these alleged assaults??

A. Oh gawdd no.

**63**

Q. What's the chance of the gf - having been a once gf - simply trying to give you answers to help Jack out?



A. Absolute zero. They hadn't seen or talked to each other in over 30 years - and she'd been married - so no trailing love for the other with either Jack or the gf. Besides - she was firm and quick to make known - Jack would never carry any gun out of the house!!

Q. Anything else Mr C?



A. There is. As is no mystery - Jack was arrested in 1979 <u>for being what the FBI said Jack was a very respectable "jewel thief"</u>. Not an everyday burglar who broke into homes and trashed then while looking for stuff to steal for drug money.  But again - according to the police and FBI - a very respected - high end - jewel thief - who only took jewels or cash - and never messed up the million dollar estates he'd pilfer from. He'd simply ONLY HIT MANSIONS THAT HAD AN ALARM - at which time he'd shut the alarm off - ENTER - then go right where he knew the score would be - acquire it - then upon leaving - he'd turn the alarm back on - so criminals couldn't get in to destroy a home. Jack went out of his way - not to mess up ones home.

A. Also Important to these assault cases - during the very time period these assaults were allegedly taking place - the FBI and numerous detectives were hot on his trail: a trail that in no way crossed paths with these assaults. In fact - the FBI and police testified in his trial in 1979 to: ..."we enjoyed tracking JM - because he never carried a gun - never confronted anyone in the commission of a heist - has an IQ of 167....".  and a bunch of other stuff not usually boasted by the police for someone they didn't respect. <u>These were also the years / times JM owned two land planes - one sea plane - and one helicopter , with floats - in which - during these very 70s - he obtained his FAA license for all of them.</u>

Q. And yet you idiots - couldn't see - this wasn't the make up of one who'd do these assaults?? Which the FBI clearly saw - having been tracking JM at the VERY  SAME TIME the real assault assailant was doing his thing - the feds seeing NO similarities?? Planes - helicopters . million dollar estates - alarms - only took gold. Tell us Mr C - was there any gold or cash taken or asked for in these assaults?

A. No sir. Never.

Q. Take Mr C back to his cage before I vomit. This is a disgrace.

PAGE 28

PAGE 28R

TO THE COURT:

Plaintiff request you REread these three paragraphs below - for a last minute addendum of importance. Plaintiff needs this federal judge to engulf these crucial points. Due to so much having been read and hopefully digested to this point - the judge may not grasp the importance of the below three paragraphs - so let plaintiff break it down.

A. Confirmed - THE POLICE - back in 1980 - LITERALLY DESTROYED EVERY SINGLE ITEM THEY "GATHERED - TOGETHER" - CONFIRMED BY THE STATES ASA R.S. IN THE MOTION TO COMPEL - AS WELL AS IN THE PBSO CRIME LAB LOG BOOK: I MEAN, HEY?  BREATH!!  WHY WOULD ANYONE NOT BELIEVE THE STATES OWN ASA WHO TESTIFIED ALL THE EVIDENCE HAD BEEN DESTROYED - RECONFIRMED BY THE PBSO CRIME LAB LOG BOOK - DETAILING - PER POLICY - SAID DESTRUCTION BY STAFF OF THE 80'S - WHO MADE THE LOG BOOK ENTRIES - PROVING BOTH CASE EVIDENCE HAD BEEN OFFICIALLY DESTROYED.......

        YET......

..... EVEN BEGIN TO BELIEVE - ONE - PREJUDICE FEMALE  FORENSIC SCIENTIST IN 2012 - WHO -  IN DESPERATELY TRYING TO DISCREDIT BOTH RELIABLE SOURCES ABOVE - COULD (and did) EASILY  LIE - BY CLAIMING THE SWAB  and  CLOTH - ACTUALLY CAME FROM THE CASES IN QUESTION - THAT COINCIDENTALLY - DIDN'T EVEN HAVE ANY PROPERTY RECEIPTS -  OR MANDATORY  CHAIN OF CUSTODY - OR ANYTHING ELSE TO EVEN HINT A CONNECTION TO - NOT ONLY THESE CASES - BUT ANY CASE?

 Again - it's in the PBSO GENERAL ORDER 532.00 -  THAT ALLLLL SUCH  DESTRUCTION - MUST BE WITNESSED BY SEVERAL CRIME LAB STAFF - SO - WHAT? THEY ALL LIED WHEN WITNESSING THE DESTRUCTION OF THIS EVIDENCE?????? Why would they lie about said destruction??

*************************************************************************************

Upon plaintiffs arrest on 10-19-12 - PBC ASA REID SCOTT had investigated the case for - at the bare minimum 12 months -  and we heard - since 2010 - either way - all the following facts are true.

FACT 1) Scott was well...well...well aware -  (via Boca detective Cruz).  that Boca PD had destroyed ALL THE "MATERIAL  FAVORABLE" AND "MATERIAL EXCULPATORY" EVIDENCE - and Scott had official Boca PD documentation - revealing such destruction.  It is for this reason - the BRADY V. MARYLAND case - should have prevented an arrest. And - even if not - was a federal case ruling -  requiring the dismissal of the charges. Absolute undeniable facts this court must hold the state accountable for at THIS time.

U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A state CAN NOT REFUSE TO APPLY THE SUBSTANTIVE
PROTECTIONS OF A FEDERAL STATUTE IN ITS COURTS.

U. S. - CONDON  v  HALEY
21 F. SUPP. 3d  572, (D.S.C. 2014)
STATE LAWS THAT RUN CONTRARY TO FEDERAL
CONSTITUTIONAL PROTECTED RIGHTS
OF INDIVIDUALS  CANNOT BE
ALLOWED TO STAND

U. S. - HINES  v. LOWREY
305 U. S. 85, 59 S. Ct. 31, L. Ed. 56 (1938)
STATE COURTS ARE REQUIRED TO GIVE TO THE STATUTES
OF THE UNITED STATES THE SAME RECOGNITION





- FORCE - AND  EFFECT ACCORDED
THE LAWS OF THE STATE



**FACT 2)**  ASA Scott criminally chose to CONCEAL (not suppress!!) the above facts - for two years after plaintiffs arrest - forcing the defence into a "motion to compel" hearing - at which time - Scott had no choice but to UN-CONCEAL the facts - 100% of the evidence in both cases - HAD BEEN DESTROYED in 1980: History!



**FACT 3).** Here we have the state of Florida - prosecuting these two cases - (so naturally - going against the defendant) only to indirectly imply - during the motion to compel - we (Fla) have no evidence to proceed with a prosecution. May plaintiff get a "helloooo"?



**FACT 4)** This equates to - per the very initial ASA Scott - they had no case - no evidence - no witnesses - no prints - NO NOTHING!!!!



**FACT 5)**  We then have the PBSO CRIME LAB LOG BOOKS - thoroughly confirm all above  - revealing - that both case full evidence - had been destroyed 32 years prior - in 1980 - thus what? Here we have two state entities  two state offensive departments - both concurring ALL THE EVIDENCE IN BOTH CASES had been destroyed: gone  no longer on earth - Yet - two alleged -  ultra tiny pieces of evidence  - were to have suddenly and  miraculously escaped destruction - that had NO PROPERTY RECEIPTS TO  IN ANYWAY LINK THEM TO REAL - ACTUAL - CASE EVIDENCE - CONCURRENT WITH - ABSOLUTE ZERO STATE AND FEDERAL MANDATORY CHAIN OF CUSTODY - EVER -  LINKING THEM TO ANY CASE  - LET ALONE - EITHER CASE AT BAR!  SURELY- SURELY - FLORIDA AND THIS COURT - JEST!!





**FACT 6)** As stated -  we  then have - in THE PBSO GENERAL ORDER 532.00 - that it is mandatory - all evidence to be destroyed  - not only be approved by the  then  country attorney - but that such destruction -  MUST BE WITNESSED by the PBSO CRIME LAB STAFF - PER LAW!!!!

**FACT 7).** Which - taken together -  shows how the evidence destruction came to be put in the log book - was DESTROYED. Case closed.

ALL WEIGHING IN AGAINST

ONE prejudice Forensic Scientist  (rghtfully - but unprofessionally feeling compassion for her fellow female alleged victims) who criminally allowed herself to UNLAWFULLY analyze a box of claimed evidence from decades ago - containing CRIME LAB  confessed 50 to 300 cases mixed together - all as unlawul as you prior read - only to then ficticiously claim the FS was able to pull a monstrous rabbit -  out of a hat - in which no rabbit would fit in? What in the Name of God - is everyone missing?

GO TO PAGE 29

*AGAIN — NOT ONE OF THESE
BEING QUESTIONED WOULD
SUBMIT TO A  NON- PROSECUTEABLE
POLY GRAPH TO ALL THESE QUESTIONS*



PAGE 29R

Federal Judge - again keep at the top of your gavel - all read so far - is not for you to decide guilt or innocence. All prior read - is for you to honorably see - the likelihood of one compassionate female - trying to help other females acquire "closure" - which in no way - over powers or eliminates the States own offensive confessions above - or all they have literally - criminally violated. Everyone knows (having done so) how terribly easy it is to lie. And again - though guilt or innocence isn't your call - MAKING STATES COMPLY with allll of this below - IS your responsibility per 18-241 and 18-242. Yes - MORE POWERFUL repeats!

ARIZONA VS YOUNGBLOOD (1988), 488 U.S. 51
{ 20} The DUE PROCESS CLAUSE PROTECTS A DEFENDANT FROM (FROM) BEING CONVICTED OF A CRIME WHERE THE STATE HAS FAILED TO PRESERVE "MATERIAL EXCULPATORY" EVIDENCE. GM !

OLMSTEAD VS UNITED STATES
227 V. S. 438, 469, 471, 48 s. ct 564



"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you - WILL) bring terrible (legal) retribution!" (GM)

"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE (TO INCLUDE BUT NOT LIMIT, PB, OR HER REPLACEMENT) to violate laws of the state!!!!" (GM)

"Decency, security and liberty, DEMAND.....DEMAND that government officials  shall be SUBJECTED TO THE SAME RULES OF CONDUCT THAT ARE COMMANDS TO THE CITIZENS!!!"

"Under one of these alternative theories the rule's foundation is shifted to the  sporting contest thesis that the Government MUST PLAY THE GAME FAIRLY
 and CANNOT BE ALLOWED TO PROFIT FROM ITS OWN ILLEGAL ACTS!!!!

Campbell Vs State 935 So 29 614, 620
State Vs Schwartz. WL 9250470

The (Fla) Supreme court went on to disagree with the States claim that the DUE PROCESS defense was UNavailable to predisposed defendants and found that, based on the DUE PROCESS provision of article 1, section 9 of the Florida CONSTITUTION, that GOVERNMENT MISCONDUCT (GM)  - which violates the constitution DUE PROCESS RIGHTS of a defendant predisposition - REQUIRES THE DISMISSAL OF CRIMINAL CHARGES!!!!!!!!

STATE Vs. GLOSSON
462 So 2d  1082

The type of conduct held to violate DUE PROCESS, is that which SOOOO OFFENDS DECENCY OR A SENSE OF JUSTICE, that judicial power may (IS NOT TO BE) not be exercised to obtain a conviction!!!!

Blanco, 896 So 2d at 901

When GOVERNMENT MISCONDUCT violates a defendants due process  rights, the remedy IS DISMISSAL.

U. S. HAYWOOD v DROWN
556, U. S. 729, 129 S. Ct. 2108, 173 L. Ed. 2d 920 (2009)
A STATE CAN NOT EMPLOY A JURISDICTIONAL RULE TO DISSOCIATE ITSELF FROM FEDERAL LAW BECAUSE OF A STATE'S DISSAGREEMENT WITH THE LAWS CONTENTS  OR ITS REFUSAL TO RECOGNIZE THE SUPERIOR AUTHORITY OF ITS SOURCES



(64)

WHILE STATES RETAIN SUBSTANTIAL LEEWAY TO ESTABLISH THE CONTOURS OF THEIR JUDICIAL SYSTEM - THEY LACK THE AUTHORITY TO NULIFY A FEDERAL RIGHT OR CAUSE OF ACTION THAT THEY BELIEVE IS INCONSISTENT WITH THEIR LOCAL POLICIES.

FEDERAL TITLE 18-3600 (a) (4)
(4)  The specific evidence TO BE TESTED is in the possession of the government (PBSO) and HAS BEEN (PAST TENSE) SUBJECT TO A CHAIN OF CUSTODY and retained under conditions sufficient to ENSURE that such evidence HAS NOT BEEN SUBSTITUTED, CONTAMINATED, TAMPERED WITH, (being in that box - is tamperd with) - REPLACED, OR ALTERED in ANY respect material to the proposed DNA testing

STATE OF FLORIDA CONSTITUTIONAL PS OATH

"I DO SOLEMNLY SWEAR ( or affirm) THAT I WILL SUPPORT - PROTECT - AND DEFEND - THE CONSTITUTION AND GOVERNMENT OF THE UNITED STATES (even before Florida) AND OF THE STATE OF FLORIDA  THAT I AM DULY QUALIFIED TO HOLD OFFICE - UNDER THE CONSTITUTION OF THE STATE  AND THAT I WILL WELL AND  FAITHFULLY PERFORM THE DUTY OF (title of office) ON WHICH I AM NOW ABOUT TO ENTER. SO HELP ME GOD!!!

All 22 Florida Public Servants - including both the prior AG PB and the current AG Ashley Moody - have taken the above  Florida Constitutional oath to God and to the state -  and to the UNITED STATES GOVERNMENT  to comply with all state and federal statutes  mandates  provisions  case law and obviously US Supreme Court rulings - yet plaintiff has just again shown this court - all defendants have violated everything they could - specifically to obtain unlawful convictions - which again - is in federal violation of this below - which no Federal court can look the other way on.

"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you - WILL) bring terrible (legal) retribution!" (GM)

GO TO PAGE 30

67



PAGE 30R     LAB  ADMIN  / 1

Q. . I call next - the PBSO CRIME LAB ADMINISTTATOR T. S. Would you identify yourself and tell the world your position.

A. My name is Tara Sessa and was the Palm Beach Sheriffs Office Crime Lab Administrator in 2012.

Q. So in 2012 and on - were you the PBSO CRIME LAB administrator?

A. I was - yes.

Q. And you've read all of the trial transcripts where your FS testified to the condition of the evidence in the twin JM cases was unlawful to use in any court of law?

A. I have.

Q. Then tell us - tell all on earth -  how could you allow any Forensic Scientist (FS) (CS) to invest even a second - analyzing evidence - 36 years old - all of which was in a large box with the alleged case evidence from 50 to 300 other cases - none individually packages - all crammed together - touching and contaminating one another - with not one item having a property receipt - thus - you had no idea where any of it came from - and ABSOLUTELY NO CHAIN OF CUSTODY - which is mandated by the FBI - ISO and state § 943.325 (13) (a) and federal law (title 18-3600 (a) (4) - 100% of which you knew - was all unlawful - to analyze in any crime lab in Florida - any such evidence - being in the extreme contaminated condition it was in - thus also against all states and federal statutes - nation wide??  Wasn't that also what you indirectly testified to - in your prior read deposition?

A. I regretfully confess - here and now - all of that is true - clearly supported by the PBSO law below - which expressly applies to the PBSO CRIME LAB as well as every PBSO officer.

PBSO GENERAL ORDER 532.00

IT is the policy of the Sheriff of Palm Beach County to maintain evidence...in accordance with FEDERAL, STATE, AND LOCAL STATUTES and court decisions (ONLY WHEN COURTS ARE IN FULL COMPLIANCE WITH THIS GENERAL ORDER AND THE FBI!). This order will apply to all employees. ( which PBSO CRIME LAB STAFF, SURELY ARE)

CHAIN OF CUSTODY

IT IS REQUIRED UNDER  (the above) LAW, THAT THE ITEM (swab  and  piece of cloth)  introduced to the court as evidence  during  a  criminal  or  civil  proceeding - IS PROVEN (THATS   PROVEN!!!) to  be  THE  SAME  ITEM ORIGINALY COLLECTED!  (With no chain of custody we had no idea where the evidence came from or what case it had to do with - if any)

The chain of custody BEGINS - WHEN AN ITEM  OF EVIDENCE  IS COLLECTED  (1976  and  1977) AND  IT IS MAINTAINED UNTIL FINAL DISPOSITION OF THE EVIDENCE ( The evidence wasn't maintained at all)

1) THE CHAIN OF CUSTODY INCLUDES THE NAMES OF ALL PERSONS HANDLING THE EVIDENCE  THE REASON  THE DATE AND TIME THE EVIDENCE CAME INTO THEIR POSSESSION. ( We had none of this!)

 Q. And in these two iulawful convictions against JM - it is your lab administrators sworn testimony - at no time did you have any chain of custody (COC)  on either alleged actual piece of evidence - thus 100% of what you just quoted - WASN'T INFORCED  establishing unlawful evidence having been introduced to both trials??

A. Absolutely correct. The evidence was totally illegal even to analyze in any crime lab - or use in any court hearing - as I made clear when JMs attorney deposed me - seen here:

FROM A 2015/16/17 DEPO OF T.D. LAB ADMINISTRATOR



Q. Okay, since I know you work with the database, are you familiar with the Fla. Statute § 943.325?

A. Yes

Q. Okay, and it does, it appears that it does REQUIRE LABS TO FOLLOW NATIONAL QUALITY ASSURANCE STANDARDS?

A. Yes

Q. Okay, so in that statute when they say that the NATIONAL QUALITY ASSURANCE STANDARDS, WHAT ARE THEY REFERRING TO?



A. THE AUDIT DOCUMENT AND THE FBI STANDARDS, AS WELL AS THE,
WE'RE ALSO ISO ACCREDITED, SO WE ALSO HAVE TO FOLLOW THOSE GUIDELINES AS WELL.

***********                                    



Q. So again - with you being the head of the PBSO Crime lab - and having testified under oath in a depo - to the labs having to comply with the FBIs and ISOs federal mandates - tell the world -  how you could so intentionally - willfully - and knowingly -  allow one of your FS to violate the DNA laws - to such an extreme??



A. Sir - I have no excuses. I was aware of every unlawful act that took place in these two cases - and I deeply regret it. I never should have allowed any FS to  waste a second - on 36 year old - unmarked -  miscellaneous crap in a large box - none individually packaged - all crammed together contaminating everything - nothing sealed - no property receipts - I mean - I accept full responsibility for what I've allowed.  And here's more statutes proving this evidence as unlawful to use.



2) PROPER PACKAGING CONSIST OF PROTECTING AND SEPARATING ITEMS TO PREVENT THE LOSS, REMOVAL, CONTAMINATION OR TAMPERING.



Q. And proper packaging??? What packaging???? How could any judge or crime lab -  allow crime lab FS confessed unlawful evidence  that WASN'T EVEN PACKAGED AT ALL, be used in any court proceeding?

A. Via corruption!!



3) PROPER SEALS CONSIST OF COVERING ALL OPENINGS OF EVIDENCE PACKAGE TO PREVENT LOSS, REMOVAL, CONTAMINATION OR TAMPERING!! (NOW GET THIS NEXT LINE) EVIDENCE WILL NOT...WILL NOT BE ACCEPTED (IN THE CRIME LAB OR COURT) UNLESS IT IS PACKAGED AND UNDER PROPER SEAL.



Q. But there was no packaging or seals at all!



A. I agree! As well.....



4) EACH ITEM OF EVIDENCE SHALL BE LEGALLY...LEGALLY...LEGALLY
RECORDED  ON THE PROPERTY RECEIPTS!



A. We never had or found one property receipt - thus - again - all illegal evidence to use.



Q. Was there anyway to have found ones DNA on evidence that old?



A. Not evidence subject to what the claimed swab and tiny piece of cloth were subject to - no. And to convict a person on this kind of evidence? Its more than a sin. ?  Especially on a life sentence. In fact  that evidence - cleared JM - more than it convicted him.

GO TO PAGE 31



DEPOSITION PAGE OF PBC CRIME LAB ADMINISTRATOR
TARA SESSA

35  69A  12A

THIS PAGE BACKS
UP PAGE 13 NEXT

1   use that?

2       A.   Yes.

3       Q.   Okay.   Since I know you work with the

4   database, are you familiar with the statute 943.325?

5       A.   Yes.

6       Q.   Okay. And it does, it appears that it does

7   require labs to follow national quality assurance

8   standards?

9       A.   Yes.

10      Q.   Okay. So in the statute when they say that,

11  national quality assurance standards, what are they

12  referring to?                    FEDERAL MANDATE

13      A.   The audit document and the FBI standards as

14  well as the, we're ISO accredited so we also have to

15  follow those guidelines as well.          MANDATORY !!

16      Q.   Okay.   And if you weren't following those,

17  that's when you might get a finding?     ACCEPT IN THE MACLEAN

18      A.   You might get a finding, yes.    CASES, WE HAVE PER-
                                             MISSION TO VIOLATE
19      Q.   Okay. All right. So Mr. Tanton was deposed   EVERYTHING!

20  in this case, and I, he sort of describes some   IN THIS CASE

21  procedures as he recalled them at the time that some of

22  the serology was done.

NO FBI ISO CHOICE!

69A





PAGE 31 R      . lab admin 2

Q. Tell me about this alleged single swab and piece of cloth you all unlawfully used as the only evidence in these cases - and why it was illegal to use.



A. OK, well - the first thing you should know is - DNA can be FABRICATED! . Prior to exposing Palm Beach Counties ((PBC) real corruption - laced with multiple state and federal violations, it is crucial that you....Yes - EVEN YOU...Google this very title and read it carefully, if you have any real interest in seeing JMs unlawfully convictions.

"DNA EVIDENCE CAN BE FABRICATED SCIENTIST SHOW"



A. Failure to read the above article prior to going on - you'll not understand how we - in the PBSO CRIME LAB - FABRICATED AND PLANTED JMs DNA on an alleged single "swab" - and one tiny piece of "cloth" - and a "robe" - each - singularly used in the two horrifically unlawful trials, both, the only alleged evidence the state had, of which could not have been anymore unlawful to use than it was.



A. It came out in both trials, in the summer of 2018, one of my PBSO FORENSIC SCIENTIST (FS) confessed to rummaging thru a large, UNSECURED (FOR DECADES), BOX, containing the alleged evidence of 50 to 300 cases - dating back to the 70's which was all in EXTREME VIOLATION OF THE U. S. ATTORNEY GENERAL'S FEDERAL DNA ACQUISITION per the "Justice For All Act of 2004"" which MANDATES - EVERY STATE AND FEDERAL DNA POLICY AND PRACTICE EVER MADE - BE LAWFUL!!

A. Stuffed to the top of this box, was hundreds of alleged pieces of evidence, not one of which was individually packaged nor marked, to identify it or what case it was supposedly from all literally mashed against other case evidence where it had been for 25 to 40 years, in that condition: again, making a mockery out of all DNA mandates around the world, literally!!



A. The FS further indirectly confessed to the court, none of the evidence was lawful to use in any court proceeding, and couldn't help but being contaminated, by saying, any evidence that wasn't properly packaged, stood a high probability of being contaminated, as alllll of the evidence in that box surely was: excessively unlawful to use in court, never mind in life sentenced cases.



A. As for the single swab they selected to use, they picked one (ahhh - this one will do) out of an envelope, that had been clinging onto 20 to 25 other swabs - none individual packaged: all mashed together, none of which were marked. This was the alleged swab a FS was to of found JMs DNA on, which that claim is laced with holes, such as, who'd believe the FS spent thousands of dollars and days, analyzing alllll those swabs, she knew were unlawful to use in a trial - and coincidentally found one with JMs DNA on it? Again, would an honorable FS - waste alllll that time - analyzing over two dozen swabs, knowing they couldnt be lawfully used in court, EVEN IF she found one to match a case???? Absolutely not!



A. Or try it this way: would any honest government operated, abundantly federally monitored, CRIME LAB, actually spend days, and huge dollars, analyzing unmarked, unpackaged, clearly contaminated evidence, the lab administrator and FS knew, not only couldn't be LAWFULLY used in any court, but that I'd ever allow ANY FS - TO INVEST THE TIME AND MONEY ON? Is anyone that gullible, to go for that, coincidentally and allegedly to find JMs DNA on one - CAREFULLY CHOSEN (ahhhhh, what the hell: this one will serve our purpose) swab!

THEN CAME THE TINY PIECE OF CLOTH



A. The FS also testified to finding many pieces of cloth inside this box, NONE OF WHICH were individual packaged - making it unlawful to use - mashed against countless other pieces and items - one - allegedly having JMs DNA on it - again opening the door to - would an honest, honorable, FS invest the time to test dozens of pieces of cloth, knowing none of it was legal to use in court none containing any case numbers, as well as, TOTALLY UNLAWFUL TO ANALYZE - EVEN IN ANY FLA CRIME LAB - PER PBSO GENERAL ORDER 532.00, STRESSING PBSO CRIME LAB MUST ADHERE TO FEDERAL MANDATES?? I THINK NOT.







A. In other words, that FS could not have violated any more state and federal mandates than she has, by even using anything in that box, clearly knowing all to be unlawful via PBSOs own rules and policies - which the state confessed to knowing of - by saying at the beginning of the first trial - something very close to this:



"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY, THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS ON THE ONLY EVIDENCE WE HAVE, AND  THAT THE EVIDENCE WAS IN A LARGE BOX WITH THE EVIDENCE FROM 50 TO 300 OTHER OLD CASES, NONE OF WHICH WAS INDIVIDUALLY PACKAGED, ALL TOUCHING EACH OTHER, WITH NO PROPERTY RECEIPTS FOR 30 YEARS".

A. And again - what does the vigilante judge make the crucial - spoke too fast without thinking - mistake of replying - in court - less jury - on record?



A. Looking at both PDs, the judge return....."YOU DEFENSE ATTORNEYS CAN NOT DEFEND YOUR CLIENT USING THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS, AND THAT THE EVIDENCE WAS NOT INDIVIDUALLY PACKAGED AND TOUCHING OTHER EVIDENCE, NOR THAT IT DID NOT HAVE ANY PROPERTY RECEIPTS FOR 30 YEARS!"

JM ) Having heard this, I couldn't breath, I was so in shock over the fact, the state would CONFESS to the states use of unlawful evidence, only to have a judge acknowledge that fact, the evidence was unlawful, only to then ALLOW THE STATE - to employ unlawful evidence. All I could think of - was - they've all got to be on drugs.

HOWEVER, though this was all said at the very beginning of trial one, don't expect to locate it on the courts audio recording minutes, as they've read my prior reports, and undoubtedly had that section removed - but not from  the FBI - who can  find where the recording had been tampered with, and probably can retrieve the edited section.

GO TO PAGE 32

**7/**



PAGE 32R      Lab admin 3      CRUCIAL PAGE!

For those who weren't able to find the article titled - "DNA CAN BE FABRICATED RESEARCHERS SHOW" - this to follow - is too important - not to insert several of its quotes - so again - these are crucial lines within this article - that reveal how - one bad cop and one corrupt FS - fabricated JMs DNA - starting with :



1) Scientist in Israel have demonstrated that it is possible to fabricate DNA evidence UNDERMINING THE CREDIBILITY of what has been (PAST TENSE!!) considered the gold standard of proof in criminal cases.

       In other words - anyone is a fool to convict on DNA ALONE as this quote appearing in an Australian paper blares:

"THE PROBLEMS HAVE PROMPTED THE LAW INSTITUTE OF VICTORIA TO WARN OF THE (EXTREME) DANGERS OF CONVICTING ON DNA EVIDENCE ALONE. MICHAEL McNAMARA, THE INSTITUTE'S CRIMINAL LAW CO-CHAIRMAN, SAID: "PEOPLE TREAT DNA AS THE BE-ALL AND END-ALL" BUT YOU SHOULDN'T RUN A PROSECUTION BASED ON ONE (that's one!!!) PIECE OF EVIDENCE, PARTICULARLY WHERE THERE IS SUCH ROOM FOR HUMAN ERROR!



(BASED ON 1 (ONE) PIECE OF EVIDENCE!!   EXACTLY HOW MANY THEY HAD IN EACH CASE / TRIAL AGAINST ME! ONE!! (WHAT A GULIBLE JURY!!)

2) The scientists fabricated blood and saliva samples containing DNA from a person OTHER THAN the donor of the blood and saliva.



3) They also showed - if they had ACCESS TO A PERSONS DNA PROFILE IN A DATA BASE - (as they had on me in 2005 and 2007) -THEY COULD CONSTRUCT A SAMPLE OF DNA - TO MATCH THAT PROFILE (BINGO!!!!) WITHOUT OBTAINING (Ohhhh pleaseeee! DNA? CREDIBILITY?? )  ANY TISSUE FROM THAT PERSON!! (thus - EASY TO FRAME ANYONE!)



(THIS IS EXACTLY WHAT THE CORRUPT BOCA deFective and his female - long time associate Forensic Scientist did with my 2007 DNA: they obtained my profile from CODIS - in 2012 via a federal friend of Cruz - who was the one who obtain my profile from the national codis database - at which time the FS cloned my DNA - THEN FABRICATED A NEW BATCH TO SMEAR ON ANYTHING THEY CHOSE TO USE AS EVIDENCE IN THIS CASE - THE SWAB AND CLOTH!!)



4)  "YOU CAN JUST ENGINEER A CRIME SCENE" (Wrongfully convicted - times countless! You can create as many crime scenes as you need.)

5)  "ANY BIOLOGY UNDERGRADUATE COULD PERFORM THIS"!!! 

(Again - it couldn't be any easier for any FS -- to plant anyones' DNA ON anything!)



6) "DNA IS A LOT EASIER TO PLANT AT A CRIME SCENE - THAN FINGER PRINTS" -



A. AND FAR MORE SO -  ON A SWAB OR PIECE OF CLOTH -  READILY AT HAND - SITTING FOR DECADES - IN A BOX CONTAINING 50 - 300 CASES OF ANYTHING THAT COULD BE CALLED OR USED - AS EVIDENCE.



A. THIS article - by the way - was one of the ones JM wanted the PD attorneys to introduce to the jury - but as soon as one of the PDs breathed such a thing - the female  prosecutors had a tissy. Now why oh why - would the prosecution NOT want a DNA article - PROVING DNA CAN BE FABRICATED - to be shown to a jury (or even discussed in trial) if they weren't aware JMs DNA had been fabricated ????



7)  "THE other technique RELIED ON (BY GLOBAL CORRUPT COPS is) DNA PROFILES - STORED IN LAW ENFORCEMENT DATABASES - AS A SERIES OF NUMBERS AND LETTERS - CORRESPONDING TO VARIATIONS AT 13 SPOTS IN A PERSONS GENOME."




A. Again - this not only confirms how easy it is - for corrupt cops to frame anyone - whose DNA they ALREADY HAVE ACCESS TO IN CODIS - (as they had JMs)- but how likely they fabricated my DNA - where a crime labs log book and motion to compel hearing - CLAIM ALL THE EVIDENCE WAS DESTROYED.


Q. So what you're directly saying - is - not one single aspect of the crime labs involvement - analysis - handling - or any state or federal DNA mandate - has been complied with - and could not possibly be more state and federally unlawful - with all remotely involved - clearly guilty of OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY - JUST FOR STARTERS?

A. In a nut shell - yes!!

Q. Anything else your care to add Ms Sessa?


A. There is:  The - 70's/80's Serologist, testified - upon working cases - these two cases were included in all he had worked on -  and when analyzing a swab - he would staple any and all swabs - onto an index card  - with the case number. Now hey? All PBC  case evidence is maintained in the PBSO CRIME LAB (including all WRC alleged "stains") - WHERE ONLY - ONLY CRIME LAB FS HAVE ACCESS TO:  SO - WHAT????? One of the FS of decades ago - had a bad day, and simply YANKED ALL THE  SWABS OFF THEIR INDEX CARDS - AND SAID TO THEMSELF:


"AHHHH WHAT THE HELL?   I'LL JUST CRAM  ALL THESE CUTE LITTLE SWABS IN ONE ENVELOPE -  AND THROW ALL THE CARDS AWAY -  WITH THEIR CASE NUMBERS ON IT ".


A.  Remember: The labs own log book (concurrent with the motion to compel hearing)  registers both case entire evidence WAS DESTROYED BY POLICE -  WHO DOCUMENTED THAT DESTRUCTION!  And "destroyed" -  has no affiliation with - crammed in a box with 50 to 300 other case evidence  - which I saw myself.


A. Besides - what honorable crime lab administrator (me - obviously in no way honorable!)  WOULD EVER - EVER REQUEST OR PERMIT  a FS, to spend one second - let alone hours -  and thousands of dollars in "'time" - on 25 TO 30 - TOTALLY  UNMARKED - NON-INDIVIDUALLY PACKAGED - SWABS - THAT HAD BEEN HAVING SEX FOR DECADES with other swabs  -  ABSOLUTELY NOOOOOOO CONDOMS - ALL OBVIOUSLY CONTAMINATED AND TAMPERED WITH - PROVEN SO -  BY JUST BEING ALL IN ONE ENVELOPE - which no FS would ever store in that manner - on their own - or analyze.  JM is owed $$$$$$$ millions for what we've done to him and his wife! and their name.


Q. We thank you for your truthfulness  - and wish to tell you - for not coming
forward with this when this was all going down - and for allowing your FS and crime lab to violate countless - state and federal statutes - you are under arrest - and will also be prosecuted beyond words. Agents? Pick a cage for Ms S to savor.

PAGE 33  NEXT





PAGE 33R      FS

CRUCIAL WITNESS

Q.Next I call - the PBSO CRIME LAB FS. Would you give your name and position?

A. My job title is FS and my name is Celynda Sowards - and I was the  main trial Forensic Scientist (FS) in both JMs corrupt trials - and the FS who testified in both trials as being the FS who initially went thru the large box of  typical Drs office type trash.

Q Ms S - describe the box you claimed you located the swab and piece of cloth in?

A. Wellll...it was about 30" x 15" x 15" and had an unsealed lid.

Q From now on - anytime you mention any characteristics that would cause heart failure in any honorable DNA FS - advise of such violation.



A Alright! Then the unsealed lid - would have been  the first. Then -  inside - it was filled to the top - with all kinds of decades old - well used and abused medical trash - all literally crammed together - touching one another - totally unlawful.  Next - there was - not one single property receipt - attached to any item - extremely unlawful to even introduce to any lab or court proceeding.



A.  All items - being mashed together - WERE OBVIOUSLY TAMPERED WITH  - as no FS would have stored them like that -  obviously  CONTAMINATING EACH ITEM  - making it all - totally useless and unlawful to use in any Florida lab or court. None of it was individually packaged - thus OBVIOUSLY unlawful to use. Nothing was marked with any identifiable markings - so we had no idea where any of it came from - again making a mockery out of global DNA acquisition of any DNA.

74



A But one of the largest unlawful aspects of this entire injustice - is the God's honest truth - WE HAD NO CHAIN OF CUSTODY  (COC) so we had no idea where any of - what looked like trash from a Dr's office -- came from. No case can lawfully proceed - without a CQC.

Q Then why did you analyze the items in the box?

A Because I was only an intern  in 2005 when I was given orders to rummage thru it - to see what I could match.

Q Andddd?



A And I couldn't lawfully match anything - to anything. Like the swab we made be the one we used.....



Q What was that?



A I ahhh...I meant...I found 25 to 30 swabs in a manila envelope - all touching and mashed together in one envelope - so obviously contaminated to the unlawful extreme.



Q So in general - there was NO WAY for anything in that box - to be lawfully used in a crime lab - or trial?



A Correct - which I thought was strange -  asking me to look thru it - in an FBI / ISO licenced crime lab.  So much for the lab administrator going by the FBI or ISO MANDATES SHE VOWED TO GO BY.



Q OK time for a CRUCIAL QUESTION EVERYONE NEEDS TO GRASP WITH at least two of their finest TEETH - THAT QUESTION BEING - IF YOU - Ms S - SPIT ON OUR FULL SENATE FLOOR RIGHT NOW - AND ANOTHER FS ACQUIRED THAT SPIT IN ANY MANNER ACCEPTABLE - FOR DNA ANALYSIS - then analyzed it - would the DNA profile acquired be "MODERATE"??



A No sir - it would not.

Q And why not?





A BECAUSE IT WAS MY DNA - WHICH WOULD PRODUCE A PROFILE READING TO MATCH MY DNA - 100% !



Q So it would be your sworn testimony today before this full congress and Senate of the UNITED STATES OF AMERICA - THE GREATEST COUNTRY IN THE WORLD - WITH THE MOST HONORABLE JUDICIAL SYSTEM ON EARTH - IT WOULD BE YOUR PRICELESS TESTIMONY - THAT THE VERY SPIT YOU RUDELY UPCHUCKED ON OUR 17 MILLION DOLLAR CARPETS - WOULD REGISTER A 100% DNA PROFILE - TO MATCH YOUR DNA PROFILE??

A Correct!

Q Full senate massive smiles - as Ed then asked - Why is that??

A Well...cause its my very own DNA! Why shouldn't it?

Q. You tell us Ms S - why it shouldn't?

SUDDENLY you could hear yet another pin drop in the Senates main room - with the FS displaying a frightened expression.Taking too long to answer her own question - Senate Majority Leader EW barked:



Q We're all waiting Ms S. Why should your very own saliva in which you gathered together in your very own mouth - match the DNA from the spit????





A There's no other way sir!! Where it was in fact my DNA - If ANYTHING was claimed to have my DNA on it - IT HAD TO MATCH 100% Identical to my DNA PROFILE!

Q Just like what Ms S?



A OK - OK - okkkkk! Just like - if the claimed crime labs swab - cloth and robe (we put JMs DNA on) actually - had honorably any connection with JM DNA - there'd be NO "MODERATE" ABOUT IT! IT TOO - WOULD BE A 100% MATCH! See what the others are talking about sir?.

Q No. What?



A JMs Columbo reports - dissect every damn path we travel over. His has a mind to devours every possible scenario - 99.9% welding in place - what we've criminal done in THE PBSO CRIME LAB!

Q Translating to?



A If JM had actually been the assailant - JMs real - non fabricated DNA - would have matched his 2007 (and 2005) DNA PROFILE 100% - and IT WASN'T EVEN CLOSE!! Moderate plays no chapter in a 100% DNA MATCH in anyones DNA!! And no matter what the state counters with - the above facts - don't and can't lie!

Q. OK - another huge question. There's people today - who are living with the delusion - DNA is that much more accurate then the prior method of blood typing. Your feelings on that?

A. Blood typing - specifically "secreter vs non-secreter" - IS JUST AS ACCURATE as DNA - meaning - in order to have a correct assailant in blood typing - more than just one characteristic has to match - AS WELL AS - secreter vs non secreter. There is no mistakes in blood typing - which JM was cleared by in 1982. As well - JMs blood and every "bio" - was severely analyzed in 1982 in the lab - when combined with there are no mistakes in blood typing - for sure - JM was cleared back then - in both Dade and PBC - but for todays bar to accept that - would cost the state $$$ - and Fla isn't into state retractions!

Q. Ms S - the two federal female agents to your left - will be taking you to your own - private - not so-homy or comfortable holding cell - where you and all in your PBC CRIMINAL VIGILANTES are pacing back and forth in there own - as we speak. Agents?!

---

NO PAGE 76 - FOR MEDIA ONLY



PAGE  34 R    HPD

Q. Next I call the PBC HEAD PUBLIC DEFENDER C. H. Would you give us your name and position?

A, My name is Carrey H. and I'm the PBC Head Public Defender in PBC.

Q. Ms H - we've been advised - that thru PBs corrupt confidants - she's ordered you to establish a group of VIGILANTE PDs - who don't mind working with the state - against the defendant. Is that true?

A. Yes sir it is and in all counties in Florida.

Q. Oohhh won't the families of convicted inmates in Florida love that!  And how do you find - then recrute such spineless  bar?



A. Years ago - I was advised by the AG's go-betweens - that I had to create a group of vigilante PDs - who'd work with the state - against the defendants - thus I found a male PD - who seemed scroupless - so I asked him (TD) if he'd like a promotion to a PD Supervisor - to specifically screen both new and old PDs to see if they'd stoop as low - to improperly represent their clients - by assisting the state in obtaining a conviction.

Q. Sell out the clients?

A. Exactly!

Q.So it is your testimony that you were ordered - thru prior AG's - of which  BONDI fully supported - to establish an array of PDs  to play the parts of defense attorneys - yet were actually on the states side?

A. Correct!! Bondi left any PD who wanted the head PD position -  no choice. Either that or no top positions.

Q. You always had a choice Ms H. You could have reported Bondi to the FBI.  So in those days - it was your appointed supervisor -T. Dunnington  - who recruited every PD JM had?



A. Correct. Our only problem was - as others have said - JM can't be scammed by  PDs. So he busted them all - starting with a female (Megan Eaten) - followed quickly by my supervisor Dunnington:  Made-em both in a week. Long to short - I had to have TD keep changing PDs and some - JM busted - were so scared of losing their bar cards - they made a career move   out of the county and state.

Q. And this is going on all over Florida?

A. It is - thanks to Pamala Jo Bondi and whoever fills her heels.

Q.  How many corrupt PDs were assigned to JMs case over six years?



A. In all....ahhhhh....one - two - three - four - five - six.  Six in all and he made everyone.  He had my supervisor so scared - he quit and  moved to Ohio  -   living with this delusion the feds  wouldn't get him there.

Q. He was wrong!!  Every single individuals involved - even if anyone in DOC WAS TO  CROSS THE LINE -  WILL BE CAUGHT and brought to justice. That - you may be certain of!!  Ms H - your bar card  is toast - and you'll never have another one in any state  - and you're on the list for prosecution.

A. On what charges sir?

Q. Just the tip of a very large ice burg - <u>Title 18-241 - 18-242 and 18-1512 by denying a US citizen the same Constitutional and Amendment rights as  everyone else - which being framed and  unlawfully represented and prosecuted - doesn't fall under lawful in any stretch of the imagination. And Fla Stat § 838.022 - §913.18 - concealing material facts  and fraudulent representation by leading JM to believe - he actually had lawful representation - when you knew it wasn't - is - for sure - Obstruction of Justice - mating nicely with CRIMINAL CONSPIRACY!  You'll enjoy</u> PRIsaN,

PAGE 78 FoR MEDIA ONly

77

PAGE  35P    Sheriff

Q. I call the SHERIFF. R. B.  Would you give us your name and position.

A. My name is Rick Bradshaw and I'm the Palm Beach Sheriffs Office  SHERIFF.

Q. And do you recall having JM in your jail for SIX LONG YEARS??

A. I do sir. And he was actually a model inmate  - except he was too sharp for any of us.

Q. How so ?

A. Everything we did with his mail and calls - he knew we were behind it. But the largest issue I created was - he had his wife - who communicates with a senator - and who we learned over a period of time - is nearly as sharp as JM is - he had her send a 150 page report to Senator -------------to secure he got it.  When the senator received it - he found it substantial enough to send a copy back to me - and requested I conduct an investigation on all of JMs accusations - as they were all too likely to have taken place - and he wanted to get to the bottom of it.

Q. And that was a problem - why?

A. Because when JM AUTHORS his Columbo reports - they're 99.99% accurate - as this was - which convicted on paper - more than a bakers dozen of the PBC public servants (PS) and the deputies SA Aronberg had me assign - to go thru JMs jail room legal box to steal the 4 crime lab letters that cleared JM of these charges.

Q. Soooooo....what? You couldn't conduct what senator requested on JMs report?

A. Hellll no!! If I did - the findings would have convicted half of PBC PS - including Bondi and Aronberg -  and 14 to 20 others - JM has them good - on criminals violations - thus my hands were tied. How was I - the Sheriff - to investigate all of the people I know and work with? I just couldn't do it!  And how was I going to investigate my own jail deputies - who I had go thru  JMs legal box and take every copy of the 4 letters from the  CRIME LAB  that - of all things - cleared JM of these charges?  I'd be stabbing myself in the back. - if I was to have complied with the senators request.

Q. Rock and a...

A. BIG TIME! So I simply never ordered the investigation.

Q. How do you think JM is able to put things together as well as he can?

A. No one has ever figured that out - but he knows the judicial system far better then I do - and abundantly knows where we're going to go - in every counter we make - to the point - his having that ability is spooky.  JM is also well aware of everything  we  undertake - to observe his every move. Phone calls and replaying them over to others - we think should hear a call  snail mail letters he sends - and of courseb- he knows his emails are multi read and copied: he's aware of it all. He's had some kind of special training - so he knows the time on every clock. We all think we're observing him - when the truth is - he's got MORE THAN ONE SET of eyes on us

Q. Tell us how  the theft of the letters took place?

A. That was early on - prior to my learning of their federal sky-high vantage point who over see the welfare of JM and his Mrs via some kind of federal agent protection -  no one can track down and many have tried. They're assigned to oversee both JM and his wife and arrest and prosecute anyone who does anything to them - which there's no doubt in my mind - is about to catch up with all of us.

Q. Did JM snitch you out to the Senator - for not honoring his investigation request?

A. No..noooo  he didn't - and he could have many times too - but he never did.








STILL OVER SEEING HOW THE FED COURT HANDLE THIS.

79



A. Upon the lab getting the notification, the administrator sends the cop four letters, (copies of which had to go in the discovery and how JM got them) all involved thinking - all is well. After all, the letters do point to JM as the assailant. It was shortly after this, JM recalled reading in a prior motion, where it mentioned his 2005 DNA, which rung loudly in his mind as has been said before by others.

"Hmmm, how come, if the alleged real case evidence was to of matched my 2007 DNA, IT DIDNT MATCH my 2005 ALSO"?????????

A. He then wrote a state exposing corruption report, PELICAN BRIEF STYLE, revealing what they'd done, which I was told to give to the PBC STATE ATTY, who panicked, and knew, if they couldn't get the 4 letters out of JMs hands, (THAT ONLY LINKED HIM - VIA HIS 2007 DNA) a very large cat would be let out of the bag; namely, they'd fabricated and planted his DNA on all three items - they then claimed - matched his 2007 DNA - again - not knowing of his 2005 at that time; THE CORRUPTION - CASE KILLER!

A. Thus - why the Aronberg - had me make my jail deputies steal the letters, knowing the letters never linked JM to his CODIS in 2005, - thus exposing many PS in violatiin of OBSTRUCTION of JUSTICE and CRIMINAL CONSPIRACY ON A FEDERAIL and STATE LEVEL.

A. To prevent this from exploding and catching all involved, (having heard JM had the letters replaced,) they knew THEIR ONLY HOPE of not being caught, and being federally prosecuted, was to get his FDLE/DOC ACQUIRED 2005 DNA, OUT of CODIS, WHICH THEY CRIMINALLY DID, committing multiple state and federal statute violations, including massive OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY (GOOGLE Fla Stat 943.325 (16).

Q. Do you think your participation in this - should allow you to remain sheriff?

Suddenly JM stood up and said - " I request he remain in office sir. He was under the gun of SA DA and I don't hold the sheriff responsible.

Very well Mr JM - as you wish. Sheriff - its your lucky day. You may step down.

PAGE 37  NEXT







Q. Then how do you feel now about that coming out?

A. Heyyy...the man is innocent. He's unlawfully been incarcerated for going on 8 years. I'd like to see him get out. He's too beneficial to the country and helping people - to be caged away with all the druggies and tattoo boys. He even came up with what he said was a 200% guaranted program that would prevent any additional PARKLANDS school shootings from taking place world wide - but Aronberg didn't want to lose the conviction - so he had me block all of his OPERATION NO MORE PARKLANDS plans from getting out. The man isn't a criminal?

Q. Aronberg?

A. NOOO. Aronberg is pure criminal!  JM. He doesn't belong in prison.

Q.  Were there any other legal documents DA asked you to steal from JMs legal box in his cell when you put them out to rec?

PAGE 36 NEXT







PAGE 36 R      SHERIFF 2



A. Yes. Any deposition pages of the 70's / 80's serologist testimony - where he testified how he'd safeguard the evidence he dealt with, Aronberg knew - to have those documents in JMs hands - wasn't good for the state. So Aronberg ordered me to have my men snatched all 12 copies of the letters and depo pages - while his pod was forced to go to rec - which was another total waste of time - where JM had his PDs reluctantly replace all copies - which was additional proof the PDs were on the states side. With SA DA not even sharp enough to know - JM would replace all we took.

Q. Did SA DA tell you why the documents had to be stolen?



A. It was something about - though the letters initially aimed guilt towards JM - due to not also showing a match with his FDLE/DOC 2005 release DNA against either case - this exposed how my PBSO CRIME LAB planted his DNA on evidence - they then claimed matched his 2007 - but not his 2005. The states problem was - they weren't aware of his 2005 DNA - when they fabricated his DNA to match the 2007 codis entry.

Q. Who do you think was the mastermind behind the letters theft and...



A. For sure it was Bondi and Aronberg working corruptly together - probably thru the Assistant AG in PBC - as it would take the power of an AG to edit Codis.

Q. Tell me about PB having Codis edited.



A. IT all began with PBC SA. D.A. mandating I have JMs jail room searched while all inmates were out to rec. and I had deputies STEAL 4 crime lab letters the state sent (thus were in his discovery) to the Boca cop, that initially aimed guilt towards JM - until the state learned of his 2005 FDLE/DOC release DNA, that not only CLEARED JM OF BOTH THESE CASES, BUT CONCURRENTLY PROVED - THE STATE FRAUDULENTLY MADE JM LOOK GUILTY - VIA THE 2007 DNA?



A. As prior stated - the 4 letters - my own crime lab authored and sent, did, in fact, on the surface, initially aim guilt towards JM - UNTIL.....UNTIL JM detailed in one of his reports, that FDLE/DOC had also taken his DNA IN 2005, and had it put in both the FBI's and states CODIS DATA BASE IN 2005, that NEVER MATCHED EITHER OF THESE TWO CASES, THEY CLAIMED HIS 2007 DNA WAS TO OF "MODERATELY" MATCHED.

A. So PB and the county Atty. had CODIS edited of his 2005, because if left in, it cleared him (in conjunction with the letters - not mentioning his 2005) and WHY THEY HAD TO STEAL THEM - due to exposing their fraud, via having fabricated and planted his DNA ON THE TWO PRIOR MENTIONED ITEMS, using his 2007 DNA to compare it to, NOT KNOWING....NOT KNOWING, NOT KNOWING OF HIS 2005 DNA ALREADY BEING IN CODIS, in which - their fabricated DNA DIDN'T EVEN wink at, letting all non vigilantes know, JMs innocent!!  Another huge whoops for the state, they can't try to lie off to a federal court.



Q. Editing our Federal Codis - is an abundantly serious state and federal crime - particularly to keep Codis from clearing someone of a crime. That's OBSTRUCTION OF JUSTICE - BONDI WILL NEVER beat!!

A. Good! She deserves prison.

Q. Are you sure this all began with only two bad PS?



A. I am. And it was the corrupt FS who fabricated JMs DNA, THEN PLANTED IT ON THE SWAB - PIECE OF CLOTH - and ROBE - THEN THE FS GAVE IT TO MY PBSO CRIME LAB ADMINISTRATOR TO UPLOAD INTO CODIS, MORE THAN LIKELY - WITH THE ADMINISTRATOR NOT ACTUALLY KNOWINGLY CRIMINALY INVOLVED IN ANY WRONG DOING - at that time!!



A. From there, the lab gets an advisement from the CODIS AGENTS, of a "MODERATE" - ONLY - MATCH, WITH JMS 2007 CODIS DNA, ALL TO THIS POINT, CHILDS PLAY TO MAKE HAPPEN.



PAGE 37R

# CRUCIAL - CRUCIAL WITNESS

Q. Next I call the PBC PD S. A.  For the record - would you state your name and position in this pitiful obstruction of justice?

A. My name is Steve Arbuzow and I was JMs public defender in both trials.

Q As we've heard hear today - the PBC PDs office is corrupted by Bondi and you're one of their vigilantes - who covertly work for and with the state - against the client - is that accurate?

A Unfortunately - yes sir.

Q And is it also true - JM accused you to your face - many times - of being on the states side?

A Too many times to count.

Q  And yet - you repeatedly lied to him by fraudulently leading him to believe you were honorably representing him?

A By no choice - yes.

Q And isn't it also true - you wouldn't ask various  State witnesses - certain  questions JM requested you ask - told not to by the state?

A That too would be correct. JM basically  had no defense at all. It was a slam dunk for the state.

Q And how many times did JM - at 71 year old - plead with you to believe he wasn't guilty and to honorably  represent him - SO HE COULD  GET HOME TO TAKE CARE OF  HIS WIFE??

A I lost count - but everyone's sings that same song.

Q  Are yoiu saying - you think he was guilty?

A Not at all. In fact - I honestly believe he was one who is innocent. But I had a job to do for the state - and I did my job? Full fledge  "pretender".

Q With no remorse?

A You can't have remorse in this business.

Q. Is it true - your PD boss - has been corrupted by Bondi inasmuch as establishing an array of pure vigilante PDs - to unlawfully work with the state -  to assist in obtaining a conviction - as you did with JM?

A. That's all true - but Bondi has a vigilante array of PDs in every county in the state - she employs on all high profile cases - so we can imprison all high profile case accused - innocent or not.

Q. And wasn't it a Dunnington - the PD supervisor -  who recruited all of you ⬛⬛⬛⬛ attorneys?

A. That is correct - except - when JM wrote one of his terribly revealing  reports - detailing all of this -  JM sent a copy to Carrey - the head PD - implimenting Dunnington and Carrey - causing Dunnington  to panic and leave the PDs office and run to Ohio in thinking he'd  be safe from the feds there.

Q. Were  all of JMs assigned PDs -  vigilante?

A. They were. The prior PD to me - also quit - and took up a job in Tampa as a civil attorney to keep JM from busting him and taking his card. Listen - I feel guilty enough about this - that I'm now going to reveal other evidence that proves JM was innocent. Regarding the two cases that he was unlawfully tried and found guilty on - the PBC CRIME

LAB FS  FORENSIC BIOLOGY REPORT revealed in both of those cases - "the presence of two individuals".



Q. Two different semens?

A. Correct. That means - that the crime lab found DNA of a second alleged assailant in BOTH CASES!!!

Q. OK - but how does that clear JM?



A. Because both case alleged victim - made it very clear - there was only one assailant - not two.

Q. Again - ok - but then how was JMs DNA allegedly found on either case evidence?



A. As prior stated - JMs DNA was fabficated and planted.  Here's the picture:  the original case evidence the FS analyzed - may have been actual case evidence to "a" case - but NOTHING pinned it down to THESE cases.

Q. Ohhh - so as has been claimed all along - a corrupt FS simply grabbed any old swab and piece of cloth - HAVING NO IDEA THE DNA OF ANOTHER MALE  would be found on said items.  She then  simply added a dite  of JM's DNA to both - then - upon another - non involved in corruption - innocent FS analyzing said evidence - she allegedly finds JMs fabricated DNA - along with a second DNA?



A. 100% correct!  But - because -  by this time - JM had already been arrested and they'd pinned the crimes on him - the bad FS involved - and the state - CHOSE TO FOCUS ONLY ON JMs planted DNA - and SAY NOTHING  about the second and the real assailants DNA in another case.

Q. Then - if they didn't want this to be brought to light - why did the FS mention the second dna on her report?



A. Because the FS who analyzed the -  tossed in swab and piece of cloth from any old case - wasn't a part of this scam - and knew nothing about framming JM - and after she'd made this second dna find known on her report - no one else could then come along and wipe out those facts of the second dna in both cases - fearing the author FS of that report - would see it had been altered.

Q. And none of this came out in either trial?



A. Absolutely not. The state forbid the defense to even mention a second DNA was found in both case evidence - so it was never brought up - as that would have caused the jury to find JM innocent VIA a shadow of doubt.

Q. Did the bad cop - MC know of a second guy?



A. Ohhh are you going to love this part. The day he arrested and interviewed JM - this was one of the questions MC asked JM.



"Did you have a friend? Some one you met in a bar? Some one you did things with?""



A. Which ASA Scott - also had edited out of the interview video - due to clearing JM.  You better believe Cruz knew of the two dna's.  And the way he found out - was - he'd gotten hold of the CASE FORENSIC BIOLOGY REPORT . which stated there was..."the presense of two individuals".

Q. But maybe that meant one male and a female?



A. To prove that wasn't the case - upon Cruz reading that - he called the lab and spoke to the FS who did the analysis on  both trial cases - and she told him - it was two different MALE dna's.  To support thats what Cruz was told - he NEVER - EVER would have asked JM - about the possibility of having a friend he did things with - if he HADN'T BEEN CONVINCED by the FS - THERE WAS a second  maleS. SEMEN!. Yet - both alleged victims and the victims in the WRC - testified -  there was only one assailant.

Q. So again - this proves JM was framed and is unlawfully in DOC?



A. WITHOUT QUESTION SiR.

PAGE 85 FOR MEDIA ONLY

PAGE 38RD

A. Correct. Again to clarify - we have a corrupt FS - who was the initial intern - Celynda Sowards - who was assigned to rummage thru the box of crap with 50 to 300 alleged cases of evidence from the 70's - with each case having a minimum of 3 pieces of evidence - Sowards simply chose any old swab and piece of cloth to connect to JM.

Q. First of all - even if that was a possibility - she would have had to analyze EVERY SINGLE ITEM in the box - to have located just one specific item of DNA - which would have taken years and tens of thousands of dollars to analyze it all - WHICH SHE OBVIOUSLY DIDN'T DO. So what are we to believe - that Sowards simply found JM's DNA by analyzing a mere few items?

A. Exactly. The whole story was fraud and LIES!

Q. Anything else?

A. A whole bunch - starting with - the State claimed Boca PD had kept all of the WRC evidence at their PD. This - what I'm about to reveal - WILL CRACK THAT LIE AND CORRUPTION WIDE OPEN the kind of evidence AG Moody will be frantic to cover up - but has no chance in hell of doing so. The picture: the two female state prosecutors painted - and for that time being - pulled off - I will NOW be expose.

A. As you recall - the state had so much trouble with the EVIDENCE from the two initial cases - due to so many arrows pointing to it having been destroyed etc., that they needed to phase in the WRC to poison the jury. And the reason they deployed that WRC case - as having a connection to JM - was due to claiming that the WRC evidence was still in tact - by NEVER LEAVING BOCA PD - or in other words - a very serious case alleging two victims - in which Boca PD wasn't to have taken any of the WRC evidence - to the PBC CRIME LAB FOR 34 YEARS.

A. Now anyone believes that - when such an action would violate all kinds of protocols and state mandates - has to be closed.

Q. Of course! No way would any law enforcement NOT HAVE TO bring EVERY case evidence to its counties crime lab. But - can you prove that?

A. Yes. Here's a deposition page 20 - from one of our PDs (Megan Eaton) who deposed the 70's serologist - Richard Tanton - talking of this very subject - we'll start on lines 9/10/11

****

Q. Okay - then would you keep the evidence (any police department brought to the crime lab) at the PBSO CRIME LAB or release that back to the agency?

A. Yeah - it depends - if it was PBSO - we would take responsibility for keeping the evidence. If it was an outside agency like BOCA RATON - West Palm Beach - WE WOULD SEND THE EVIDENCE BACK TO THEM TO STORE IT.

****

A. . Now - prior to this JM up coming victory - this established how Boca DID HAVE the 1977 evidence in its PD - in 2015/6/7 when the state RAN for this WRC to bail the state out. Again - there's now - NO DENIAL in BOCA PD DID HAVE POSSESSION OF THE WRC EVIDENCE from 77 to 2018 in their PD - as we NOW - all agree. But heres the straw that WILL EXPOSE THE STATES CORRUPTION - and its two female prosecutors - and State Atty Aronberg. Back to the depo lines 17/18 the PD asks....

****

Q. The samples that you had pulled (from evidence police brought in to the crime lab) through - the blood slides and the 5 by 8 cards with THE CLOTHING - THE COTTON (piece of cloth) samples that would be put onto a card -

















<u>WOULD THEY STAY AT PBSO (crime lab) OR WOULD THAT BE SENT BACK TO THE AGENCY</u>??

A) (DRUM ROLL.). "YEAH - THE STAINS  WOULD  STAY  WITH US" (again meaning - inside of the <u>PBSO CRIME LAB.</u>

*SEE NEXT DEPO PAGE.*

*****

Q. Bingo. WOW! So summerize for us -  prior to me having Moody arrested for not nullifying these unlawful charges and prosecution.

A. Fact 1) Boca PD did follow protocol by bringing the <u>WRC evidence to the PBSO CRIME LAB IN 1977 - DIRECTLY AFTER THE WRC CRIME.</u>

A. Fact 2) Serologist Richard Tanton - the very 70's  Serologist who handled all of these 70's cases - to include this WRC case - testified he'd always  take all - 100% of the stains off anything that had any stains - knowing - by taking THEM ALL - if one stain was stronger than any of the others - he'd have the best shot of finding whose it was. Which he performed on 100% of all claimed WRC evidence in 1977!

3)  And with Tanton having acquired all of the WRC case evidence stains - guess what he did with the evidence he acquired the stains from?

Q. He returned it to Boca PD - (BUT NOT THE STAINS) thus - WHY and HOW BOCA WAS IN CUSTODY OF THE EVIDENCE to 2018 - as they claimed during the trials  - yet - with all involved bar and badge KNOWING  - though the evidence WAS still at Boca PD - <u>THE STAINS WEREN'T</u>!

A. Exactly! All involved - lied - and - in doing so - violated §838.022 / §918.13  and 18-1512 - by concealing material facts from the court and jury.  And do you - Sir - know why?

Q. HOW THE HELL do you think I got to be a US Senator? Of course I know why. But this is your last performance - so you tell us.

A. All corrupt bar and badge involved - (such as all the listed defendants) -  knew - IF...IF...IF this - what I just revealed above - got out - JM would then piece together the fact and truth - <u>where all case related evidence in the 70's had been destroyed - surely that destruction DIDN'T SPARE the WRC, IT TOO WAS DESTROYED</u> - which Aronberg - ASA Rex and Cokely WERE DESPERATE TO CONCEAL these material facts - and could only do so - by forbidding us PD's - from even breathing anything about Tantons CONFESSING in that depo -  of his keeping all CRIME LAB EVIDENCE STAINS  at the PBSO CRIME LAB.

Q. <u>So the corrupt PBSO FS who worked this WRC case - was the one who fabricated  JM's DNA -  and planted it on the robe - swab and piece of cloth - PRIOR TO HER SNEAKY  DEPARTURE  TO  ESTABLISH  A  CAREER MOVE</u>!!

A. Correct. All due to - this was the time JM began aiming guilt in his horrifying reports - at  the crime lab - resulting in the Sheriff getting copies of JM's reports when copied in his jail law library - at which time he'd send a copy over to his crime lab as a "heads up" to anyone guilty.

*87*



3       A       It was the same as the other stained cards.       20

4       Q       Okay.  So it was placed into a box with cards       (7A)

5       from other cases?       FIA NEEDS HELP AND THESE

6       A       Right.       CASES ARE GOING TO GET IT

                                                                   for you

7       Q       And it wasn't individually packaged?

8       A       Correct.   ← BACKS UP PAGE 12 & 13 TO Follow

9       Q       Okay.  And then would you keep the evidence at

10      PBSO crime lab or would you release that back to the

11      agency?

12      A       Yeah, it depends, if it was PBSO we would take       87A

13      responsibility for keeping the evidence.  If it was

14      outside agencies like Boca Raton, West Palm Beach, we

15      would send the evidence back to them to store it.

16      Q       Okay.  And did you ever, do you know how

17      outside agencies, for example, Boca Raton, back in the

18      seventies, how they stored their evidence?       THE STATES CONVICTION
                                                          STATEMENT!

        A       No.

20      Q       The samples that you had pulled, though, the

21      blood slides and the five by eight card with the

22      clothing, the cotton sample that would be put onto a

23      card, would that stay at PBSO or would that be sent back

24      to the agency?       Stains

25      A       Yeah, the stains would stay with us.

THE STATE SAYS OUCH!





PAGE 39R



A. Right! So when the DNA fabricator FS - saw Jm was closing in via his exposing reports - what do you know - she made an alleged - innocent - "career move" to an out of state police agency.

Q. All this - as you may know - is in Federal violation of Title 18-241 (and 18-242} by criminally doing this to JM - which states:

TITLE 18-241

If two or more persons conspire to injure - oppress -'threaten - or intimidate (via retaliation) any person in ANY state - possession - or district in the free exercise or enjoyment of ANY RIGHT OR PRIVILEGE secured to him by the Constitution of laws of the United States - or to different punishment - pains or penalties....shall be fined by this title or imprisoned or both.

TITLE 18-242

"WHOEVER UNDER COLOR OF ANY LAW - STATUTE - WILLFULLY SUBJECTS ANY PERSON IN ANY STATE - TO THE DEPRIVATION OF ANY RIGHTS - PRIVILEGES OR IMMUNITIES SECURED OR PROTECTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES...SHALL BE FINED OR IMPRISONED OR BOTH."

A. That's just two of the laws that'll imprisons all of us.



Q. Excuse me - Agent? Locate AG Moody and arrest her and spare her no privileges. Right into a cell she goes.

A- Yes sir.

Q. Anything else Arbuzow?



A- Yes sir. Which is crucial regarding the alleged ROBE in the WRC - that being - there was no way the robe was spared its STAIN DESTRUCTION in 1977 - after Tanton acquired any such alleged robe stains - IF IT EVEN HAD ANY STAINS - as any such stains WOULD HAVE BEEN 100% REMOVED in 1977 - by PBSOs Serologist Richard Tanton - AS HE REMOVED FROM ANY OTHER EVIDENCE - which positively means four things.



1) There WERE NO STAINS LEFT ON THE ROBE in 2011- 2015 - for ~~the~~ ONE FS ~~to~~ to claim it found - as the Forensic Scientist claimed - in which they only then - in 2011 - 2015 were to of cut out - due to Tantons procedure of removing all stains - which he'd have done to the robe 34 years prior - acquiring ALL STAINS - IN 1977!!!



Or what? Tanton missed a double victim case evidence - and simply returned the robe to Boca PD - without taking EVERY STAIN - it may have alledged to have on it - which - with the state having been caught here in this lie - who can believe ANYTHING THIS PROSECUTION SAID - or that the robe - EVER EVEN had stains on it to begin with?



2) Which - any such WRC stains (if there were any) - as were the alleged "swab" and "cloth" in the other two cases - were likewise DESTROYED in the 70's or 80's.



3) And this - taken together - proves - the lab fabricated JMs DNA in 2011 - 2015 and planted it on the ROBE - so the state could testify the lab acquired JMs DNA off the robe - which was a lie - EXACTLY LIKE it was a lie - Boca PD HADN'T brought the WRC robe - to the lab for 34 years.



4) And for anyone to deny or argue any of this - would then be saying - Tanton lied when testifying HE ALWAYS CUT OFF EVERY STAIN he ran into - to 100% secure he acquired them all. Who'd ever believe - ANY stains would be left - on ANY evidence - when common since screams - its protocol and an ABSOLUTE MUST - to get all the stains initially - to find the strongest and most conclusive stains - which - if any stains were left behind - it could be the one - that identified the assailant - and EXACTLY WHY - no one would EVER leave stains on anything - INCLUDING THE ROBE!!! Good try thought Florida. You're prosecution really came up with a "doosy" this time.



Q. Florida judicial is toast ► ~~[illegible]~~. The entire PBC prosecution will be exposed as criminals and having this brought to Moody - with her not nulifying both unlawful convictions - her offices reputation - and her

86

V





judicial ladder climb - are history. This couldn't be any clearer:  there were NO STAINS LEFT on this alleged robe in 2000 anything - as Tanton CUT THEM ALL OFF IN 1977!!!!



A. That is the God's honest truth sir.

Q. Again - anything else?

A. You might be interested in this also. Several years ago - there was an article that came out in the BOCA RATON papers with a title of:

     "AS CRIME FALLS - PRESSURE RISES TO ALTER DATA"

Highlights of the article read:

Senior police officials around the nation are concerned that the sharp drop in crime in recent years has produced new pressure on police departments to show ever-decreasing crime statistics - and might be behind incidents in several cities in which commanders have MANIPULATED  CRIME DATA. So far this year there have been charges of FALSELY REPORTING CRIME statistics in New York - Atlanta and BOCA RATON - FLA. resulting in the resignation or demotion of high ranking police commanders.

""In Boca Raton for example - A POLICE CAPTAIN - WITH KNOWLEDGE OF THE POLICE CHIEF ( thus - permission to commit crimes) systematically downgraded property crimes like burglaries to vandalism - tress passing or missing property - reducing the city's felony rate almost 11% in 1997.""

Q. Okay - the big question: Was Boca's corrupt defective MC with Boca at that time?

GO TO PAGE 40







PAGE 40R

A. He was - so he mastered fraud and falsifying reports from his superiors.. Let me also set the record straight on the destruction of fingerprints as I was the PD who held that motion to dismiss - based on prints being material exculpatory - in judge Krista Marx's court - and what she did - couldn't have been more against civil and federal rights or state and federal laws then it was. May I Senator?

Q. You may.

A. OK - first let's REestablish - all state and Federal Courts - have no choice  but to abide by all Federal Statutes - U.S. Supreme Court Rulings AND PROVISIONS -  Constitutional mandates and all Civil Rights. None of these are optional per the following - REPEATED here - in part.



    U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012)
"Through the Supremacy clause of the United States Constitution,
State and Federal courts alike, ARE BOUND....BOUND TO GUARD
    AND PROTECT RIGHTS  (18-241 / 18-242) SECURED BY
            THE CONSTITUTION.!!!"



*VIA NOT GOING BY ALL LAWS AND MAN DATES AND BY*

**90**

                    TITLE 18-241
If two or more persons conspire to injure - oppress -'threaten - or intimidate  (via retaliation)  any person in ANY state ...possession - or district in the free exercise or enjoyment of ANY RIGHT OR PRIVILEGE secured to him by the Constitution of laws of the United States - or to different punishment  - pains or penalties....shall be fined by this title or imprisoned or both.



                    TITLE 18-242
"WHOEVER UNDER COLOR OF ANY LAW ...STATUTE...WILLFULLY SUBJECTS ANY PERSON IN ANY STATE ...TO THE DEPRIVATION OF ANY RIGHTS - PRIVILEGES OR  IMMUNITIES  SECURED  OR  PROTECTED BY THE CONSTITUTION  OR LAWS OF THE UNITED STATES...SHALL BE FINED OR IMPRISONED OR BOTH."

                    US AMENDMENT 14
"NO STATE SHALL MAKE OR ENFORCE ANY LAW THAT ABDIDGES THE PRIVILEGES OR  IMMUNITIES  OF CITIZENS  OF THE UNITED STATES...NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAW



            OLMSTEAD  VS   UNITED STATES
            227 V. S. 438, 469, 471, 48 s. ct 564
"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you - WILL) bring terrible (legal) retribution!" (GM)

"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE  to violate laws of THE STATE.

A. Alone - this makes it very clear - anything I reveal here -  in anyway federal PROVISIONS - rulings - mandates - statutes - no state judge can simply blow off - as judge Marx did. Also let me make it clear - no judges "discretion" can depart or challenge any of the above - or what's to follow. Nor does any judge or prosecutor have any civil suit protection from violating laws -  when they've outright violate  state and federal law - as all of us defendants have in these cases.

A. Now - referring to the United States Supreme Court case - ARIZONA VS  YOUNGBLOOD (1988), 488  U.S.  51 - I'm going to quote several SUPREME COURT PROVISIONS in regards to what is MATERIAL EXCULPATORY evidence - in which judge Marx violated - thus also in violation of all above which state courts must be held accountable for - per the United States Supreme Court seen below:

"  *70 The first inquiry ( as to evidence being exculpatory) under this standard concerns the particular evidence itself.



 It must be of a type which is clearly relevant: a requirement SATISFIED in a case where IDENTITY is at issue by physical evidence WHICH HAS COME FROM THE ASSAILANT. Samples of blood and other bodily fluids - FINGERPRINTS and hair and tissue samples have been used to implicate guilty defendants AND EXONERATE INNOCENT SUSPECTS. 

 "In a case where there is NO DOUBT that the samples came from the assailant -THE PRESUMPTION MUST BE THE EVIDENCE BE PRESERVED ! 

 " 2) Under the DUE PROCESS CLAUSE of the 14 th Amendment criminal prosecutions MUST COMPORT with prevailing notions of fundamental FAIRNESS to require the defendant be afforded a meaningful opportunity to present a complete defense. (And again) -To safeguard that right - THE COURT HAS DEVELOPED WHAT MIGHT LOOSELY BE CALLED A CONSTITUTIONAL GUARANTEE ACCESS TO EVIDENCE. TAKEN TOGETHER - THIS GROUP OF CONSTITUTIONAL PRIVILEGES DELIVERS EXCULPATORY EVIDENCE INTO THE HANDS OF THE ACCUSED THEREFORE PROTECTING THE INNOCENT FROM ERRONEOUS CONVICTIONS - WHILE ENSURING THE INTEGRITY OF OUR UNIVERSIAL JUSTICE SYSTEM." 

Q. And again - didn't the PBC ASA Cokely testify to the following seen on a prior page and again below.

A. She did.

*****

Q.Were there any finger prints left behind by the real assailant - in which the alleged victims pointed out where he touched - of which police "gathered together" THOSE VERY prints - to examine against JM's??

A. Um there was.

Q. How many prints in all,?

A. Ahhh...well actually - the police officer who TESTIFIED in both trials - testified HE PERSONALLY acquired 11 finger print cards - with 5 prints on each - so like - a minimum of 55 prints were found total - from both crime screens.

Q. Fifty five finger prints in all. And did he take the prints of EVERYONE in the house to see if any of the prints we're theirs?

A. He did - and   NONE MATHCHED!!!

 Q. So the prints HAD TO OF BELONGED to the assailant?

 A. Umm...yeah - no other.

 Q. Ms Cokely - isn't it true - finger prints - VICTIM  WITNESSED by alleged victims -   PLACED  by the  assailants - are in fact - MATERIAL EXCULPATORY?"

 A. They are.

Q. And have you ever heard of:

   ARIZONA VS YOUNGBLOOD (1988), 488 U.S. 51
   { 20} The DUE PROCESS  CLAUSE PROTECTS  A  DEFENDANT
FROM  BEING CONVICTED OF A CRIME WHERE THE STATE
 HAS FAILED  TO PRESERVE "MATERIAL EXCULPATORY" EVIDENCE!

GO TO PAGE 41



PAGE 41 R

A. Ummmm yeah - I'm aware of that.



Q. Then tell us all - TELL THE WORLD COMING UP - because that's who's going to read this: did they find any of those 55 prints - to match even one of JMs?

A. No.



Q. So here we have the police - acquire 55 prints - from the very locations - the alleged victims saw the REAL assailant touch - yet none of those 55 prints match JMs prints?



A. Ahhh....well.....because THE POLICE DESTROYED THEM ALL and documented such destruction - and why there wasn't anyway of telling.

The senator smiles:

Q. I see. And isn't it AGAIN true - case testified prints are material exculpatory?

A. They were and are!!!

**92**

Q. And isn't it true - the federal judges ruled in YOUNGBLOOD - that upon a state failing to PRESERVE MATERIAL EXCULPATORY EVIDENCE - REQUIRES THE CHARGES TO BE DISMISSED - which is also a constitutional and Brady MANDATE - not to mention - WITHOUT AN SCCUSED HAVING TO PROVE SAID PRINTS WERE HIS - WHERE THEY WERE DESTROYED?? !!!



A. What can I say? We we're all ordered by BONDI - to violate anything we had to - to get a conviction - so we did - and thats just one of the many we vomited all over. Sir - JM's got us. Even if...if there's an occasional newer federal case that belittles a prior - no case - state or federal will rule to the contrary of what we've both just quoted - both from Youndblood or Brady - and what has been prior testified to by the state - during both trials - seen below - by the very officer who acquired all 55 prints:



a) Stating that he'd acquired them where the victims said the assailant touched: and..



b) That NONE of the 55 matched anyone else's in the household / family - which sets the perfect case as described in Youndblood we just went over - clearly making the state in violation of federal statutes - provisions seen here.



"To declare that in the administration of criminal law, the end justifies the means to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you - WILL) bring terrible (legal) retribution!" (GM)



"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE to violate laws of THE STATE.



Q. Full Senate smiles as the majority leader mused -

*****



Q. Oh are both AGs ever going away for a long time - including you and the other 21 defendants? History - along with the vigilante judge Marx - who intentionally denied that motion to dismiss - based on not accepting MATERIAL EXCULPATORY PRINTS - by scamming the court into believing the prints were mere "potentially useful" - when SHE KNEW they were exculpatory. She'll never see a gavel again - nor is she criminally exempt from violating countless laws - mandates - provisions - and rulings. Agents? Locate Marx and place her into the smallest cage we have. ASAP.







A. Yes sir - our pleasure.

Q. OK Arbuzow - you're finished?

A. As an attorney - obviously. In trying to free JM for all of out wrong doing - no.

Q. Speak.

 A. In the Fla case State vs Powers, 555 So 2 d 888 - a 4th DCA case - ruled as follows regarding a situation in which had the evidence NOT BEEN PRESERVED  as heres the ruling under: 

" [1] [2] [3] = Based on the record presented to us - if the appellees' performance had been video taped - (prints had been saved) and the tape ( prints)  NOT BEEN PRESERVED - we would affirm the trial courts dismissal of the charges against the appellee without having to consider good or bad faith of the sheriffs department. An accused DUE PROCESS RIGHTS - ARE VIOLATED - IRRESPECTIVE of good or bad faith of the prosecution - if the prosecution suppresses MATERIAL EVIDENCE *890 favorable to the accused. Brady vs Maryland." 

Q. Clearly supporting - where the police had the prints in the beginning - due to FAILING TO PRESERVE SAID PRINTS - the fourth DCA mandates the dismissal of the charges - not only due to destroying the prints - but due to Reid Scott - the ASA concealing the truth - the police had destroyed the prints - per Brady!! Scotts complete history!!

A. 100% - sir!! And per Fla. Stat §876.41 - CONSPIRATORS - that statute paints a crystal clear picture of how we're all in violation of all we've violated. 
And lastly -  I just want to say to JM - if he ever reads this - he couldn't have been anymore state or federally violated than he's been - and when Washington sees this - and THEY WILL  - Florida judicial and all of us who've conspired to convict JM - will pay for this injustice by no longer being a bar member - all thanks to both the new and old Fla. AG's - when AG Ashley Moody could have nulified these unlawful convictions and saved our jobs.

 A. And sir - allow me to add one more fact that will assist in JMS innocence. A fact made known - that's laced with state suspicion. According to the Boca case 528 - this was all of the states claimed evidence during the motion to compel - police destroyed:

* 3 fnger print cards (x 5 prints on each card = 15 prints in all).

* 2 sneaker foot cast

* 1 "hang-ten" T-shirt

* 1 white king size sheet

* 1 print king size sheet

* 1 Avon-make up bottle (alleged victim stated the assailant touched)

* 1 panty.

A. Then - in the other case - 580 - the evidence they list and destroyed - was:

* 8 finger print cards (times 5 prints each = 40 prints in all)

* 1 shoe impression casting

* 1 piece of yellow paper towel

* 1 panty



 * 1 T-shirt

* 1 bra

* 1 composit drawing.



A. Sir - every piece of each case evidence is EXTREME MATERIAL FAVORABLE - thus in violation of Brady - or why the hell did the police gather it together?!  But - farrr more importantly - where's any mentioning of ANY "SWABS" or "Pieces of cloth"? The ASA and crime lab log book  stated - that was all the evidence - yet no mentioning of either of the two items.  How was it - both items - just happened to -  not only survive the destruction - BUT ALSO ELUDE BEING DOCUMENTED or EXISTING AT ALL??

GO TO 42

94




PAGE 44RD


3) This equates to -  ANY CRIME LAB - that would  intentiinally analyze 36 year old claimed evidence in a large box - that was in as many violations as that box was in violation of - seriously needs its federal licence to operate revoked!!


Q.  Okay  Mr JM - and one last time -  so the world will clearly understand: WHY is it again - the PBCs corrupt prosecution - brainwashed everyone - that the WRC evidence had never been brought to the crime lab for or so years?


JM .   Strictly due to the fact  - the prosecution was in trouble  - just trying to get two juries to accept the one swab and one tiny piece of cloth - in the twin cases at bar. And why? Because both the state - during the motion to compel - and the crime lab log books -  advised  that ALL EVIDENCE in both cases had been destroyed -  OF WHICH THE STATE REFUSED TO ALLOW THE DEFENSE TO CONVEY TO THE JURY - due to - if made known - the juries would have seen and known - the states clamed swab and piece of cloth - had been forged.


JM.  This being factual - the state had to drag this WRC  up out of it 38 year old grave  - where it had been buried for decades - then claim:


"oh looky - looky -  this WRC evidence never made it to the crime lab but rather sat on a shelf in Boca PD for 34 years -  after the crime was to have taken place in 77 - so we - the state -  DO HAVE  viable evidence in this case"....

....not knowing - not knowing -  that the very seventies serologist who analyzed that very WRC evidence - also in the seventies - would ever testify to this REPEAT below:

*******

Q. Okay - then would you keep the evidence (any police department brought to the crime lab) at the PBSO CRIME LAB or release that back to the agency?

A. Yeah - it depends - if it was PBSO - we would take responsibility for keeping the evidence. If it was an outside agency like BOCA RATON - West
Palm Beach - WE WOULD SEND THE EVIDENCE BACK TO THEM TO STORE IT.


******


A. . Now - prior to this -  up coming climax - lets established how Boca had the 1977 evidence in its PD in 2015/6/7 - when the state desperately  RAN  for this WRC to bail the state out. Again - there's now - no resistance in anyone believing  BOCA PD WAS IN POSSESSION OF THE WRC EVIDENCE - as we NOW all agree. But.....but...heres the straw that will convict the state and its two female prosrcutors and  the state Atty Aronberg. Back to the depo lines 16/17/18 the PD asks....

*******

Q. Okay - did you ever - do you know (of any) outside agencies  - for example - Boca Ration - back in the 70's - how they stored their evidence?

A. No.

Q. The samples that you had pulled (from evidence police brought in to the crime lab) through - the blood slides and the 5 by 8 cards with THE CLOTHING - THE COTTON (piece of cloth) samples that would be put onto a card - WOULD THAT STAY AT PBSO (crime lab) OR WOULD THAT BE SENT BACK TO THE AGENCY??

A) (DRUM ROLL !)  "YEAH - THE STAINS  WOULD  STAY  WITH US" (again meaning - inside of the PBSO CRIME LAB.

*****

PAGE 42 R

A. And where's any mentioning of "jeans" or this alleged "piece of cloth" to have come from - that SURELY would have been on the list of items police initially acquired - had any jeans actually been involved. And where's any mentioning of any swabs at all - in the ASAs confession of all the evidence? And if the state countered - those items weren't destroyed - then where's a list of non destroyed evidence?

Q. Correct - where's any mentioning of jeans or swabs anywhere in either case to begin with?

A. In the FS Forensic Biology Report - it finaly mentioned a pair of jeans for the first time that was to have been analyzed in which - in order to actually exist - why didn't the jeans appear on ANY OTHER INITIAL LIST - where both case evidence was to have been acquired FROM and - OR destroyed in 1980?

And prior to any state defense being - the jeans WEREN'T destroyed - just the 1980 list the ASA quoted in the motion to compel was destroyed - then in that case - AGAIN - where's ANY OTHER LIST of claimed case evidence that wasn't destroyed - and it can't be claimed it was in the PBSO CRIME LAB - as the labs log book also shows - all of the evidence in both cases was destroyed - thus again - there's no proveable or valid mentioning - of jeans - swabs or cloth in any 1980 or 1982 list of ANY kind to be used as evidence.

Q. How could the ASA make a mistake like that?

A. Due to the fact - it was in the year of 2005 the FS claimed she'd allegedly found many swabs and pieces of cloth - and it was in the year of 2012 that the ANOTHER FS was to have analyzed a pair of NEWLY DESCOVERED claimed jeans and swab - thus - enough time over the years - for the state to fabricate and give birth to a JEAN DISCOVERY STORY - resulting in the piece of cloth and a swab - they COULD HAVE GOTTEN ANYWHERE - then planted JMs DNA on - thus allowing the jeans and the swab to have been filtered into the framing.

JM. And again - the ASA never made any mentioning of jeans in THE MOTION TO COMPEL 2013 HEARING containing the 1980 list of BOCA POLICE DESTRUCTION OF EVIDENCE - NOR EVIDENCE THAT WASN'T DESTROYED - nor did FS Sowards mention any jeans in her 2005 box of trash.

JM. I also find it convenient in 2010/11/12 when these two cases were to have been initiated - even if there was a pair of jeans to be miraculously found somewhere - why wouldn't they then return to the box of 50 - 300 - 5 to 7 years earlier - to look for a piece of cloth - IF THEY ACTUALLY FOUND CASE RELATED JEANS in 2010/11/12? Who'd need the cloth - if they actually had the jeans? And what would make them even think of that box - 5 - 7 years later??

Q. Excellent point! So actually - it was ONLY in 2010/11/12 - the jeans and swab were born - which were never on any 1980 sworn acquisition list of Boca PD's - claiming all that was actually gathered together - was in fact destroyed in 1980/82.

A. Bingo. The state didn't figure anyone would catch all of this - but they were WRONG!!!

Q. Agents - would you kindly bring - this vigilante EX PD to his new home for the next ten to twenty years?

A. My pleasure Sir. Com-on bucko. You and your bar card are toast. You've screwed over the wrong person in more ways than 4.

Q. I see Mr JM has his hand raised Did you wish to make a comment sir?

JM. Please - if I may. After hearing Mr Arbuzow reveal the truth regarding the two female prosecutors - representing "the state": upon the state initially bringing up the evidence in the WRC - I will now go over the extreme - intentional dishonesty - and intentional OBSTRUCTION OF JUSTICE - specifically to INTENTIONALLY CONCEAL MATETIAL FACTS FROM THE DEFENSE .

JM. Here we have the state - alleging there were two sisters assaulted in 1977 - in which - obviously - Boca Raton Police were called to the crime scene - and in fact appeared - who then began their investigation - which at some



point in time - led to an alleged assailant -  who was to have a small gun - thus enhancing the seriousness of this crime.



JM.  The state then presents that Boca PD has documentation - that BOCA POLICE - in the process of their investigation - acquired a number of articles of clothing -  allegedly belonging to both sisters - in which the state testified -  wasn't only brought to Boca PD at the conclusion of the police investigation in the year of 1977 - but according to the state - was crime scene evidence - that was NEVER to have made the normal - routine - customary - protocol - mandated - trip to the PBSO CRIME LAB - in 1977 - 1978 - 1979 - 1980 - 1981 - 1982 - 1983 - alllllll the way up to 2014 - 15ish - but rather - ▬▬ rest  comfortable on a shelf - at the Boca PD - for a bare minimum of 33 years (1977 from 2010 = 33 years). Just sitting there on a shelf.



JM.  The state then - to sway the jury - media - judge and defense - brought in as a witness to both trials -  a Boca PD female officer - whose duty it was to oversee the evidence property - who testified in both trials - that the alleged "robe" in this WRC - had in fact been in the BOCA PD EVIDENCE room - since 1977 - which was the only thing the state wanted this witness to testify to.



JM.  Of course - such a testimony- would then have to mean - where she'd testified not only to it having  been in that position  since 1977 - but - due to the fact the evidence  was allegedly still there in 2018 - in order for her to know that - 1) she'd not only have to of been still  employed at that very position at Boca PD for a total of  41 years: (1977 from 2018 = trial time).



JM.  Now - granted - certain people do remain at a job past their normal "20" year retirement - but very - very few remain at a position for 40 years - as her testimony led the court to believe by testifying that 1) the WRC evidence was brought into the Boca PD  evidence room in 1977  and 2) - it was still there in 2018. Highly doubtful -  she'd been there 41 years.

GO TO NEW PAGE 43







PAGE 43R

JM.   But - even if so - her testimony - in no way  dissolves - dilutes - eliminates - or destroys the fact - both the States and her claims the robe had been at Boca PD evidence room - for a bare minimum of 33 years (1977 from 2010 = 33 years) - NEVER EVER TO HAVE BEEN BROUGHT TO THE PBSO CRIME LAB - UNTIL 2010/11 TO BE ANALYZED  FOR STAINS - I will now slice all to hell - if I may - Mr Senate Majority Leader?

Q. I'm enjoying this beyond words Mr M - by all means - tear them all - an entirely new one.

JM - Thank you sir - I have every intention of it - beginning with a brief reminising of crucial points Mr Arbuzow made - such as - that he - as an attorney  as a "reasonable minded person"  and bar member -  would actually believe - and try an make me believe - that the "robe" and all of the other WRC evidence - had actually NEVER BEEN brought to the counties  crime lab - for 33 to 38 years.

JM. Senator - who - with an IQ over 2.5 - would EVER believe - that a twin assault of two victims - allegedly armed assaults at that - (even though the state never introduced any gun or weapons) as sickening and upsetting and tragic as that case was: who'd EVER for a second believe - that such evidence - not only wasn't brought directoy to their county crime lab - but that such evidence  wouldn't be brought to the lab - for 33 to 38 years??

JM.  Here I was - sitting in the court room during both trials - listening to all this outright lunacy: listening to allllll of these literal - criminal bar and badge - lie my liberty away - my mind blown - that the state WOULD EVEN create such a cock and bull story - or that any adult - in anyway involved with the judicial system - would - for a second - swallow any such lies. I had to actually pinch myself at one point during the trial - when hearing this - to see if this was a dream.

JM.  Mr Majority Leader - are you grasping the magnitude of this intentional state scam:  this pathetic - atrocious - barfoon story - in which the PBC  S. A. DAVE ARONBERG   ASA MARCI REX   ASA BRIANA  COKELY   JUDGE JEFFREY COLBATH   PD STEVE ARBUZOW   AND PD CHRIS FOXLENT - all Florida Constitutional oath affirming bar members - who swore to "support - defend and protect" the United States Government  and Constitution - as well as the Florida Constititution: here they all sat or stood in the court room for two trials - OUTRIGHT KNOWING - NO CITY OR TOWN ON EARTH  - LET ALONE IN THE UNITED STATES - WOULD  BE  ALLOWED  NOT TO BRING CRUCIAL - CASE SOLVING EVIDENCE TO THEIR COUNTIES CRIME LAB directly after any crime.!

Q. And Mr JM - did you actually ask Arbuzow - in trial - if everyone was crazy to believe such a thing??

JM. You better believe I did - several times in fact - each time getting a response - the WRC evidence was never brought to the crime lab until 2010 minimum - again proving to me - he (and thus - all the PDs) were on the state's side: actual "pretenders".  Gathered together -  as to the intentional OBSTRUCTION OF JUSTICE making  ALL LISTED  BELOW GUILTY  OF:

PBC STATE ATTORNEY DAVE ARONBERG - IN KNOWING EVERY  STEP HIS ASAs WERE GOING TO EMPLOY and ALLOW PBC  ASA  MARCI REX  and  PBC  ASA  BRINA  COKELY - TO LITERALLY  LIE  AND SCAM THE JURY AND DEFENDANT - INTO ACCEPTING AND BELIEVING - THAT EVERY SINGLE ITEM OF EVIDENCE IN THE WRC - HAD NEVER BEEN BROUGHT TO THE PBSO CRIME LAB - FOR 33 to  38 years:  this pathetic judicial scam compounded by the two ignorant juries - not one of whom was smart enough to ask or think:

"Gee - how were the police to apprehend the WRC assailant - if they don't have the crime lab  analyze the evidence - to determine who they're looking for?"  Or =

"How will police know who the assailant is  - if they didn't have their crime lab narrow it down - which is what crime labs do?""

JM.  Not one juror - was bright enough to ask themselves either question.  Mr Marority Leader - I emplore you to see THE DEGREE OF EVIL here - the  PBC prosecution - has intentionally - willfully - knowingly - cheerfully - joyfully - pleasingly - corruptly and outright criminally - inflicted in these cases!  It's important  you recognize and engulf - the depth of the States deprivity - and desperation to convict - while violating any and everything it could - to unlawfully

find an innocent person guilty? This PBC PROSECUTION COULD NOT POSSIBLY BE ANYMORE LECHEROUS - SNEAKY AND CORRUPT - THAN IT WAS DURING THIS ENTIRE PROSECUTION - clearly earning them a minimum of 20 years in prison.

JM. And also prior mentioned by a PBSO CRIME LAB FS - that any evidence requiring destruction - has to go through this mandate from the PBSO GENERAL ORDER 532.00 page 18 of 21 pages seen here.

3) EACH STEP IN THE EVIDENCE DESTRUCTION PROCESS WILL BE VISUALLY RECORDED STARTING vFROM THE CRIME LABORATORY TO THE INCINERATION SITE. AN INVENTORY CONTROL WILL BE MAINTAINED AT EACH STAGE THE RECORDINGS WILL INCLUDE THE CRIME LABORATORY EVIDENCE TECHNICIAN AND DESIGNATED WITNESS.

JM. It goes on from there - with multiple requierments - but the point is - when the PBSO CRIME LAB DESTROYS EVIDENCE - its history and doesn't masteriously return. The crime lab completely destroys any existence of any evidence being destroyed - which - even prior to initiating a destruction of any evidence - the state-county attorney HAS TO BE ADVISED OF and SIGN OFF ON - giving his/her permission for ANY AND ALL EVIDENCE to be destroyed.

Match Point: and as made known - the PBSO CRIME LAB LOG SHOWS:

1) ALL THE EVIDENCE WAS DESTROYED IN BOTH CASES.

2) Nor did the state ever produce any list - showing any alleged evidence in any of the three caeses - that was to have eluded destruction - such as a robe - jeans - swab - or piece of cloth - thus - WHERE WERE THESE ITEMS TO HAVE COME FROM - which no one has any idea nor can prove or support - via any kind of CHAIN OF CUSTODY or PROPERTY RECEIPTS?

GO TO PAGE 44



UNLESS HEARD
IN FEDERAL
COURT



JM. When this  huge cat is released - this ferline - clad in a 24 k fur coat - will fully and magnificently exposes a weath of PBC and PBSO CORRUPTION - COPULATING WITH OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY. I mean - Mr Senator - upon this coming out in global news - what do you think the alleged sisters in this WRC case - are going to feel and do TO the state - if the state sticks with their story - their case evidence  was never taken to the crime lab  for 34 years - equating to - police WEREN'T TRYING  to catch their assailant - NOR WOULD POLICE HAVE HAD ANY CHANCE OF DOING SO - HAVING NOT BROUGHT THE CASE EVIDENCE TO ITS PBSO CRIME  LAB??



JM  Surely - when the sisters sue Boca - Boca will have to CONFESS - they did take the evidence to the lab in 77 - OR - they'll  LOSE THAT SUIT CASE = up coming - ALSO!



Q. I must say Mr JM - well put. You should have been a Federal Agent working undercover investigations and cases against state and court corruption. :-)  :-)   I'm also shocked - that any county attorney - could go along with his ASAs - contriving this ridiculous story - and employ it in a circuit court. One has to wonder - what the hell Aronberg and his two ASAs Rex and Cokeky - were smoking - and - or  thinking - to pull something like this - as criminal as this truely is. I'm appalled. They all need a strong fifty years in prison - for:

1) criminally coming up with this corruption - and



2) for criminally conspiring to fraudulently use that scam story in a trial - AS THE STATE MADE A HUGE FRAUDULENT STORY - DOING? A compete moron would know - NO LAW ENFORCEMENT ANYWHERE  ON THE PLANET - is going to fail bringing such a serious case evidence - to a crime lab.

GO TO PAGE 45

100





PAGE 45R

Q. Agents - I'm again going to have you bring Boca's once detective Cruz back to the stand.

Minute later.



Q. Cruz - you're still under oath. As you're aware  - JM's vigilante PD advised - that during your interview with JM on 10-19-12 - you asked JM this question: "Did you have a friend? Some one you met in a bar? Some one you did things with?"



A. Yes sir I did.



Q. Why?.



A. Because the FS biology report revealed there was "the presence of two individual" - semens - so I thought - if it had been JM - he had to of had a friend - and I was simply trying to see if he'd admit to it and who his accomplice was - if he was even the assailant. And if there were actually two assailants - this'd make all victims liars and untrustworthy regarding any questions.

Q. You suddenly don't sound so sure now - JM was the perp?



A. Where there was two semens - and the victims all say only one - and JM definitely being cleared on the WRC via the slides - all on top of -  in 1982 he'd been cleared by both Dade -  and that decades ago regime of PBSO CRIME LAB on these very cases ( orrrrrr - he would have been arrested!!!!!!! ) - this all raises too much doubt - for even me. Besides - going on the logic -  expressed minutes ago by Arbuzow - that the FS simply grabbed any old swab and piece of cloth - yet with both items having the DNA of another male on each - obviously that WAS THE EVIDENCE FROM OTHER CASES - and where the victims in these cases - said there was only one assailant - this confirmed - JMs DNA was planted on a swab and piece of cloth unrelated to these cases - again confirming -  JMs DNA WAS PLANTED ON BOTH ITEMS. In other words - a huge WHOOPS for the state and crime lab: caught with more than their pants down for sure.

Q. Something else I'm trying to figure out - that you - having been a detective may be able to solve. When was the year that FS Sowards was to have scrounged thru the 50 to 300 decades old - all unmarked  and non individually packaged - box?

A. 2005 sir.



Q. Then this does open a keg of corrupt PBSO / PBC night crawlers -  inasmuch as - you FIRST discovered JMs DNA in  the national Codes when?



A. 2007 Sir



Q. Then how the hell was that FS to have - ALLEGEDLY made a match with JMs DNA - in 2005 - WHEN  NONE  OF YOU  EVEN  KNEW  OF  JM - OR THAT HE'D  GIVEN  HIS DNA  TO  DOC / FDLE  IN  2005??

A. Sir - are you forgetting of JM's DNA being put into Codes in 2005?



Q. Ohhhhh...you mean - the same FDLE / DOC JM 2005 release DNA FDLE put in the states codes in 2005 - that again - NONE OF YOU - INCLUDING FS SOWARDS - EVER  KNEW ABOUT UNTIL 2014/15 - when JM wrote a report revealing his 2005 DNA?   That the DNA you're referring to??   Because if that's the DNA you're referring to - you'd indirectly be saying - that the FS NOT only discovered JM and his DNA in 2005 - (by only looking at several of the 500 pieces of evidence - like that would EVER happen!! Another lottery!) - but you'd be saying - that having made a connection to JM with the alleged swab and cloth in 2005 - THIS ALL SHOULD HAVE BEEN  brought to the almighty corrupt  PROSECUTION  TABLE In 2005 - not 2012.



Q.  Perhaps you can explain why the 7 year delay in allegedly  connecting JM to the swab and cloth - if - of course -





 Sowards actually made a connection in 2005 - as a confusing line in the MOTION IN LIMINE states - seen below - JMs PD filed in Vigilante Colbaths court in 2017/18:

*****

"Nevertheless - in 2005, while going thru the same box discussed above - Celynda Sowards located items of evidence purportedly associated with this case. "

******

 Q. Again - such a discovery in 2005 - <u>wasn't only impossible</u> - but again - had that been the case - JM would have been arrested then: NOT 7 YEARS LATER!!!!

 A. Ahhh...well...for sure - FS Sowards will be on the hot seat trying to <u>answer that question</u> - (as will Moody trying to prep FS Sowards - on what to say for the federal judge) and truthfully - I see no honorable way out for her - or the state - your argument being - if any connection between JM and any alleged swab or cloth was actually found in 2005 - when no one knew of JM or his 2005 DNA - why the 7 year delay in filing charges: all just another PID warrented dismissal.!!!

 Q. What's your feelings on the prosecution fraudulently lying to the court regarding stating the WRC evidence was never brought to the crime lab for over 33 years minimum? ( 2010 minus 1977 = 33 years)

 A. <u>Being a cop myself for near three decades</u> - obviously I knew the second I heard that States scam - what they were up to - and that such a police failure to bring crucial case evidence right to the crime lab - would never ever happen. However - as to how I'd look at it - you can expect that kind if scam from the state - as FLA. has no morals at all.

 A. But if I was JM - I'd sue Arbuzow and Fox-Lent - his two trial pretenders - as they obviously knew - no law enforcement would ever - not bring evidence to they lab - yet they both PDs intentionally received JM - their client. I mean - they can kiss their bar cards good bye - for sure - and they should be arrested - for violation of 838.022 / 913.18 / 18-241 / 18-242 / 15-1512 just to list a few.

A. And what are they going to claim: that they didn't know? If there was ever a time for ...duhhhh....this is it. Common sense blares - the entire frigging purpose of collecting evidence - is to rush it off to the crime lab - to see if they can establish an assailant. In my book - the PDs are equally as guilty as Aronberg - Rex and Cokerly - or myself - and need to lose their cards - liberty - and livelihood.

Q. I couldn't agree more. Agents - back to his cage.

GO TO PAGE 46






Page 46R       PB EX AG 1

Q. Good day Ms B - Would you state your named and position in this situation?

A. My name is Pamala Jo Bondi - and I was the Florida Attorney General from 2011 to 2019.

Q. So eight years in all?

A. Correct. Two terms.

Q. And in that time - were you in compliance with all state and federal statutes and Constitutions?

A. No I was not.

Q. And why is that?

A. Because certain cases have too many unproven facts - that there is no way to prove - after a crime is decades old - and I just can't let go of speculation. I'm obsessed with cop speculation.

Q. But what about innocent until proven guilty?

A. Again - as far as I'm concern - past-cop-hype dominates.

103

Q. Do you think you ever would have won the election - if you'd those feelings available to the public?

A. Obviously not - but that's all history.

Q. Did you read - in any of JMs many reports - of the article telling of over 2,000 convicted people had been exonerated in 23 years?

A. I did.

Q. So you're well aware - the system makes countless mistakes??

A. I am aware - but still - my psyche just can't dismiss all the pointed fingers and police conjecture.

Q. On anything you read regarding JM decades ago -1) were there any arrest or CONVICTIONs?

A. Well...no - other than the one Dade charge - their own crime lab cleared him of.

Q. So rather than honor the Constitutional oath you took upon entering office - to abide by all of the laws and Constitutional mandates - you simply elected to be your own judge - - jury and executioner?

A. You could say that.

Q. You have a sister don't you Ms B?

A. Ahhh yeah - why?

Q. How would you feel - if she was blamed for something she didn't do?

A. Not very good.

Q. And what if several retired police officers from decades ago - swore they saw her killing someone - but they had no proveable evidence - and her only defense was that you could testify she was home that night - but the judge wouldn't let you testify to that fact in her trial - which a corrupt AG or prosecutor at that time - went along with - thus



they had her arrested and prosecuted on mere speculation - all on top of - the AG had one of his vigilante judges on her case - who was told to convict at all cost? How would you like that??

A. Can we change the subject? This one is making me angry..

Q. Not until you answer the question! How would you feel in that case?

A. I'd be livid! And I'd fight the system for doing that to my sister.

Q. Yet its OK for you to employ that course of corruption against JM?

A. No comment.

Q. Ms B - I'm going to quote a US Federal judge in the OLMSTEAD CASE. Tell me what this means to you.

"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you WILL) bring terrible (legal) retribution!"

A. That means .....ahhhh - that the Government can't break the laws -  just to make an accused guilty or convict an accused.

Q. Yet you've done that very thing -  by allowing unlawful speculation - totally unproven facts - to criminally and unethically and wrongfully influence you. And you looked the other way on state confessions of unlawful trials such as this below.



"JUDGE, THE DEFENSE IS GOING TO TELL THE JURY, THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS ON THE ONLY EVIDENCE WE HAVE, AND  THAT THE EVIDENCE WAS IN A LARGE BOX WITH THE EVIDENCE FROM 50 TO 300 OTHER OLD CASES, NONE OF WHICH WAS INDIVIDUALLY PACKAGED, ALL TOUCHING EACH OTHER, WITH NO PROPERTY RECEIPTS FOR 30 YEARS".



"YOU DEFENSE ATTORNEYS CAN NOT DEFEND YOUR CLIENT USING THE STATE HAS NO CHAIN OF CUSTODY FOR 30 YEARS, AND THAT THE EVIDENCE WAS NOT INDIVIDUALLY PACKAGED AND TOUCHING OTHER EVIDENCE, NOR THAT IT DID NOT HAVE ANY PROPERTY RECEIPTS FOR 30 YEARS!"



A. You'll not find that on the first trial minutes recording -  because we had it edited out - with everyone in evolved knowing - that would have both trials nulfied - and hung all of us to the same tree.

Q. Sorry Ms B - but the feds don't play when it comes to retrieving anything. You may be sure - they'll recover both pure ignorant confessions. And what does this judge quote mean?

"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE to violate laws of the state!!!!"

A. Ummm that the US Government hasn't given anyone - (INCLUDING STATE OR FEDERAL JUDGES), the lawful right for any BAR or BADGE to violated any laws.

Q. YET you blew that off also - by all of the ways JM has listed in his reports.

A. Ohhhh well.

Q. So no arrest on JM - on  anything you read - or were told?

A. Hmmmm nooooo.

Q. Any cases ever  filed on JM based on mere speculation? This - for sure - witch hunt?



A. Ahhhh....well noooo.

Q. And isn't America still prosecuting under the guise of - innocent until proven guilty?

A. It is - but we found him guilty.



Q. No Ms B - you made him guilty in these two cases - by fabricating evidence and by having vigilantes PDs assigned to his cases - and ordering them not to defend JM honorably. He had no defence whatsoever!! And I wasn't asking that question - pertaining to your two - totally corrupt trials! I was asking that - pertaining to the speculation cases?

A. Again - no comment.

Q. So you simply said - "the hell with being an honorable AG" - by criminally and in violation of numerous state and federal statutes - prosecuted JM?

A. It worked didn't it?

Q. You're about to see what a mistake that was - BELIEVE THAT!! Oouuu are you and Florida ever - "lawfully" - about to see! *MEDIA OL HEARD IN FED COURT, WHICH NO FED JUDGE DARES TO HEAR.*

GO TO PAGE 47



PAGE 47R        PB 2



Q And isn't it true Ms B - you were well aware - JM had been seriously investigated by Dade county in 1982 on similar charges?



A That would be correct. In fact - both PBC and DADE concurrently had JM under their finest microscopes - along with having obtained a zillion of his prints and every possible BIO known to man kind.



Q So here we have two different counties - in-heat detectives and crime labs -working together - employing every crime detection tool and trick of the trade - for nearly a year - and yet they couldn't find a single thing to link JM to as much as a parking ticket!   Wouldn't that be PERFECTLY CLEAR TO YOU - HE WASN'T THE SUBJECT THEY WERE LOOKING FOR?



A With dozens of cops and two crime labs nvestigating him in both counties - and obviously against any type crime - only to find absolutely nothing in Dade or PBC - OK - I admit that kind of speaks for itself. Particularly where he also had both country crime labs carving him a new one - yet they too - couldn't find squat - which - PER LAW - he'd have to be innocent".

Q Ms B, are you aware of what, "back peddling" means, in regards to discussion?

A I am.

Q Is that something you would do, - in regards to answering questions?

A No....no I don't !

Q Great, then you just testified, JM, in 1982, was under two separate counties finest microscopes, did you not?

A Ahhhhh, yeahhh, I said that.

Q And would that be the truth?

A It would!

Q. OK Ms B, so in 2012, you'd been advised that JM, in 1982, had been seriously biologically dissected in both Dade and obviously PBC - which they cant deny - having had PBSO / BOCA put a detainer on him on 5-3-82 - specifically to ascertain his every....every!

A Correct!



Q Then tell us, would PBSO Detectives, HAVE BEEN WORKING WITH DADE DETECTIVES FOR EVEN A MINUTE - never mind - nearly a year - IF the blood in the PBSO - PBC - BOCA CASES ASSAILANT - WASN'T EXACTLY the same, as the DADES ASSAILANT??



A. Ahhhhh, ummmm, no, I guess that is a NUMBER ONE prerequisite, as if the blood wasn't THE VERY SAME BLOOD - in both counties cases  - where they thought they had the same assailant - THEY WOULDN'T HAVE BEEN WORKING TOGETHER - HAD IT NOT BEEN THE SAME BLOOD AND THUS - THE SAME PERP.

Q No backpeddling!

A Ahhhh, no, no back peddling.



Q Then would you be kind enough to tell us -what Dade County Crime Lab came up with - when analyzing JMs every solid inch - with every type of print and bio Dade collected - then tried matching with every opened cases - of every type of crime in Dade County?







A Ahhhhh, well, again - as I said above -  the Dade Crime lab, after running you, I mean, JM, against EVERY OPENED CASE OF ANY KIND, HAD TO ANNOUNCE -  THEY HAD THE WRONG ACCUSED!! THEY COULDN'T FIND ANY CASE, OF ANY KIND, TO MATCH JMs bio specs.

Q. And of course, being an AG, you  believe in, and go by, innocent until LAWFULLY PROVEN GUILTY

A Ummmmmm...welllll no. Florida all knows - that went out decades ago. Everyone is automatically guilty in Florida these days -  based on the police make no mistakes.



Q. Ms B - lets change the subject.  Tell us about you having both the states Codis and federal Codis edited of JMs  2005 FDLE / DOC RELEASE DNA?

A. Oh - that! What a cluster - - - - that was. May I simply insert one of JMs Columbo reports on the codis issue  - that turns my hair gray in an FCI.

Q. Great idea. Do that.

A. OK - but again -  JM wrote this - not me - the bastard!

JM: "It all began - when  "they" had corrupt deputies ransack my legal box in in my jail room - in search for those 4 letters their own crime lab authored that did, in fact, on the surface, initially aim guilt my way, UNTIL.....UNTIL, I detailed in one of my reports, that my 2005 FDLE/DOC had also taken my DNA IN 2005, and had it was put in the FBI's CODIS DATA BASE IN 2005, yet NEVER MATCHED EITHER OF THESE TWO CASES - THEY CLAIMED MY 2007 DNA WAS TO OF MATCHED.

****^

    FROM THE PBSO CRIME LAB ADMINISTRATORS
              DEPO - TARA SESSA
         FROM PAGE 15. -  LINES  4 - 15
                IN 2016 or 2017

Q.  OK for example - somebody is in court this morning - pleads guilty to a felony - and they get a swab in the mouth - that gets mailed STRAIGHT TO TALLAHASSEE?

A.  Correct

Q.  They pull out the profile - then put it in the states database?

A.  Yes. And then the offenders are UPLOADED ALSO TO NATIONAL (CODIS)

Q.  DOES EVERY (EVERY) OFFENDER GET UPLOADED TO NATIONAL?

A.  YES!!

*****

Q So - no matter what the state or you tries to claim - his 2005 DOC RELEASE DNA was FDLE-DOC acquired in 2005 - and put into both codis?

A Correct - which we knew nothing about - until JM wrote another of his kill-us reports - with a line in it implying

"Hey Florida - if I was to have committed these crimes you allegedly linked to my 2007 - why didn't it link to my 2005 as well?"

Q. Of which - when you read that - you nearly died - so  you simply had CODIS edited of JMs 2005 DNA insertion -

*107*





because if left in - it cleared JM (in conjunction with the letters, and WHY THEY HAD TO STEAL THEM) and exposed your fraud, via having  fabricated and planted HIS DNA ON THOSE TWO PRIOR  MENTIONED  ITEMS, using HIS 2007 DNA to compare it to, NOT KNOWING,  NOT KNOWING OF HIS 2005 DNA -  ALREADY BEING IN CODIS, that YOUR fabricated DNA DIDN'T EVEN wink at - letting all non vigilantes know, JM WAS innocent!! Another huge whoops for the state, they can't try to lie their way out of - to a federal court and polygraph.



. A. Excellent memory, but now that you opened that KEG of worms, let me try and clarify it some. One bad cop, and ONLY ONE BAD FS, WORKING WITH THE BAD COP, BOTH PUT THIS ALL TOGETHER.

Q. So you're sure this all began with only two bad public servants?

GO TO PAGE 48 NEXT

PAGD 48R          PB - LAST

A. I am. Because they both knew what they were doing - was illegal as hell - and telling anyone else would be too risky - so I'm betting  it was just Boca's detective Cruz and one  of PBSO CRIME LAB FS - possibly  SOWARDS behind this initialy. Then it was another corrupt FS - who fabricated JMs DNA, THEN PLANTED  IT ON THE SWAB AND PIECE OF CLOTH, THEN THE FS GAVE IT TO THE PBSO CRIME LAB ADMINISTRATOR TO UPLOAD INTO CODIS, MORE THAN LIKELY - WITH THE ADMINISTRATOR NOT INVOLVED - at least at that time - IN ANY WRONG DOING.

A. From there, the lab gets an advisement from the CODIS  AGENTS, of a "MODERATE" ONLY MATCH - WITH JMs 2007 CODIS DNA, ALL TO THIS POINT, CHILDS PLAY TO EDIT AND MAKE HAPPEN - via Fla statute  §943.325 (16).

A. Upon the lab getting the notification, the administrator sent Cruz  four letters, (copies of which had to go in the discovery and how JM got them) all involved thought all was well. After all, the letters were fabricated to  point to JM as the assailant. It was shortly after this, JM recalled reading in a prior motion, where it mentioned his 2005 DNA, which rung loudly in his mind the fact - YES AGAIN - seen here:

 "Hhmmmm, how come - if the alleged  case evidence - matched my 2007 DNA, IT DIDNT MATCH MY 2005 ALSO"??????????????????????

A. JM then wrote a state exposing corruption report, PELICAN BRIEF STYLE, revealing what they had done, which fell into the hands of the PBC's Aronberg who panicked, and knew, if they couldnt get the 4 letters out of JMs hands, (THAT ONLY LINKED HIM VIA his 2007 DNA) a very large cat would be let out of the bag -  namely, we'd fabricated and planted his DNA on any items they claim matched his 2007 DNA - again - not knowing or matching his 2005 DNA. A huge WHOOPS for the state.

A.  Thus - why Aronberg had the jail steal the letters - knowing the letters linked to a confirmation of JMs DNA  - also being in CODIS in 2005, thus would have exposed OBSTRUCTION OF JUSTICE and CRIMINAL CONSPIRACY ON THE STATES PART - ON  A FEDERAL LEVEL - hanging many PBC public servants - and ME - PB and the current Fla AG Moody for not nullifying these unlawful convictions.

A. To prevent this from exploding and catching all involved, (having heard JM  had the letters replaced ) we knew the only hope of not being caught, and being federally prosecuted, I (Bondi)  had to get his  FDLE/DOC ACQUIRED 2005 DNA, OUT  of CODIS, WHICH WE CRIMINALLY DID, committing multiple state  and federal statute violations, including massive OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY.

A. There - I now feel released - having that off my chest.



 

PAGE 49R.       . /   PBC. APPEAL. PD. - PN

Q. Next I call JMs appeal PD - a PN.   Would you give us your name and position in these cases?

A . My name is Peggy Natale  and I was assigned to JMs case to do the 4th DCA appeal.

Q. Have you heard eveything said here today?

A I have.

Q. Then you heard JMs PD confess to being on the States side: my question to you is - were you also assigned to work with the state -  to secure JM didn't win the appeal?

A. I was. It wouldn't have made any  sence - to have our PDs lose the trial - only to win the appeal - so - yeah - I wasn't only told to do a poor job on the appeal - but to actually work with the two PBC  ASAs - so I wouldn't create any arguments they couldn't argue - so we compared notes - so to speak.

Q. Can you give me an example of how you intentionally failed to honorably represent  JM?

A. Sure. One of the people you've already questioned - oh - it was the PBSO CRIME LAB FS - Celyna Sowards - she testified the box of decades old evidence consisted of -  50 to 300 cases of mixed - commingling evidence - which really cast a good deal of doubt on whether anyone could actually find any specific case evidence in such a box of garbage - where  the amount of cases were so high - so to make it sound easier to find and more likely to the 4th DCA - I simply wrote in the appeal that the Forensic Scientist only had to search thru "two or three" - cases - to find JMs DNA - opposed to 50 to 300 -  which would have been doubtful - they'd actually have linked JM to these cases - if the FS had to actually go thru 50 to 300 cases. This made it easier for the 4th DCA to deny the appeal. And there were COUNTLESS other areas in my appeal - I weakened - to make him look guilty  -  to help the three judges at the 4th DCA - to deny the appeal.

A. Another time -  I Intentionally didn't let the 4th DCA court know in the appeal - that the PB  CRIME LAB FS - actually cleared JM of any physical assault of either  victim in the WRC case - by the vaginal smear slides TOTALLY EXCLUDING JM - so with all the other "robe" crap we were slinging in the court room - IT confused the jury to the point -  they found him guilty. Worked perfect.

Q. Allrightythen - I've heard enough from you - do you have your bar card handy?

A. I do - it's right here - she replied - handing it to the Senator - who - in turn - took a pair of scissors out of a drawer - followed closely by cutting it  into little pieces - he was so irate - prior to handing each piece back - one by one - as he then ordered the federal agents. "Get her out of my sight! And leave the cuffs on her while shes in the holding cell."

  Ms N - you're soooo under arrest - it would take me an hour to tell you. You will never see another trial again - but you're own. You've pulled this obstruction of justice and criminal conspiracy ON THE WRONG PERSON - in many more ways than five! Get her out of my sight. Good God - all taking place in America!  What a patheticly evil state Florida is.

****************************************************************************

Q. Next I call SA  DA to the stand. Would you give us your name and position?

A. My name is Dave Aronberg - and I'm the Palm Beach County State Attorney - and I was the state attorney who prosecuted JM in 2018.

Q. Well....well.....well - I feel like I'm standing in front of a real criminal. Have you heard everything all of  your accomplices in crime have said about you and each other?

   



A. Unfortunately - yes. They're all snitches and just as guilty as I am - and Bondi is a hundred times worse. Is there any kind of deal I can make with you sir?

Again a full Senate laughter.





Q. Aaahhhh - no - there's nothing you could say - to keep you in liberty - for what you and Bondi have done to Americas and Florida's judicial system - and an American citizen - and his loyal loving wife. This is worse than a sex crime - WHICH IS GOING TO - I ASSURE ALL OF YOU - MAKE Mr RED TIE - STEAM - WHAT YOU'VE ALL DONE IN HIS VERY HOME STATE - COUNTY - AND CITY - and front yard. Tell us about Bondi and Codis?

PLEASE GO TO PAGE 50





PAGE 50 RD

A. What a disaster that was. As others have testified - when we learned the four crime lab letters no longer convicted JM - due to his - unknown at that time - 2005 DNA not being mentioned in the letters - and the fact JM had the letters replaced - we knew our only chance of this very day never coming - was to get his 2005 DNA - (he'd given upon getting out of DOC in 2005) - out of codis - which took Bondi and her power to have it edited out of codis - under the guise with FDLE - it was a mistake.

Q. So Bondi did have codis edited of JM's 2005 / FDLE / DOC RELEASE DNA?

A. Yes sir she did.

Q. Clearly knowing - to do so was a state (Fla. Stat 838.022 / 913.18) and Federal (18-1512) crime?

A. Hey - she was the AG. It was her duty to know and besides - even knowing - - didn't matter to her. She violated anything she wanted to violate.

Q. Due to the fact - sir - I'm having a difficult time questioning you - having criminally violated and orchestrated all of the criminal activity you have - I'm not going to ask you a great number of questions - particularly where this next one - pretty much sums it up - depending on your answer. That question being - you've heard everything everyone has accused you of here today: Are they all telling the truth - and are you in fact guilty of all accusations?

A. Knowing the deck is stacked against me - I'll concede - I am guilty of all my - one time friends and fellow bar associates accused me of. From ordering Reid Scott to edit the Cruz / JM interview video of material facts that would both prove JMs innocence, to showing we had no lawful right to arrest him - to there - in fact being two male assailants in these crimes - of which we tried to pin it all on JM- to - not only knowing it was too late - due to the 775.15 (15) (a) one year DNA usage - but that JM was innocent - yeahhh - I knew it all - and simply looked the other way. How the hell could I not know it all - when everyone had to report to me - everything they did and that took place? I have no out.

Q. Not quite true Aronberg - you have one out left - that being - you're out of a job - bar card - respect - a future in politics - but you have one big "in" awaiting you: an FCI and years "behind bars". But prior to all that starting - who would you say was equally as criminal as you - or worse?

A. Pam Bondi - was worse than I was - due to her having been advised thru one bar card holder or another - of various crimes we all violated - and yet she simply looked the other way. She knew Cruz and Mello both violated JM's Constitutional rights - and knew of the video editing which is / was in violation of 838.022 and 913.18 and 18-1512 - 18-241 - 18-242 - 18-4 and various other state and federal violations - yet Bondi simply had Cruz and Mello retire to save their pensions.

A. Bondi knew of alllll the state and federal violations I'd violated - and also looked the other way. She knew Scott had the interview video edited - which again is in violation of all just listed statutes - yet blew that off. And of course - any AG who'd edit both state and federal codis of a defendants DNA due to it clearing him if left in? I mean - hey? She deserves life in prison. And a federal polygraph via JM asking her the questions - she'd get life.

Q. And what are your feelings on AG Moody regarding this injustice?

A. JM sent Moody a copy of his 1983 - advising of all these crimes all of us have criminally conspired and committed - in which Moody had the opportunity to nullify both convictions - but she chose to let her office staff sharks talk her into doing nothing - to see what JM was going to do. She too not only needs to be fired - but go to prison for not having an unlawfully convicted man released and pay him the bucks he's owed - particularly where all of us defendants have violated everything on the pages to follow.

Q. Of which I'm sure we'll find informative and factual. But due to our having heard enough from you - you are under arrest and will receive one - if not the largest sentences - for being one of the "masterminds" - knowing how much the

system loves hanging brainy criminals out to dry. Agents - a cage for this once county attorney.

GO TO PAGE 51

BONDI MAKES, WASHINGTON STEAM!

SOON



PAGE 51RD

## UNITED STATES ATTORNEY GENERALS

"JUSTICE FOR ALL ACT OF 2004"

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

### TITLE III. DNA S. A. JUSTICE FOR ALL ACT OF 2004


Section 302
ENSURING PUBLIC CRIME LABORATORY
COMPLIANCE WITH FEDERAL STANDARDS

118 STAT 2273

"(B) under go external AUDITS - (see below) not less than once every two years THAT DEMONSTRATES COMPLIANCE (what? Assures labs are in compliance!!!!) with a standard established by the Director of the Federal Bureau of Investigations.

FROM A 2015 / 16 / 17 DEPO BY T.S. LAB ADMINISTRATOR

Q. Okay, since I know you work with the database, are you familiar with the Fla. Statute § 943.325?

A. Yes

Q.Okay, and it does, it appears that it does REQUIRE LABS TO FOLLOW NATIONAL (FBI) QUALITY ASSURANCE STANDARDS?

A, Yes

Q.Okay, so in that statute when they say that the NATIONAL QUALITY ASSURANCE STANDARDS, WHAT ARE THEY REFERRING TO?

A. THE AUDIT DOCUMENT (see above (B) AND THE FBI STANDARDS, (below) AS WELL AS THE - WE'RE ALSO ISO ACCREDITED - SO WE ALSO HAVE TO FOLLOW THOSE GUIDELINES AS WELL.!!!"

The PBSO LAB ADMINISTRATOR TESTIFIED IN THE ABOVE DEPO - SHE HAD (NO CHOICE BUT) TO SECURE THE PBSO CRIME LAB "FOLLOWED" THE ABOVE ADUIT DOCUMENT OF THE FBI - RECONFIRMED BY FLORIDAS OWN:

FLA. STAT. § 943.325 (13) (a)
ANALYSIS OF DNA SAMPLES

(a) The department SHALL (NO CHOICE WHATSOEVER!!!) SPECIFY PROCEDURES - {PBSO GENERAL ORDER 532.0O - and the FBIs "JUSTICE FOR ALL ACT OF 2004" - and 18-3600 (a) (4) } FOR THE COLLECTION - SUBMISSION - IDENTIFICATION - ANALYSIS - AND DISPOSITION OF THE DNA SAMPLES (any DNA collected by police) AND DNA RECORDS COLLECTED UNDER THIS SECTION. (NEXT LINE CRUCIAL) .

THESE PROCEDURES SHALL ALSO ENSURE (guarantee) COMPLIANCE WITH NATIONAL (FBI) QUALITY ASSURANCE STANDARDS (see below) (NQAS) SO THAT THE DNA RECORDS MAY BE ACCEPTED INTO THE NATIONAL DNA DATABASE (CODIS)

FEDERAL TITLE 18-3600 (a) (4)
(4) The specific evidence TO BE TESTED is in the possession of the government (PBSO) and HAS BEEN (PAST TENSE) SUBJECT TO A CHAIN OF CUSTODY and retained under conditions sufficient to ENSURE that such evidence HAS NOT BEEN SUBSTITUTED, CONTAMINATED, TAMPERED WITH, (for alleged case DNA just being





in that box in itself - IS tampered with!!)  - REPLACED. OR ALTERED in ANY respect material to the proposed DNA testing


Yet this PBSO CRIME LAB ADMINISTRATOR  ALLOWED  UNLAWFUL  EVIDENCE  INTO  HER  PBSO CRIME LAB - AND TO BE UNLAWFULLY  TESTED BY A  FORENSIC  SCIENTIST - VIA from prior: below:


"Then tell us - how could you allow any Forensic Scientist (FS) to invest a second - analyzing evidence - 36 years old - all of which was in a large box with the alleged case evidence from 50 to 300 other cases - none individually packages - all crammed together - touching and contaminating one another - with not one item having a property receipt - thus - you had no idea where any of it came from - and ABSOLUTELY NO CHAIN OF CUSTODY - which is mandated by state § 943.325 (13) (a) and federal law (title 18-3600 (a) (4) 100% of which you knew  was so unlawful - any analyzing of said evidence was against all state and federal statutes nation wide??   Isn't that also what you testified to - in a YOUR deposition seen ABOVE??"

WHEN AGAIN BELOW - THE FEDS MANDATE
ALL  DNA  IS  COMPLIANT  WITH:

FEDERAL TITLE 18-3600 (a) (4)

(4)  The specific evidence TO BE TESTED is in the possession of the government (PBSO) and HAS BEEN (PAST TENSE) SUBJECT TO A CHAIN OF CUSTODY and retained under conditions sufficient to ENSURE that such evidence  HAS NOT BEEN SUBSTITUTED, CONTAMINATED, TAMPERED WITH, (being in that box - is tamperd with) - REPLACED, OR ALTERED in ANY respect material to the proposed DNA testing.

AND MORE "JUSTICE FOF ALL
ACT OF 2OO4" - MANDATES

118  STAT  2267

(B)_(5)  "To ENSURE that DNA testing and analysis of samples from crimes - including sexual assault and other serious violent crimes - ARE CARRIED OUT IN A TIMELY MANNER"


Timely manner? Thirty six years AFTER the alleged case's DNA were even yanked apart from being crammed together -  for three and a half decades????  That's a timely manner? No!  Thats a violation of a federal mandate - not merely a suggestion!! And why is the FBI and USAG mandating DNA be tested and analyzied in a timely manner? Because they know  -  DNA looses ability to acquire a 100% accurate profile over a period of time -(unquestionably far too much - over 36  YEARS!!)  to the point - it can't produce a TRULY ACCURATE  PROFILE  - but even IF that wasn't the feds reason - 36 years after an alleged crime  - in which doesn't even have a lawful  CHAIN OF CUSTODY - IS AGAINST ANY AND ALL DNA MANDATES!!

And anyone claiming that statute doesn't pertain to state DNA or to these cases in anyway - would then be saying - it wasn't necessary to have tested or analyzed the alleged swab of cloth - in a timely manner - AS IF there's ever an exception to that mandate!!

118  STAT  2281

"The (circuit) court may order DNA testing by another qualified laboratory IF THE COURT MAKES ALL NECESSARY ORDERS TO ENSURE (ENSURE) THE INTEGRITY (INTEGRITY)  of the specific evidence AND RELIABILITY OF THE TESTING PROCESS and test results" .

PAGE 52  NEXT

115



PAGE 52RD

INTEGRITY? Clearly the above blares - to "WHAT DEGREE" - the feds demand state courts must be federal 18-3600 (a) (4) compliant (ON A STATE DNA ACQUISTION LEVEL) or - said differently - how the feds outright hold the circuit state courts responsible for a lawful DNA acquistion - by another qualified laboratory - ONLY "IF" THE COURT MAKES ALL  NECESSARY DEMANDS TO ENSURE (ENSURE) THE INTEGRITY (INTEGRITY) of the specific evidence - AND RELIABILITY OF THE TESTING PROCESS and test results: Thus  If 18-3600 doesn't prove the feds DNA standards are crucial - nothing will.



 THIS AGAIN CLEARLY SHOWS  AND PROVES - the feds would NEVER ALLOW ANY CASE DNA TO BE USED - IN ANY KIND OF STATE CASE - IN WHICH WASN'T OF "INSURED INTEGRITY"!! Which means - there is no way the USAG or FBI would have ever allow the PBC DNA - to be used in the deplorable condition Florida's PBSO CRIME LAB USED IN THESE CASES -  all of which has been brought to the attention of Florida's  Attorney General - Ashley Moody - to see what she's going to do: accept JMs prior read resolution - and nullify these terribly unlawfful convictions -  or elect to let the world see how evil and criminal Florida judicial  really is.

  Or - will AG  Moody attempt  to employ the typical Florida responce - of intentionally trying to drag  this out  - by trying to implement the common - typical -  "this is up to an appellate court" - delay game - Florida THRIVES on playing  - just to keep people in prison as long as they can - innocent or not - when again - such an intentional delayed path - HAS ALREADY BEEN federally outlawed via the U. S.  Supreme Court  - and Florida's own supreme court - seen AGAIN below:



NO FED COURT CAN ALLOW A STATE TO VIOLATE ANY OF THIS!

        OLMSTEAD  VS  UNITED STATES          THIS ↓ BLOWS THIS ↓ OUT OF THE GAME  116
        227 V. S. 438, 469, 471, 48 s. ct 564

"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you WILL) bring terrible (legal) retribution!"

"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE - to violate laws of the state!!!!"

"Decency, security and liberty, DEMAND.....DEMAND that government officials  shall be SUBJECTED TO THE SAME RULES OF CONDUCT THAT ARE COMMANDS TO THE CITIZENS!!!"

"Under one of these alternative theories the rule's foundation is shifted to the sporting contest thesis that the Government MUST PLAY THE GAME FAIRLY and CANNOT BE ALLOWED TO PROFIT FROM ITS OWN ILLEGAL ACTS!!!!"

     U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012).          "Through the Supremacy clause of the United States Constitution,
     State and Federal courts alike, ARE BOUND....BOUND TO GUARD
      AND PROTECT  RIGHTS  SECURED BY THE   CONSTITUTION.!!!"

        U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
        129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
     "A state CAN NOT REFUSE TO APPLY THE SUBSTANTIVE
          PROTECTIONS OF A FEDERAL STATUTE

    AS  WELL AS - FLORIDA'S  OWN  SUPREME  COURT

        Campbell Vs State 935 So 29  614,  620
        State Vs Schwartz.  WL 9250470

The (Fla) Supreme court went on to disagree with the  States claim that the DUE PROCESS defense was UNavailable to predisposed defendants and found that, based on the DUE PROCESS provision of article 1, section 9



of the Florida CONSTITUTION, that GOVERNMENT MISCONDUCT (GM) - which violates the constitution DUE PROCESS RIGHTS of a defendant predisposition - REQUIRES THE DISMISSAL OF CRIMINAL CHARGES!!!!!!

Now - I'm no Einstein - but does it really take one - to comprehend this above is Florida's (over the state AGs) Supreme Court - megaphoning to all Florida bar and badge....

...."Hey - check this out: We know they'll be cases you become personally entrenched in - in which you just can't let go of. Cases you ache inside to close. But the fact is - "The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE - to violate laws of the state!!!!" And that includes YOU . YES - YOU FLA!



"And we - here - in the Fla. supreme court - are here to make sure you're going to extend every U. S. Citizen - their Constitutional Civil Rights - and you can't do that - by committing EVEN ONE - LET ALONE - TWO DOZEN ACTS OF GOVERNMENT MISCONDUCT - particularly - intentionally - willfully and KNOWINGLY?? I mean - hey? You'd expect our government to honorably formulate a case on you - or one in your family - wouldn't you? Well - so does everyone else.



"This wears a translation of - if you Fla. violate anyone's Constitutional Civil Rights - either via the Florida or U. S. Constitution - walk away! You blew it!! Our laws are to protect all of us - and truth is...."Decency, security and liberty - DEMAND that government officials shall be SUBJECTED TO THE SAME RULES OF CONDUCT THAT ARE COMMANDS TO THE CITIZENS!!!". OPTIONAL? ABSOLUTELY NOT - NOT WITHOUT THEN VIOLATING FEDERAL TITLE 18-241 and 18-242 - WHICH WOULD THEN BE IN VIOLATION OF MULTIPLE UNITED STATES SUPREME COURT RULINGS AND U. S. CONSTITUTIONAL MANDATES."

117

      LET IT GO FLORIDA - OR WASHINGTON WILL
        MAKE YOU WISH YOU HAD!!!!




IF this has been made available to the federal court - the Florida AG - Ashley Moody has in fact elected to look the other way - on all mentioned state and federal violations - concurrently assaulting both the Florida and US Constitutions - specifically to spare ex AG BONDI and 22 PBC public servants - from going to prison. AS IF THAT'S NOT EXACTLY WHERE THEY'RE ALL GOING - either by the up coming federal court - or media - including AG Moody - for criminal conspiracy by not arresting all defendants in this 1983 - and not nullifying these unlawful convictions.

GO TO 53



PAGE 53RD

IT IS THE BELIEF OF THIS PLAINTIFF - THE COURT
IS MANDATED TO  HONOR ALL TO FOLLOW REPEATS



U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012)
"Through the Supremacy clause of the United States Constitution,
State and Federal courts alike, ARE BOUND....BOUND TO GUARD
AND PROTECT  RIGHTS  SECURED BY THE   CONSTITUTION.!!!"

U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A state CAN NOT REFUSE TO APPLY THE SUBSTANTIVE
PROTECTIONS OF A FEDERAL STATUTE
(18-241 / 18-242) IN ITS OWN COURT

CONCURRENT WITH

1)  Is Federally compelled to honor both above Federal and Constitutional mandates  and

2) Plaintiff believes this court  is compelled to REQUEST both the FBI and ISO - to investigate and ARREST all of the PBSO - PBC CRIME LAB Forensic Scientist and Crime Lab Administrator WHO HAVE VIOLATED ANY PBC - STATE  OR  FEDERAL  DNA  MANDATES within this 1983 -  and remove the Federal license issued to the PBSO CRIME LAB for the following (repeat) VIOLATIONS  - as NONE (NONE) OF THIS IS OPTIONAL!!

The following  - is the VERY HEART of the PBSO CRIME LABs (FEDERAL) ORDERS TO COMPLY  WITH EVERYTHING - IN ORDER TO LAWFULLY CONDUCT LABORATORY ANALYSIS  OF ANY AND ALL CASE RELATED  EVIDENCE - keeping in mind - PBSO CRIME LAB IS  OWNED  AND  OPERATED  BY PBSO  AND ALL CRIME LAB STAFF ARE PBSO EMPLOYEES WHO ARE MANDATED BELOW TO COMPLY WITH:

PBSO GENERAL ORDER 532.00

"IT is the policy of the Sheriff of Palm Beach County to maintain evidence...in accordance with FEDERAL, STATE, AND LOCAL STATUTES and court decisions (ONLY - ONLY WHEN COURTS ARE IN FULL COMPLIANCE WITH THIS GENERAL ORDER AND THE FBI and ISO). This order will apply to ALL employees!!!.  (which PBSO CRIME LAB STAFF, SURLY ARE).

CHAIN OF CUSTODY
"IT IS REQUIRED UNDER (the above) LAWS - THAT THE ITEM (swab  and  piece of cloth)  INTRODUCED TO THE COURT AS EVIDENCE DURING A  CRIMINAL  OR  CIVIL  PROCEEDING  -  IS  PROVEN  (VIA THE  CHAIN  OF CUSTODY - THE ONLY MEANS OF PROVING)  TO BE THE SAME ITEM ORIGINALY COLLECTED!

(THE STATE  AND  FORENSIC  SCIENTIST  CONFESSED  IN  BOTH  TRIALS  THEY  NEVER  HAD  ANY  CHAIN OF  CUSTODY!!!! )

A. THE CHAIN OF CUSTODY BEGINS WHEN (1976 / 77) AN ITEM OF EVIDENCE IS COLLECTED AND IT IS MAINTAINED  UNTIL FINAL DISPOSITION OF THE EVIDENCE.

B)  THE  CHAIN  OF  CUSTODY  INCLUDES  THE  NAMES  OF  ALL PERSONS HANDLING  THE  EVIDENCE THE REASON   THE  DATE AND TIME THE EVIDENCE CAME INTO THEIR POSSESSION.

(NO CHAIN = UNLAWFUL TO PROCEED!)

1) PROPER  PACKAGING  CONSIST  OF  PROTECTING  AND  SEPARATING ITEMS TO PREVENT THE LOSS,

REMOVAL, CONTAMINATION OR TAMPERING.

(PBSO CRIME LAB FORENSIC SCIENTIST TESTIFIED IN BOTH TRIALS - CLAIMED EVIDENCE WAS NOT PROPERLY PACKAGED - BUT WAS UNLAWFULLY HOUSED IN A LARGE BOX - WITH 50 TO 300 OTHER CASE EVIDENCE - NONE INDIVIDUALLY PACKAGED.)

2) PROPER SEALS CONSIST OF COVERING ALL OPENINGS OF EVIDENCE PACKAGE TO PREVENT LOSS, REMOVAL, CONTAMINATION OR TAMPERING!!

( Again - seeing how there was no kind of packaging - (on top of - no chain! ) and - to the contrary -the evidence encased and mashed with and against 50 to 300 other alleged case evidence - welds in place = CLEARLY UNLAWFUL and SERIOUSLY TAMPERED WITH)

3) EVIDENCE WILL NOT BE ACCEPTED (IN THE CRIME LAB OR COURT) UNLESS IT IS PACKAGED AND UNDER PROPER SEAL.

( This is CRUCIALLY important and this courts authorized right to honor my request to have the FBI and ISO remove the federal license of the PBSO CRIME LAB FOR INTENTIONALLY -- KNOWINGLY -- AND WILLFULLY ANALYZING EVIDENCE THEY COULD EASILY SEE - (ALL MIXED TOGETHER) - WASN'T ONLY AGAINST THE CRIMES LABS OWN STATE - COUNTY LAWS - (WHICH - AS YOU READ - MUST BE IN COMPLANCE WITH FEDERAL MANDATES) but against ALL LAWS to follow.

This court must hold the crime lab and staff accountable for violating these mandates - or Washington WILL WANT TO KNOW WHY NOT - should that be the ruling - as the claimed evidence in these cases - never should have been touched in any crime lab - nor introduced to any court.)

4) EACH ITEM OF EVIDENCE SHALL BE LEGALLY RECORDED ON THE PROPERTY RECEIPTS.

(NO PROPERTY RECEIPTS - NOTHING RECORDED - BUT ALL EVIDENCE BEING DESTROYED - THUS UNLAWFUL)

C) All sections of the property receipts - where applicable - WILL BE COMPLETED!! Each item of evidence WILL BE LEGIBLY RECORDED ON THE PROPERTY RECEIPT describing each item - as complete,y as possible. The description on the package should match the description on the property receipt .

(GET THE IMPRESSION A PROPERTY RECEIPT IS IMPORTANT?)

And this court asks - did the PBSO CRIME LAB ADMINISTRATOR KNOW OF THESE LOCAL - STATE AND FEDERAL LAWS. Again to prove the administrator and lab did know - and therefore intentionally violated countless laws and mandates - the icing on THIS cake!

FROM THE PBSO CRIME LAB ADMINISTRATORS
DEPO - TARA SESSA
FROM PAGE 15. - LINES 4 - 15
IN 2016 or 2017

Q. Okay, since I know you work with the database, are you familiar with the Fla. Statute § 943.325?

A. Yes

Q.Okay, and it does, it appears that it does REQUIRE LABS TO FOLLOW NATIONAL QUALITY ASSURANCE STANDARDS?

A, Yes

Q.Okay, so in that statute when they say that the NATIONAL QUALITY ASSURANCE STANDARDS, WHAT ARE

THEY REFERRING TO?

A. THE AUDIT (seen on prior page 46 - for the word "audit") DOCUMENT AND THE FBI STANDARDS, AS WELL AS THE - WE'RE ALSO ISO ACCREDITED, SO WE ALSO HAVE TO FOLLOW THOSE GUIDELINES AS WELL.

NEXT PAGE 54

*THE PBSO CRIME LAB BLEW OFF THE F B I AND ISO MANDATES!*

120



PAGE 54RD

IS ANY Federal judge - going to let PBSO CRIME LABORATORY  THE PBSO SHERIFFS DEPARTMENT  THE PBC PROSECUTION  AND  ALL OF THESE ACTUAL -  CRIMINAL DEFENDANTS - GET AWAY WITH ALLLLL OF THE:

1) Florida State Statutes they've violated?

2) The United States Federal Statutes they've violated?

3) The Florida Constitutional Oath they vowed to God - and to the United States Government - to "support - defend and protect" - yet have violated in countless ways?

4) The United States Constitutional Civil Right violations   mandates  Amendments  Laws  and provisions?

5) The United States Attorney Generals "JUSTICE FOR ALL ACT OF 2004" mandates and statutes?

6) The United State Supreme Court rulings - mandates  and  provisions?

7) The Fla. Supreme Court GM ruling?

.....all of which have been pitifully state assaulted -  for three and a half decades? For -  36 years - after alleged crimes -  IN WHICH THEY CAN'T EVEN PRODUCE ANY LAWFULL CHAIN OF CUSTODY FOR - which is horrifically  AGAINST ANY AND ALL DNA  MANDATES?  Would any United States Federal judge -  want WASHINGTON to read such a judge looked the other way - on any or all of this?

Plaintiff has just proven all listed above and all defendants -  HAVE IN FACT VIOLATED THE FBIs - ISOs and USAGs Federal Statutes and mandates - AGAIN and AGAIN and AGAIN confirmed with the United States Supreme Courts rullings in:

OLMSTEAD  VS   UNITED  STATES
227 V. S. 438, 469, 471, 48 s. ct 564

"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and we more than assure you - WILL) bring terrible (legal) retribution!" (by  classified - federal agent overseers)

"The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE - to violate laws of the state!"

"Decency; security and liberty, DEMAND.....DEMAND that government officials  shall be SUBJECTED TO THE SAME RULES OF CONDUCT THAT ARE COMMANDS TO THE CITIZENS!"

"Under one of these alternative theories the rule's foundation is shifted to the sporting contest thesis that the Government MUST PLAY THE GAME FAIRLY and CANNOT BE ALLOWED TO PROFIT FROM ITS OWN ILLEGAL ACTS!!!!"

U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012)
"Through the Supremacy clause of the United States Constitution,
State and Federal courts alike, ARE BOUND....BOUND TO GUARD
AND PROTECT  RIGHTS  SECURED BY THE  CONSTITUTION."

U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A STATE CAN NOT REFUSE TO APPLY THE SUBSTANTIVE
PROTECTIONS OF A FEDERAL STATUTE




Plaintiff asked this federal judge - to understand - that §3600 (4) (a) federal statute - though IS talking "of" - "post conviction" testing - THAT the POST CONVICTION evidence §3600 is referring to being tested - HAD TO OF BEEN SUBJECT TO:


"HAS BEEN (PAST TENSE) SUBJECT TO A CHAIN OF CUSTODY (which is positively NEVER OPTIONAL!!) and retained under conditions sufficient to ENSURE - that such evidence  HAS NOT BEEN substitutED - contaminatED -  tamperED WITH - replacED - or alterED - in ANY respect -  material to the proposed (lawful) DNA testing".

In other words - THERE'S NO SUCH ANIMAL AS - "post conviction" DNA in itself -  that wasn't state or federal DNA first!


It amazes plaintiff beyond words - EVERYONE apparently doesn't know - or won't accept what the above "TAMPETED WITH" even means!! Tampered with - EQUATES TO - once a FS has lawfully complied with all state and Federal DNA mandates in acquisition - handling - packaging - and has lawful property receipts - and HAS A full COMPLIANT CHAIN OF CUSTODY:  evidence of which HAS lawfully been "stored" any such evidence having been subject to allllll of that - only to then be REMOVED FROM THAT STATE OF BEING - then crammed into a large box WITH HUNDREDS OF OTHER ADAM  and  EVE DAYS EVIDENCE - all of which was NONcompliant with: individually packaged  no property receipts  all commingled  touching other evidence - thus OBVIOUSLY HAS BEEN "TAMPERED WITH" - WHICH IS AGAINST STATE AND FEDERAL DNA MANDATES! May I receive a "helloooo"?


Said differently - this - many times described box of 50 to 300 alleged antique case evidence - could not possibly be ANY more TAMPERED WITH - than its obviously been - yet all involved pretended not to see it. But - be not deceived - Washington and global media reading this 1983 - won't have any trouble seeing  everything in that box - was brutally TAMPERED WITH - and anyone who doesn't agree - IS VIGILANTE!


Thus - EVEN both trial PBSO CRIME LAB STAFF - TESTIFIED - ALL CLAIMED CASE EVIDENCE = (1 alleged swab and 1 alleged piece of cloth and an alleged robe) had been subjected to EVERY SINGLE  3600 RESTRICTION in the above and below statutes - that DEMANDS it CAN'T BE SUBJECTED TO!

All of which brutally assaults 18-241 and 18-241 - by the PBSO CRIME LAB INTRODUCING DNA - THAT WAS UNLAWFUL TO INTRODUCE TO THE ANY COURT - OR CRIME LAB - THUS NEVER LAWFUL OF BEING FEDERAL RESTESTED - which again - is in violation of 18-241 and  18-242.


3600 - is NOT talking about "post conviction" dna !! Its talking about - either PRIOR federal or state case DNA - that HAS TO BE IN COMPLIANCE - WITH 3600 STATUTE - IN ORDER FOR ANY PRIOR DNA TO BE ALLOWED TO BE RETESTED AS POST CONVICTION DNA! AND IF SUCH DNA CAN'T MEET SUCH RESTRICTIONS - SUCH EVIDENCE WAS THEREFORE UNLAWFULLY MAINTAINED AND CRIMINAL TO INTRODUCE OR USE IN ANY COURT (on earth!)


PBSO CRIME LAB intentionally - willfully - and knowingly employed evidence -  THEY ALL KNEW - couldn't possibly have been anymore in violation of EVERYTHING - having any relation to DNA - than it was.

GO TO PAGE 55

NO PAGES 123 on 124

FOR MEDIA ONLY - CLASSIFIED

PAGE 56R

15 REASONS WHY FLORIDA MANDATES AN
EMERGENCY COURT HEARING TO NULIFY
THESE TWO UNLAWFUL CONVICTIONS
GM = GOVERNMENT MISCONDUCT

NOTE: Along with the independent felonies attached to each public servant below - all will be collectively charged with OBSTRUCTION OF JUSTICE AND CRIMINAL CONSPIRACY - ALL WORKING TOGETHER.

1) 100 % of all Public Servants (PS) involved - knew the alleged DNA - was 4 years out of ANY usable time - via Fla § 775.15 (15) (a)'s one year DNA usage - unquestionably eliminating - EVEN THE fabricated DNA having had access to my FBI codis 2005 / 2007 DNA entry - and any denial of that being the truth - can only come from vigilante BAB.

2) Another totally separate charge - is due to Florida not extending me my civil rights to reap the honorability of the above - thus in violation of 18-241 and 18-241 and 18-242

3) The initial PBC ASA RS intentionally - willfully and knowingly - thus criminally - violated §838.022 and 18-1512 by concealing seriously material facts from the defense - court - media - inasmuch as the police confessed and documented the destruction of 100% of "material favorable" evidence - of which consisted of 11 finger print cards - containing 55 trial testified prints - that we're without question "material exculpatory" state - federal - and constitution mandating the dismissal of the charges - which again - is additional violations of 18-241 and 18-242.

4) Clone the above - also being "government misconduct" - (GM) also requiring the dismissal of charges - and a "Brady violation" .which also requires the dismissal of charges.

5) The PBC PBSO CRIME LAB ADMINISTRATOR intentionally - willfully and knowingly allowed 36 year old - NO CHAIN OF CUSTODY - state - federal - and constitutional unlawful evidence not only into a crime lab - but to be used as evidence in twin life sentence cases - committing multiple state and federal felonies in doing so.

6) A clone of the above - but additionally violated §838.022 and 18-1512 by concealing those material facts from the court - judge - defence -multiple counts of class 3 felonies.

7) A clone of above - in violation of §943.325 (13) (a) / 18-3600 (a) (4) / PBSO GENERAL ORDER 532.00 - and because of doing so - also violated 18-241 / 18-242 by instructing a FS - CS to analyze a box of alleged evidence - no one knows where it came from or anything about it - excessively in state and federal multiple violations.

8) EX AG PB - had 3 of her vigilante judges - deny 3 motions to dismiss - neither of which could NOT have legally been denied - both mandating my release - seen under #16 below.

9) I can and will prove - the PBC SA Aronberg - (with the knowledge of PB) - unlawfully had jail deputies go thru my jail room legal box - specifically to locate - then steal 4 legal letters that failed to show any connection with matching my FDLE/DOC release DNA in 2005 - SPECIFICALLY DUE TO ALL 4 LETTERS CLEARED ME OF BOTH CHARGES - thus theft and WATERGATE - GM!!!

10) Ex AG PB - criminally had both state and federal codis edited of my 2005 DNA due to - if left in - it cleared me - making PB guilty of several state and federal statutes 18-1512 - along with §838.022 - denying my rights - 18-241 / 18-242.

11) I can and will prove - the head PBC PD assigned - over a period of 6 years - 7 PDs - either directly or indirectly (as Attys or supervisors) assigned to my cases - who were specifically assigned to secure convictions for the state - in multiple violation of 18-241 / 18-242 and every state and U.S. CONSTITUTIONAL RIGHT A PERSON HAS - thus clearly GM !!

12) I can and will prove - both the two female prosecutors (MR and BC) and the PBC circuit court judge ( JC) -



intentionally - willfully - joyfully - corruptly - criminally - and knowingly - all three confessed on court trial record - to knowing - both case evidence was confirmed unlawful to introduce to any court - by the FS and by the prior read administrators depo - yet all three did so - against state and federal statutes - 838.022 simply one such statute - thus EXTREME INTENTIONAL GM!!

13) Trial transcripts WILL CERTAINLY PROVE - the PBSO CRIME LAB FS - TESTIFIED IN BOTH TRIALS - that the alleged case related swab and piece of cloth - HAD NO PROPERTY RECEIPTS  WASN'T INDIVIDUALLY PACKAGED  WAS ALL CRAMMED IN ONE - TOTALLY UNSEALED BOX - COMMINGLING - TOUCHING AND SURLY - AFFECTIONATELY CONTAMINATING ONE ANOTHER - FOR DECADES  HAD NO CHAIN OF CUSTODY AT ALL  not one single aspect of which is lawful in any state or country on earth - and totally unlawful to introduce to any court worldwide -
welding in place - EXTREME GM!!

14) Ex AG Pam Bondi  and  AG Moody - are in violation of this below - for not nulfying the convictions - that were saturated with GOVERNMENT MISCONDUCT.

    Campbell Vs State 935 So 29  614, 620
    State Vs Schwartz.  WL 9250470

The (Fla) Supreme court went on to disagree with the States claim that the DUE PROCESS defense was UNavailable to predisposed defendants and found that, based on the DUE PROCESS provision of article 1, section 9 of the Florida CONSTITUTION, that GOVERNMENT MISCONDUCT (GM)  - which violates the constitution DUE PROCESS RIGHTS of a defendant predisposition - REQUIRES THE DISMISSAL OF CRIMINAL CHARGES!!!!!!!!

15) All three PBC CIRCUIT COURT JUDGES  OUTRIGHT VIOLATED numerous US Constitutional Rights during the three motion hearings as follows:

1) The motion to dismiss based on PID vs SPEEDY.

2) The motion to dismiss based on the Motion in Limine.

3) The motion to dismiss based on finger prints being MATERIAL EXCULPATORY.

In all, three motions - all three judges - violated numerous Constitutional Rights.- all 100% GM!

Defendants are guilty of OBSTRUCTION  OF  JUSTICE  AND  CRIMINAL CONSPIRACY VIA  MULTIPLE COUNTS !!

GO TO PAGE 57  NEXT





PAGE 57RD

REQUESTED RELIEF
BY PLAINTIFF JOHN A. MAC LEAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983

In lieu of the defendants  the prior AG Pamela Jo Bondi  and the current Florida AG Ashley Moody  and the numerous PBC PUBLIC SERVANTS - having wrongfully inflicted acts - and wrongful violations on plaintiff - and have criminally been allowed to take place against plaintiff in the form of multiple violation of plaintiffs U. S, Constitutional and Civil Rights - and state and Federal statute violations - and U. S. Supreme Court Provisions -  plaintiff ask this court  for the following relief.

1) Both convictions must be nullified - NEVER took place!

2)  Plaintiff must be immediately released from any and all jail or prison incarceration - no re-arrest related to any past crime accusations.

3)  The states media spokes person MUST CLEAR John A Mac Lean of both the two cases plaintiff was unlawfully convicted on - and of the Williams Rule Case with the media leaving no doubt plaintiff was in fact cleared with the media of all three cases.

4)  The 2012 arrest and NCIC records or any and all other Florida state or Federal records relating to the arrest or convictions MUST BE TOTALLY cleared of these charges and ARREST - with no trying to lead plaintiff to believe that can't be done - as we have federal laws which have made very clear - is an easy correction.

5)  A notarized letter from the  Atty General - Ashley Moody MUST BE given to plaintiff and put in THIS COURTS hearing files - AND noted on any files established within this federal hearing -  confirming plaintiff  has been cleared of these and any related  charges - and any and all related case charges have been removed from plaintiffs record - with prejudice.

6)  Plaintiff is never to be arrested again by Florida on any past case speculation or on any same or similar type of charges that were to have taken place decades ago.

7) No past - present or future Florida public servants - or anyone even remotely involved  with these cases - including but not limited to the alleged victims  - or family of alleged victims - are allowed to write anything to the media or any publishing company  about John A Mac Lean in connection with any type of sex charges - or work with any other writer / author / journalist who would write such an article - story - or book - OR BE ABUNDANTLY  ASSURED - PLAINTIFF  WILL COUNTER said article - story - or book - by plaintiff publishing a "free" and a well publisized eBook on line -  AND THIS 1983 Civil Action Suit - to include any addendum plaintiff cares to write - accompanied by any and all court rulings - comments - or "other" -  made by this federal or any other court.

8)  The state of Florida - vows that plaintiff will not be judicially harassed - by any court in Florida - or any form of law inforcement - regarding any type of alleged past sex allegations ever again in Florida.

9)  Because this 1983 Civil Rights Complaint was filed by the plaintiff - this federal court MUST deny the state - or any case defendants any right to add any additional exclusions or stipulations to THIS plaintiffs requested relief - in which the plaintiff would not approve of.

10)  This federal court ORDERS AND RESTRICTS any Florida public servant  - retired - fired - retired or still active - or any Florida Department of Corrections - prior - current or future staff member - or the company DOC has employed or taken up partnership with called JPay - to NEVER broadcast - advise - tell - reveal - write about - or in ANY WAY - SHARE - or convey ANY INFORMATION of ANY kind regarding plaintiff - gained thru JPays "Kiosk account / emails"



system - to any other living soul - or business or entity - in any capacity - for the next 100 years "and a day".

11). The state of Florida has a standing statute in the area of §960.?? that authorizes the state to pay wrongfully accused - $50,000 per year for being wrongfully convicted.   Seeing how this is a Florida Statute and this is NOT a separate request of this court for compensation - plaintiff request this court to order the state of Florida to pay in full - a total amount NO LESS THAN the amount of $400,000 (8 years of wrongfully incarceration - times $50,000 = $400,000) immediately upon plaintiffs release - in the form of a bank check any Florida bank will immediately cash - or transferred to any other bank of plaintiffs choosing.

12) All Florida Bar and Badge defendants involved in this unlawful charade of violations must have:

1) Their bar cards and - or badges <u>permanently removed</u>: absolute <u>mandatory</u> and NOT just during probationary period.

2) None of these defendants will ever <u>be allowed to run for any public office again</u> -  or be employed by any such type of office - or work for any politician -  ever again.

3) None of the defendants will be allowed to be employed in the "field" of their trade ever again in which they have any power over the liberty of others - nor work as a paralegal anywhere.

4) And if not sentenced to prison <u>- each defendant MUST BE put on "probation" for a minimum of TEN SOLID YEAR</u>s - with no chance of ending said probation any earlier - with three of the below stipulations INCLUDED:

a) Must be in their home no later than <u>9:00 PM</u>. (what's good for the goose - is far better for the gander) every night of the week.

b) No alcoholic beverages of any kind while on probation.

c) No recreational drugs or - "weed". of any kind during the probationary period.

GO TO PAGE 58R

*128*





PAGE 59RD



HOWEVER...

If AG Moody wishes to accept plaintiffs informal resolution <u>outside of the Federal Court</u> - then this below is the informal request <u>in place of the informal request if going thru the court.</u>

<u>ONLY ACCEPTABLE INFORMAL RESOLUTION</u>   ( NO SUIT COURT )

1) Both convictions must be nullified - NEVER took place!

2) Plaintiff must be immediately released from any and all jail or prison incarceration - no re-arrest related to any decades past crime accusations.

3) The states media spokes person MUST CLEAR John A Mac Lean of both the two cases plaintiff was unlawfully convicted on - and of the Williams Rule Case - with the media LEAVING NO DOUBT - plaintiff was in fact cleared with the media of all three cases.

4) The 2012 arrest and NCIC records or any and all other Florida state or Federal records relating to this arrest or convictions MUST BE TOTALLY cleared of these charges and ARREST - with no trying to lead plaintiff to believe that can't be done - as we have federal agents who have made VERY clear - is an easy correction.

5) A notarized letter from the Atty General - Ashley Moody MUST BE given to plaintiff and put in THIS COURTS hearing files - AND noted on any files established within this federal hearing - confirming plaintiff has been cleared of these and any related charges - and any and all related case charges have been removed from plaintiffs record - with prejudice.

6) Plaintiff is never to be arrested again by Florida on any past case speculation or on any same or similar type of charges that were to have taken place decades ago.

7) No past - present or future Florida public servants - or anyone even remotely involved with these cases - including but not limited to the alleged victims - or family of alleged victims - are allowed to write anything to the media or any publishing company about John A Mac Lean in connection with ANY TYPE OF CHARGES - or work with any other writer / author / journalist who would write such an article - story - or book - ORRRR BE ABUNDANTLY ASSURED - PLAINTIFF WILL COUNTER said article - story - or book - by plaintiff publishing a "free" and a well publisized eBook on line - AND THIS 1983 Civil Action Suit - to include any addendum plaintiff cares to write - accompanied by any and all court rulings - comments - or "other" - made by this federal or any other court.

8) The state of Florida - vows that plaintiff will not be judicially harassed - by any court in Florida - or any form of law inforcement - regarding any type of alleged decades past allegations ever again in Florida.

9) Because this 1983 Civil Rights Complaint was filed by the plaintiff - this federal court MUST deny the state - or any case defendants any right to add any additional exclusions or stipulations to THIS plaintiffs requested relief - in which the plaintiff would not approve of.

10) DOC PC RECORD AND PHOTO REMOVED - not simply saying "inactive".

11) FOUR MILLION DOLLARS put into my wife's bank account or any account plaintiff wants - and - five thousand in cash - upon release - all in fifties - non-debate able - for not prior accepting my informal - and for making me miss another Christmas and our birthdays (within 5 days of each others) - with my poor wife.

PLEASE GO TO PAGE 60



PAGE 58RD

The prior and last stipulation read is an official 12th relief request - which must be employed - for Ms Moody not accepting plaintiffs prior generous offer - and FOR ALLOWING all of the public servants to get away with all within. If - on the other hand - this court does not employ this mandate - said court would be showing prejudice against plaintiff by not punishing the 22 public servants in a manner PLEASING TO THEIR VICTIM - for all of their numerous violations - and pain they have caused my family and self - who are all watching this federal court case beyond comprehension.

As well - where AG Moody has already received this 1983 - it wouldn't come to too much of a surprise - if the AG will attempt to claim she has already dealt with all defendants and sanctioned them in another way - AS IF THAT WOULD EVER BE ACCEPTABLE for what they have put my poor wife and I through: having lost everything - to include our home new car business credit savings friends my parents personal possessions 8 years of my liberty with my wife - who had to go thru two major operations without me there for her - and numerous other losses.

For this reason - plaintiff STRONGLY recommends this honorable court employs the full request above - and all prior request made via relief.

PLEASE GO TO PAGE 59RD

PAGE 130 MEDIA ONLY

PAGE 60RD

D E C L A R A T I O N
by John A. Mac Lean.
P L A I N T I F F

I - John A. Mac Lean - make the following declaration that everything within this CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983 to be correct and true - based on:

1) Facts from both cases acquired from both Trial dialogue and narration.

2) Various case motion content

3) Various things said and done within and during motion hearings.

4) Various conversations with and by attorneys

5) Various confessions of wrong doing by the prosecution - judge - PBC Forensic Scientist - police officers - and various other public servants - both prior to - and during both trials - most on transcript.

6) Several victim deposition comments.

7) Various physical actions taken by public servants - after reading one or more of plaintiffs reports in which said reports caused public servants to take criminal counter action - in an attempt to cover up wrong doing.

8) Plaintiffs knowledge of Florida State and Federal statutes.

9) Plaintiffs knowledge of both the Florida and U. S. Constitutions.

10) Having seen and heard various involved public servants were covertly removed from office or case position - due to unlawful acts - or wrong doing - in which plaintiff always exposed which was always covered up by filing said moves under "career move" - which - anytime there's over 8 such moves in two to three years during the same case - implies wrong doing.

11) No criminal case - goes thru judges like water over a dam - such as these cases - with three judges having been assigned - none leaving office: all having been caught by plaintiff in one serious violation or another - of which - after exposing said violations in reports - the PBC S.A. Dave Aronberg / or the PBC Assistant AG / or The prior Fla AG Pam Bondi - had all three judges replaced from the case or take over the cases - as if a "spare tire" - after one of the main tires went BAD.

12) After plaintiff authored a criminal conduct report on PBC ASA. Read Scott. - said initial ASA was abruptly removed from the case and state attorries office - having been the head of his department - where Scott claimed to become a private attorney - having left the state attorries office for around a month - only to return to that office after plaintiff wrote another report - exposing the real reason Scott left office - due to criminal wrong doing.

13) Clear evidence PBC public defenders were on the states side - including the Appeal PD.

14) Momentary PANIC viewed in PBC ASA Marci Rex - upon my PD Arbuzow advising the court during a brief bar discussion - I was going to "TAKE OVER" the closing - with ASA Rex - knowing I could have exposed and undone - all of what they'd criminally fabricated - if I'd taken over - but in knowing the judge was on the states side - I knew he'd block anything I said - from getting to the jury - thus my reason for declining taking over - and why there is no such thing as a fair trial anywhere - due to corrupt judges dictating what the jury hears and doesn't - in itself - MURDERING "THE WHOLE TRUTH....AND NOTHING BUT THE TRUTH - AND THE U. S. CONSTITUTION.

15) Various questions asked - and things said by Boca Ration Detective Cruz during 10-19-12 police interview



16) Various things written in plaintiffs initial 4DCA brief - authored by PBC Appeal PD  Peggy Natale - that couldn't be more intentionly UNtrue - proving she was on the states side!

17) And lastly - all within -  has reflectively been based of plaintiffs best recollection of everything read - which no court can expect anymore than that - thus this WILL SERVE - as my declaration.

18)  Plaintiffs firm belief - declares - based on all the above proveable facts - taken together and combined - this 58 page  CIVIL  RIGHTS  COMPLAINT  UNDER  42  U. S. C.  § 1983 to be correct and true.


John A. Mac Lean

*John MacLean*

DATE: 6 - 16-20

CC
Countless coming

*132*

PLAINTIFF  RESPECTFULLY  MAKES  KNOWN

In hopes the federal judge who hears this case - (DEMAND FOR TRIAL - with plaintiff doing all the questioning) - doesn't take this personaly (particularly when you haven't even been assigned at this time)  again be advised - as I mentioned before -  defendant Pamela Jo Bondi had my first 1983 "fixed" - so  the court wouldn't even hear it - thus - it was NEVER HEARD - ( thus no out - for any judge to deny hearing this 1983) WHICH ISN'T GOING TO BE THE CASE WITH THIS ONE.

With Bondi still armed with corrupt judicial confidants and "big friends" power - I fully expect she will again contact her friends in high places to also have this 1983 "fixed" - in ANY WAY WHAT SO EVER -  which would not  be a wise decision - as FOR THIS COURT  to coincidently refuse to hear this 1983 - as well -  wouldn't look good to Washington - or the Washington Post - upon the literally countless  thousands will read - exactly what you just read - and any kind of ruling said federal judge makes.

Anyone honorable - who reads this - will clearly see - no greater injustices or more unconstitutional - state employed states crime - has ever taken place - thus  my wife and I respectufully ask - that you accept and realize - if this court refuses to hear this 1983 - or if the court  rules in the defendants favor - all will see - this too was surly fixed.

Plaintiff thanks this honorable court for its time and honest consideration.

John A Mac Lean
070620

GO TO PAGE 61



127

PAGE 63RD

John A. Mac Lean. #070620
Everglades Correctional Institution
1599 S. W. 187th Avenue
Miami - Florida. 33194

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN REGARDS TO PLAINTIFFS
CIVIL RIGHTS COMPLAINT UNDER 42 U. S. C. § 1983
COURT RECEIVED ON 11-14-19 @ 12:59 PM

JOHN ARTHUR MAC LEAN = PLAINTIFF

<u>PLAINTIFFS "LOSSES" DUE TO THE STATES UNLAWFUL PROSECUTION and CONVICTIONS</u>

153

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

Due to Florida's unlawful and unconstitutional prosecution and convictions - all to follow are just a few of plaintiffs and wifes losses - keeping in mind - literally none of this would have taken place or been lost - had the 22 defendants not criminally done - what they have.

FIRST: = Most outstanding was the loss of my parents last home they'd lived in for over 33 years - my wife and I remained in after my mothers death in 2008. It was due to the nature of the alleged erroneous charges - my wife and I were evicted from our home - which was also unconstitutional where - at that time - I hadn't even been found guilty and wasn't for the next six years.

Needless to say - this loss took with it - countless priceless memories of all our good and fun times in that home: - and all the great meals both of my parents cooked over the years. Then too - there were numerous family get-togethers in this home - and Christmas and Thanksgiving dinners with family resulting in meals fit for more than kings.

My dad - over the years - added one room or another - here and there - making their home more fitting for them - and his gardens outside were the most beautiful in the area. It needs to be brought to this federal courts attention - and the readers of this - up-coming WP story - that upon the loss of both my mom and dad - the house and all of their - and its personal belongings - became my "parents' to me: naturally not replacing them - nonetheless - the closest remaining thing I had - to represent them - as every direction in or outside of the home I'd look - I'd see them - from the many prior years of doing various activities.

Likewise - all my dads old work shop tools he'd had for decades - such as his hammer - screw drivers and drills - etc- were lost - with most everything else my wife couldn't take when having to leave - without a vehicle. All gone. A tremendous loss for me and my wife - where that home was also our first to live in upon being married - only to - after being evicted - my wife had to rent a cheap apartment closer to the PBSO jail - to be nearer to me.

SECOND: = I invented a "stylus" in 2010 for all touch screen devices such as the iPad when it came out in 2010 - in which my invention quickly turned into the WORLDS MOST WANTED stylus on the market - via a web site my wife and I built @ "stylus-r-us.com". This was such a rave for all on earth who had touch screen devices - that in a mere two years - with my wife and I running the business out of my parents home - we net over $266,000.00 - investing only ten or so hours a week.

My stylus became an over night success - as did the business in which my wife couldn't run - without me - thus - a loss - the business still in operation - but without my salesmanship and personal assistance - sales dropped from 18

PAGE 64RD

PAGE 2 = LOSSES

FOURTH = Due to our tremendous stylus success - we purchased a new - high end 2011 / V-8 Camaro we were making payments on - in which I customized by having it stunningly pin stripped  with all of its  windows protected by a smash proof window coating   and a very special grill  and a second alarm that disallowed anyone to get within 5 feet of the car - prior to it warning them - they'd violated its protective space: a car we named - "FIVE-O"  we  had painted on each side - on the rear of the front wheel wells - named after the TV program "Hawaii Five-O"- my wife and I always watched together - as they had the same car in that series - even to the color.

A car - so out of this world beautiful - a  police officer pull me over JUST TO LOOK AT IT - telling me he'd never seen any finer car in his life. Inside and out - I'd incorporated my magic -  the results being - we couldn't go anywhere - without people having to eliminate the gap between them and FIVE-O - to check it out - most taking pictures: all gone lost!  A 45 grand car -  when all I vowed was done.

FIFTH = And this one - makes me steam!! My poor wife - had to go through two MAJOR  OPERATIONS - within a few months of each other - one - a hysterectomy - in the hospital both times - without me at her side -- AND NOT THERE FOR HER - WHEN SHE OPENED  HER  EYES  after  coming  out  of it:  Ooommmggg - do this - to MY wife?????

Any idea what this did TO ME - in jail - both times  having a serious operation  several miles away - and I'm UNLAWFULLY stuck in jail - as innocent as the deputies - and - in most cases - MORE SO??!!    You have NO idea - having the best wife in the world - of what going thru that - did to us! Speak about victims!!!

And I couldn't even be there FOR HER - due to the 22 Florida / Palm Beach County public servants - violating every U. S. Constitutional and Civil Right they could  every United States Supreme Court provision and ruling made  every State  and Federal Statute made for public servants regarding "concealing" and "altering and editing" - concurrently VOMITING  ALL  OVER  BRADY   Even  violating  Florida's  own  Supreme  Court  rulings on "GOVERNMENT MISCONDUCT"  that mandated the charges be dismissed!!! And what? A Federal judge is simply going to look the other way on all this?!

As well - my wife had no one to take care of her after either operation while recuperating for ten days each time. And you wonder why $4,000,000? WONDER NOT! Florida's lucky its not fifty - because if I could find an HONEST. court - it WILL BE 50 - unquestionably  backed up by Washington - if left no other choice - but to take that path - (with five federal agents - one a great friend - all as livid as we are over this  - assigned to MAKE SURE  we come out of this smelling better than a rose - and ANYONE who is corruptly involved in any manner   (if the AG doesn't accept my informal in full) - said agents WILL BRING  TO JUSTICE. AG Moody will also be considerably wise - if she doesn't try to talk us down - from four million: be very certain of that!

SIXTH: = The liberty and oneness God blessed my wife and I with - we cherish more than the majority of married people - delayed - having  stolen 8 years of our lives - as the extreme "one" we are - all by 22 criminal public servants - KNOWING THAT  BOTH CASES - FROM THE JUMP - WERE UNLAWFUL - thus - this entire injustice was INTENTIONAL - WILLFUL - AND KNOWINGLY CRIMINAL ON THEIR PART - of which again -  I assure you ALL - Washington WILL make them regret - every underhanded - corrupt - criminal thing they've inflicted  - with us - having been doing great for years - with no trouble of any kind.

SEVENTH: =  We've also - not only lost our "savings" - but our "credit" couldn't be worse - on top of owing credit cards a combined debt of around 15 to 20 grand - which - due to us no longer chased by the card companies after 8 years - we could probably forget paying. That is - if we weren't Christians who will still be calling the banks AND paying them off in full. That's just "us" and the right thing to do.

And my wife - even though having had decent jobs the whole 8 years - has still had to struggle with utilities - her cell - power - and water - turned off three times  along with being two months behind in rent - constantly  near eviction - and typically eating dollar hamburgers at McDonalds many night - to keep from starving. Oh has Florida ever screwed up!



## C O N C L U S I O N

These items just listed - were only a few of the things we've lost - others - such as my wife not seeing her mom for the 8 years - due to not being able $$ to fly her to the US to visit - again - all because of FLORIDA / PBC GOVERNMENT MISCONDUCT TO THE EXTREME MAX. Eight years with not getting to hold and love her elderly - not well - mother - concurrent with my not seeing my son for eight years. Oh won't Washington love both AG Moody and Ex AG Bondi.

We now have - no home - no car - little clothing or property - no money - no credit - huge debts and bills - and have to UNRIGHTFULLY start all over: the states OWED REASON for $4,005,000.00 - the $5,000 cash upon release.

Florida - just imagine - if this entire MANUSCRIPT HAS TO appear in the WP - or in any other way - brought to the real full Senate - or country. Just imagine what they'd do "TO" all of you - to INCLUDE ANY FEDERAL JUDGE or Magistrates - if they were to look the other way on this insane travesty of justice?

Any judge that doesn't seriously rule in plaintiffs favor - and comply with ALL of Plaintiffs requested and seriously warrented sanctions against all 22 public servants - wouldn't go over well with anyone in our great country of America - or anywhere else - making a MOCKERY out of our U. S. Constitution. Can you hear US now???

John Mac Lean
12-21-19

FEDERAL and WP EVIDENCE #56

*136*

*PAGES 137 AND 138 FOR MEDIA ONLY*



PAGE 62RD

### DEMAND FOR TRIAL

It is the belief of this plaintiff - that because the defendants have in fact committed all of the violations  with-in this1983 - mixed with the pitiful corruption in Florida -  and the States ability to have things "fixed" - it is the plaintiffs belief his request for a trial won't be honored.

Naturally - such a denial will - in itself - be in violation of Federal Title 18-241 and 18-242 - which wouldn't be taken in any other way - than prejudice. It is also seen in advance - that if this court does permits this case for trial - plaintiff will be denied - (by which ever judge who hears this trial) - asking defendants very specific questions - of which i will request the judge mandates the defendants to answer each and every question - with no pleading the fifth - or request to request to see their attorney.

### WHY SHOULDN'T DEFENDANTS HAVE
### THE RIGHT TO PLEAD THE 5TH?

### STATE OF FLORIDA CONSTITUTIONAL PS  OATH

"I DO SOLEMINLY SWEAR ( or affirm) THAT I WILL SUPPORT - PROTECT - AND DEFEND - THE CONSTITUTION AND GOVERNMENT OF THE UNITED STATES (even before Florida)......AND OF THE STATE OF FLORIDA  THAT I AM DULY QUALIFIED TO HOLD OFFICE - UNDER THE CONSTITUTION OF THE STATE AND THAT I WILL WELL AND  FAITHFULLY PERFORM THE DUTY OF (title of office) ON WHICH I AM NOW ABOUT TO ENTER. SO HELP ME GOD!!!

Seriously note these things:

1) Every Florida bar and badge (BAB) vowed under oath - they -  "SOLEMINLY SWEAR ( or affirm) THAT THEY WOULD  SUPPORT - PROTECT - AND DEFEND - THE CONSTITUTION AND  GOVERNMENT OF THE UNITED STATES" = of which - this Federal Court represents the government of the United States - and - in order for each oath taking public servant defendant to "support - protect and defend" - the United States Government - they can't be allowed to not answer every question asked of each - with questions being asked regarding their judicial activity during the  time period of defendants acting in their "OFFICIAL CAPACITY" - which the oath pertains to.

GO TO PAGE 63RD





a day - to 2 a month - a clear indication I was the heart of SRU - as the email reviews on the site reveal.

We not only lost all of our global customers all around the world - but THEY LOST US - as we were the ONLY company on earth - that made various models of telescoping stylus in which permitted the paraplegics and other handicapped to use their touch screen device - now - no longer available for the handicapped people anywhere on earth - with me in jail.  Good going Florida - won't the world love you.

Anyone reading this - should check out the email reviews on our web site and look at the video on the video link of one of our customers in Hawaii - who has no arms from birth - yet - due to my stylus - was able to use any touch screen she has - her last - an iPad in which I asked her husband on the phone -  if I  paid for half of a new iPad - could he pay for the other half. In  agreement - I  was able to put more than a smile on his wifes' face - as one would see on her videos of which I dare you - AG  Moody - and ex AG Pam Bondi - to watch -  on our site.

I also personally called every paraplegic I could world wide -  after they'd placed an order - to see if I could customized their requested telescoping stylus - and to ask if there was any other way I could help them - often sending them two stylus - for the price of one - and more times than not - (as my wife would verify) - I'd do this - crying on the phone - their disability  messed me up so. Read our email reviews - and you'll see how great of a company we were - robbed by the 22 criminal public servants. Who'd they rob? My wife and I - and all the physically handicapped around the WORLD who counted on us - to give them the ability to play with their device.

Truth is - my wife and I built that beautiful business from scratch - and had a blast doing so:  Our livelihood  - criminally ripped off and ruined - by Florida public servants - who swore to be honorable representatives for the state and county. They lied!

THIRD: = Though my wife was able to save a number of my personal possessions - there were many others - she couldn't - without a vehicle thus all a loss for me - including a wealth if clothing - footwear - numerous power tools - and very personal property my dad and I utilized together over the years

GO TO PAGE 64 RD



PAGE 65RD

TO THE FEDERAL JUDGE WHO HEARS THIS CASE

AS you may recall in the beginning - plaintiff advised  - he's NOT expecting this honorable court to decide innocence or guilt - nor decide if the the jury made the right or wrong decision.



Your only Constitutional responsibility and Oath to GOD  the United States Government   Citizens of the United States, - and to my poor wife and I who are clearly -  for sure - "THE VICTIMS"  in this pitiful injustice having lost 8 years of being together and everything else we owned - is for you to RECOGNIZE THE DEGREE the defendants have violated countless 18-241 and 18-242 Constitutional Civil Rights and OBSTRUCTED JUSTICE and CRIMINAL CONSPIRACY - in the process of literally using this BELOE  to follow -  as THEIR guideline  on how the defendants CRIMINALLY  planned and won  a case - the defendants  couldn't honestly have won otherwise. That's should be your target and goal.





"To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more then assure you WILL) bring terrible (legal) retribution!"

FOOT NOTE / NLT BIBLE = ISAIAH 10:1
GOD WILL JUDGE UNJUST JUDGES AND THOSE WHO
MAKE UNFAIR LAWS. THOSE WHO OPPRESS OTHERS
- WILL BE OPPRESSED THEMSELVES.  IT IS NOT
ENOUGH TO LIVE IN A LAND OF JUSTICE
- EACH INDIVIDUAL MUST DEAL
JUSTLY WITH THE POOR
AND POWERLESS

AGAIN - your requested goal is to evaluate -  that the 22 defendants have IN FACT violated plaintiffs UNITED STATES  AND FLORIDAS' CONSTITUTIONAL RIGHTS - of an individual  born and raised a United States citizen - keeping in mind - if plaintiff - wife and entire family - aren't pleased with your ruling - yes - as mentioned several times - Washington politicians    the Senate  and  Supreme Court - (via the Washington Post - being the brilliant paper they are) - WILL HAVE plaintiffs and families permission to captivate the whole world by:

1) Putting any size section of this 1983 they desire - in each daily paper for 5 to 10 days running - concurrently with

2) Inserting it WORD FOR WORD - knowing - if the Post employs this strategy - they'll sell more papers those days - than ever before - as this is trurly a Florida Pelican Brief - married to a Florida Watergate.

3) And interviewing plaintiff as they did in 1980.

Good luck judge in your decision.

Signed

John Mac Lean
(of the real Die Hard fame)

FEDERAL  and  WP EVIDENCE # 61 - IF NEEDED.

*(handwritten at top)* Q PAGES IN ALL IN THIS SECTION

*(handwritten, right)* I DID THE NOISE RIGHT TOO

$

### FEDERAL EVIDENCE #0035



*(stamp)* RECEIVED EVERGLADES C.I. JUN 19 2020 STAFF INITIALS

TO: PBC STATE ATTY DAVE ARONBERG  PBC ASA MARCI REX
PBC ASA BRENNA COKELY

Just thought you'd care to read one of my revised and strengthened subjects assured to take both - your bar card - and the cards of your two - undoubtedly star female prosecutors - by/for all three of you - clearly knowing all to follow - thus - also assuring you INTENTIONALLY - WILLFULLY and KNOWINGLY prosecuted two cases - in which you knew (having heard the Boca PD fingerprint detectives testimony  in both trials all below) that both cases never should have been filed based on his finger print testimony to follow.

For the sake of anyone reading this  - this below - is a mock Q and A between an FBI agent asking questions - and PBC State Attorney Dave Aronbergs star female ASAs - Marci Rex  and  Breanna Cokely answering - who all - clearly knew everything you're about to read - all of which is easy for a journalist to prove -  by merely asking all three if they'd WILLINGLY SUBMIT to a polygraph - unquestionably all of whom will refuse - thus proving guilt.

LET THE PBC JUDICIAL EMBARRASSMENT BEGIN

Q. Were there any finger prints left behind IN BOTH CASES by the REAL assailant - in which the alleged victims POINTED out where the assailant touched - of which police "gathered together" THOSE VERY prints - to examine against JM's??
A. Um there was.
Q. How many prints in all?
A. Ahhh...well actually - the fingerprint  police officer TESTIFIED in both trials - HE PERSONALLY acquired 11 finger print cards - with 5 prints on each - so a minimum of 55 prints were found total - from BOTH crime screens.
Q. Fifty five finger prints in all. And did he take the prints of EVERYONE in both case  homes - to see if any of the prints we're theirs?
A. He did - and  NONE MATHCHED !!!
Q. So the prints HAD TO OF BELONGED to the assailant?
A. Umm.. yeah - obviously! Duhhhh.
Q. Isn't it true - finger prints - WITNESSED  by alleged victims - PLACED  by the  assailants -  are in fact - MATERIAL EXCULPATORY?"
A. They are.
Q. And have you ever heard of:

### ARIZONA  VS  YOUNGBLOOD (1988), 488  U.S.  51
The DUE PROCESS  CLAUSE PROTECTS  A  DEFENDANT FROM (FROM)   BEING CONVICTED  OF A CRIME - WHERE THE STATE HAS FAILED (FAILED!)  TO  PRESERVE  MATERIAL  EXCULPATORY  EVIDENCE".

A. Ummmm yeah - I'm aware of that.
Q. Then tell us all - ████████████████████████████████did they find any of those 55 prints - to match even one of Mr Mac Lean's?"
A. No.
Q. So here we have the police - acquire  55 prints from the VERY Locations - the alleged victims saw the REAL assailant touch - yet none of those 55 prints match JMs prints?

A. Ahhh....well.....because THE  POLICE  DESTROYED THEM ALL and documented such destruction - was the reason there wasn't anyway of telling if they matched JMs or not.

Q. I see. And isn't it AGAIN true - victim witnessed assailant prints are  material exculpatory?
A. They were and are!!!
Q. And isn't it true - the Federal judges ruled in YOUNGBLOOD that upon a state failing to PRESERVE MATERIAL

*(handwritten at bottom)* ☆ = FEDERAL COURT COMPELLED TO HONOR
OR - OBSTRUCTION OF JUSTICE!



EXCUPLATORY EVIDENCE - REQUIRES THE CHARGES TO BE DISMISSED - which is also a Constitutional guarantee - and Brady MANDATE - not to mention - WITHOUT AN ACCUSED HAVING TO - HAVING TO - HAVING TO PROVE SAID PRINTS WERE HIS - WHERE THE POLICE DESTROYED THAT OPPORTUNITY - eliminating any way of testing said prints?

A. What can I say? We we're all ORDERED by EX AG BONDI to violate anything we had to - to get a conviction - so we did - and thats just one of the many statutes we vomited all over....=

ECCLESIASTS 5:8
Justice is being miscarried throughout the land. For every official (PBC SA ARONBERG) is under orders from higher up (FLA. EX. AG BONDI) and matters of justice get (CRIMINALLY COVERTLY COVERED UP) lost in red tape and bureaucracy


=..... Sir - JM's got us. Even if...if there's an occasional newer Federal case that belittles a prior - no case - state or Federal would over rule what we've both just quoted - either from Youndblood - Brady or the US Constitution - and what has been prior testified to - by the state - during both trials - seen below - by the very officer who acquired all 55 prints:

a) Stating that he'd acquired all 55 prints WHERE the victims said the assailant touched:  and...

b) That NONE of the 55 matched anyone else's in EITHER household / family - which sets the PERFECT case as described in Youndblood and Brady we just went over.

Now - referring to the United States Supreme Court case - ARIZONA VS YOUNGBLOOD (1988), 488 U.S. 51 - I'm going to quote several SUPREME COURT PROVISIONS and rulings in regards to what MATERIAL EXCULPATORY evidence is - in which judge Marx intentionaly - thus criminally violated - thus also in violation of all above - which state courts must be held accountable for - per the United States Supreme Court seen below:

*70 The first inquiry ( as to evidence being exculpatory) under this standard concerns the particular evidence itself. It must be of a type which is clearly relevant: a requirement SATISFIED in a case where IDENTITY is at issue by physical evidence WHICH HAS COME FROM THE ASSAILANT. Samples of blood and other body fluids - FINGERPRINTS and hair and tissue samples have been used to implicate guilty defendants AND EXONERATE INNOCENT SUSPECTS. In a case where there is NO DOUBT that the samples came from the assailant -THE PRESUMPTION MUST BE - THE EVIDENCE BE PRESERVED!!

Q . So here we have the police - acquire  55 prints
- from the VERY locations - the alleged victims saw
the REAL assailant touch - yet none of those
55 prints were PRESERVED?)



PAGE 2 NEXT



PAGE 2                                                                                            ③

" 2) Under the DUE PROCESS CLAUSE of the 14 th Amendment criminal prosecutions MUST COMPORT with prevailing notions of fundamental FAIRNESS to require the defendant be afforded a meaningful opportunity to present a complete defense.....

    A.  Ahhh...well.....because THE POLICE DESTROYED THEM ALL and documented such DESTRUCTION - was the reason there wasn't anyway of telling if they matched JMs or not.

*STATE AND FEDERAL DISMISSAL OF CHARGES*

.....To safeguard THAT RIGHT - THE COURT HAS DEVELOPED WHAT MIGHT LOOSELY BE CALLED A CONSTITUTIONAL GUARANTEE ACCESS TO EVIDENCE.  TAKEN TOGETHER  - THIS GROUP OF CONSTITUTIONAL PRIVILEGES DELIVERS EXCULPATORY EVIDENCE.....

    A.  Ahhh...well.....because THE POLICE DESTROYED THEM ALL and documented such DESTRUCTION  - was the reason there wasn't anyway of telling if they matched JMs or not.

.......INTO THE HANDS OF THE ACCUSED THEREFORE PROTECTING THE INNOCENT FROM (2) ERRONEOUS CONVICTIONS - WHILE ENSURING THE INTEGRITY OF OUR UNIVERSIAL JUSTICE SYSTEM."

    AND ALSO U. S. SUPREME COURT RULING IN BRADY

"REGARDLESS (REGARDLESS!!!!)  OF  GOOD  OR  BAD  FAITH  ON THE PART OF THE PROSECUTION - DESTRUCTION  OF  EVIDENCE  FAVORABLE TO THE DEFENSE VIOLATES  (VIOLATES!) DUE PROCESS.....

    A.  Ahhh...well.....because THE POLICE DESTROYED THEM ALL and documented such DESTRUCTION  - was the reason there wasn't anyway of telling if they matched JMs or not.

*STATE AND FEDERAL DISMISSAL OF CHARGES* 2

...... WHERE  THE  EVIDENCE  IS  MATERIAL  TO  EITHER  GUILT  OR  PUNISHMENT" ( Not  optional:  thus REQUIRERING THE DISMISSAL OF CHARGES!!)

    AND THEN WE HAVE THE PBC 4TH DCA SCREAMING AN IDENTICLE CASE - ONLY WITH A VIDEO

The 4th DCA case -  ruled as follows regarding a situation in which had the evidence NOT BEEN PRESERVED - the charges MUST be DISMISSED - of which all PBC vigilante PD's - being on the states side - wouldn't bring up in my defence - as it would have put the state in a bind. C. Conspiracy.

    STATE VS POWERS 555 So 2 d 888
" [1] [2] [3] = Based on the record presented to us - IF - (IF - IF) the appellees' performance had been video taped - (prints had been COLLECTED) and the tape (prints)  NOT BEEN PRESERVED.......

    A.  Ahhh...well.....because THE POLICE DESTROYED THEM ALL and documented such DESTRUCTION  - was the reason there wasn't anyway of telling if they matched JMs or not.

*STATE DISMISSAL OF CHARGES* 1

...we would AFFIRM the trial courts DISMISSAL OF THE CHARGES against the appellee - WITHOUT having to consider good or bad faith of the sheriffs department. An accused DUE PROCESS RIGHTS - ARE VIOLATED - IRRESPECTIVE of good or bad faith of the PROSECUTION - if the  PROSECUTION suppresses = (EXACTLY

WHAT PBC ASA SCOTT DID!!!) MATERIAL EVIDENCE favorable to the accused. Brady vs Maryland. *890

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

During the 2013 MOTION TO COMPEL PBC ASA REID SCOTT CONFESSED (AFTER CRIMINALLY CONCEALED FOR TWO YEARS - THAT MATERIAL FACT PER 838.022) that the police confession and documenting their DESTRUCTION of 24 pieces of both "MATETIAL FAVORABLE" and "MATERIAL EXCULPATORY" EVIDENCE - UNQUIVOCALLY MANDATING THE DISMISSAL OF BOTH TRULY UNLAWFUL CONVICTIONS = PER ALL ABOVE and BELOW!

The journalist reading this also needs to grasp there is no possible lawful justification for the three PBC vigilantes NOT - (NOW) - NULIFYING BOTH UNLAWFUL CONVICTIONS - PER EVERYTHING JUST READ and per the United States Supreme Court seen BELOW - nor is this a (conflict-of-interest) State appellate court requirement to resolve - when the highest court in the country already ruled BELOW everything PBC has done - WAS / IS ILLEGAL!! The state knows I was twin crime lab cleared on both cases in 1982 - which I can legal document prove - which Fla. now realizes - but don't know how to undo all their fabrication!

U.S. SUPREME COURT. RULING and  PROVISIONS IN
OLMSTEAD  VS   UNITED  STATES / 227 V. S. 438, 469, 471, 48 s. ct 564

*  "To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more than assure you - WILL) bring terrible (legal) retribution!" (GOVERNMENT MISCONDUCT = GM)

*  "The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE (TO INCLUDE BUT NOT LIMIT - ANY JUDGE OR PROSECUTOR) to VIOLATE LAWS OF THE STATE!!!  (GM)

*  "DECENCY - SECURITY and LIBERTY - DEMAND.....(DEMAND) THAT GOVERNMENT OFFICIALS  SHALL BE SUBJECTED TO THE SAME RULES OF CONDUCT THAT ARE COMMANDS OF THE CITIZENS!!!" = GM!

*  "Under one of these alternative theories the rule's foundation is shifted to the sporting contest thesis that the GOVERNMENT MUST PLAY THE GAME FAIRLY and CANNOT BE ALLOWED TO PROFIT FROM ITS OWN ILLEGAL ACTS!!!!" = GM

ALL STATES ARE REQUIRED ABOVE COMPLIANCE PER:

U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A STATE CAN NOT REFUSE TO APPLY THE SUBSTANTIVE PROTECTIONS OF A FEDERAL STATUTE IN ITS COURTS."

U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012)
"THROUGH THE SUPREMACY CLAUSE OF THE UNITED STATES CONSTITUTION - STATES AND FEDERAL COURTS ALIKE ARE BOUND TO GUARD AND PROTECT THE RIGHTS (18-241 / 18-242 ) OF THE CONSTITUTION"

GO TO PAGE 3

*100 % OF ABOVE APPLIES TO ALL STATES INCLUDING FLORIDAS JUST-US !*

§

PAGE 3.

THUS WITH ALL ABOVE BEING UNDEFENDABLE BY THE
STATE - ALL 3 PBC VIGILANTE PROSECUTORS
ARE GUILTY OF VIOLATING:

   1) Obstruction of Justice.

   2) Criminal Conspiracy.

   3) Violation of Fla. Stat. 777.03  and  777.04

   4) Violation of Fla. Stat. 838.022 / 918.13 / 817.034

   5) Federal violation of 18-1512 / 18-241 / 18-242

   6) Violation of both the U.S. and Fla. Constitutional
     Amendments and mandates

   7) U. S. Supreme Court provisions and rulings.

   8) Florida / PBC 4th DCA rulings  and  decisions

   9) GOVERNMENT MISCONUCT GALORE

And - PBC STATE ATTORNEY DAVE ARONBERG  PBC ASA MARCI REX  and  PBC ASA BREANNA COKELY -
HAVE INTENTIONSLLY - WILLFULLY - KNOWINGLY - JOYFULLY -  and  SPENDIDLY VIOLATED MULTIPLE
STATUTES  MANDATES - STATE AND FEDERAL RULINGS AND PROVISIONS IN EVERY CATEGORY
ABOVE.

GOVERNMENT MISCONUCT

One doesn't have to attend Harvard Law anymore than 22.38  minutes to understand -  EVERYTHING PBC
PROSECUTION has criminally done - is factual GOVERNMENT MISCONUCT - no two ways about it - clearly in
violation of:

Campbell Vs State 935 So 29  614,  620
State Vs Schwartz.  WL 9250470

The (Fla) Supreme court went on to disagree with the States claim that the DUE PROCESS defense was
UNavailable to predisposed defendants and found that, based on the DUE PROCESS provision of article 1, section 9
of the Florida CONSTITUTION, that GOVERNMENT MISCONDUCT (GM)  - which violates the constitution DUE
PROCESS RIGHTS of a defendant predisposition - REQUIRES THE DISMISSAL OF CRIMINAL CHARGES!

This is to say - not only does BRADY VS MARYLAND demand DISMISSAL  but  so  does the 4th DCA demand
DISMISSAL in  State vs Powers, 555 So 2 d 888 - a 4th DCA case again seen here  - ruled as follows - regarding a
situation in which had the evidence NOT BEEN PRESERVED

" [1] [2] [3] = Based on the record presented to us - if the appellees' performance had been video taped - (prints had
been COLLECTED)) and the tape (prints)  NOT BEEN PRESERVED - we would AFFIRM the trial courts DISMISSAL
OF THE CHARGES  against the appellee WITHOUT having to consider good or bad faith of the sheriffs department.
An  accused  DUE PROCESS RIGHTS - ARE VIOLATED - IRRESPECTIVE  of good or bad faith of the
PROSECUTION - if the prosecution SUPPRESSES MATERIAL EVIDENCE favorable to the accused. Brady vs
Maryland. *890

GOVERNMENT MISCONUCT    =   GOVERNMENT MISCONUCT

Mr Major Washington Media paper journalist - do you actually believe - the above criminally and rightfully exposed PBC prosecutors didn't know of - or weren't aware of all you just read on page 1 and 2? Do you actually think they didn't hear the Boca Raton police detective of the 70's - testify in both trials in 2018 - that:

1) He personally collected 11 finger print cards

2) That each card had 5 finger prints on it?

3) That he'd acquired the prints of EVERY PERSON in each crime scene dwelling and NOT ONE OF THE 55 PRINTS MATCHED ANY OF THEIRS!

4) And that Boca PD itself - destroyed and documented such destruction of all 11/55 prints in State and Federal violation of all prior listed

Do you - Mr Major Washington Media paper journalist - actually believe that two PBC prosecutors missed that confession - and in obviously hearing it - what? They didn't know allll you just read on the prior 2 pages - culminating to - both cases had no choice but to be dismissed - placed into HISTORY? Is that what you're going to believe - opposed to the truth - that being - of course they knew all on the prior 2 pages - but in place of being honorable - elected to yield to:

ECCLESIASTICS 5:8
Justice is being miscarried throughout the land. For every official (PBC SA ARONBERG / ASA REX / ASA COKELY) is under orders from higher up (FLA. EX. AG BONDI and NOW HAVING TAKEN OVER THIS CORRUPTION = AG MOODY) and matters of justice get (CRIMINALLY COVERTLY COVERED UP) lost in red tape and bureaucracy

Mr Major Washington Media paper journalist - be advised - that all just read - is only a very small portion of the States violations - of which my 149 page PELICAN BRIEF and WATERGATE = PBW clearly convicts 23 PBC public servants.

So how does AG MOODY EX AG BONDI SA ARONBERG expect to exscape this quicksand? The same way they've been doing right along - now that I'm in DOC - by having corrupt DOC HQ confidants order ECI to block both out going mail and certain terribly powerful reports such as this one - from getting printed - and if printed - from reaching outside family - and for 10000% sure - if I mailed anything to the media myself - from DOC - it would never reach its destination. ECI however is NOT IN ANYWAY AT FAULT - where ECI is compelled to do what DOC HQ commands.

Ohhh is the Florida or U. S. Legislature going to slice up a number of bar cards and badges - including AG Moody's who's been made aware of all this and looked the other way - occasionally ordering DOC not to print such exposing reports.

Signed:  John Mac Lean DOC #070620

FEDERAL EVIDENCE #0035

CC: THE FLORIDA LEGISLATURE  (via my wife) / REH / NICK / CASE FEDERAL PROSECUTOR / (and via Dave Aronberg: AG MOODY  and  EX AG BONDI and  MY WIFE  and  OUR ON-BOARD SENATOR  and  ALL WASHINGTON VIA ONE PAPER OR ANOTHER.

§  *PRELUDE FOR THE WISE!*

THE STATES TYPICAL "NO-DEFENDANT-WIN STAND POINT

What you are about to read - is the very heart and soul of Florida's corruption: Its belief - if a defendant has any arguments with the state - such a defendant MUST go through the States appeal prosscess - which sounds logical and valid in many cases - but isn't applicable in many cases  such as what Florida has criminally done TO me.

THE NORMAL APPEAL PROCESS IS WARRANTED IF
...the state has complied with all State and Federal statutes. Upon the State having complied with all laws - (and all to follow) then a defendants only recourse is the State;intentional - vicious circle - get little to no relief - dragged out for years - so called appeal process.

 If the States has Intentionally - willfully  and  KNOWINGLY violated State  and  Federal statutes ORRRR  United States Supreme Court rulings  and  PROVISIONS - as Florida has so blatantly employed in these unlawful trials against me - the States appeal process is SLAMMED to the curb - per the United States Supreme Court as confirmed below - which is repeatedly seen throughout  my reports - and for good reason: Floridia  and  Federal courts are GOING TO COMPLY WITH IT - NO OTHER WAY ACCEPTABLE!

PER THE UNITED STATES SUPREME COURT IN.....

 U.S. SUPREME COURT. RULING and  PROVISIONS IN
OLMSTEAD  VS   UNITED  STATES / 227 V. S. 438, 469, 471, 48 s. ct 564

 *    "To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more than assure you - WILL) bring terrible (legal) retribution!" (GOVERNMENT MISCONDUCT = GM)

 *   "The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE (TO INCLUDE BUT NOT LIMIT - ANY JUDGE OR PROSECUTOR) to VIOLATE LAWS OF THE STATE!!!  (GM)

 *   "DECENCY - SECURITY and LIBERTY - DEMAND.....(DEMAND) THAT GOVERNMENT OFFICIALS  SHALL BE  SUBJECTED  TO  THE  SAME  RULES  OF  CONDUCT THAT ARE  COMMANDS  OF  THE  CITIZENS!!!" = GM!

 *   "Under one of these alternative theories the rule's foundation is shifted to the sporting contest thesis that the GOVERNMENT  MUST  PLAY  THE  GAME  FAIRLY and  CANNOT  BE  ALLOWED  TO  PROFIT  FROM  ITS OWN ILLEGAL ACTS!!!!" = GM

*****************

To block the state and ANY Federal Court from claiming this doesn't apply to state courts - the below two Federal case - throw that cop-out right out the window.

 U. S. - HAYWOOD VS DROWN, 556  U.S. 729,
129 S. Ct. 2108, 173 L. Ed 2d. 920 (2009)
"A STATE  CAN  NOT  REFUSE TO APPLY  THE  SUBSTANTIVE PROTECTIONS OF A FEDERAL STATUTE IN ITS COURTS."

 U. S. - Bowling vs Parker, 882, F. Supp. 2d 891 (Ky.2012)
"THROUGH THE  SUPREMACY  CLAUSE OF THE UNITED STATES CONSTITUTION - STATES AND  FEDERAL  COURTS  ALIKE ARE  BOUND  TO  GUARD  AND  PROTECT THE  RIGHTS (18-241 / 18-242 ) OF  THE  CONSTITUTION

**********************

I will now again briefly detail how Florida is in violation of all Olmstead provisions above - beginning with:



*   "To declare that in the administration of criminal law, the end justifies the means  to declare the Government MAY COMMIT CRIMES in order to secure a conviction of a private (singular) criminal would (and I more than assure you - WILL) bring terrible (legal) retribution!" (GOVERNMENT MISCONDUCT = GM)

As read in any individual or all of my dissective reports revealing what Flordia has criminally employed - the State and  PBC prosecution has literally USED the above provision as its template to criminally prosecute me in two - terribly  unlawful trials in 2018 - as read in my reports. When this has been criminally implemented by ANY prosecution - instantly - rightfully  and  completely disarms the courts normal appeal process - as any Federal court would hopefully not make the crucial mistake of not agreeing with. This - in itself - the normal appeal process is replaced by NULIFICATION OF THE CHARGES!!



*   "The 18 th amendment HAS NOT, in terms, empowered congress to authorize ANYONE (TO INCLUDE BUT NOT LIMIT - ANY JUDGE OR PROSECUTOR) to VIOLATE LAWS OF THE STATE!!!  (GM)



Here again - the USSC makes it perfectly clear - 1) no state  no police officer  no Federal Agent - no Senator - NO JUDGE - FEDERAL OR STATE - may violate any laws of the state - which naturally includes Federal statutes - the again cause of why Florida has no choice but nulification of the charges!!!



*   "DECENCY - SECURITY and LIBERTY - DEMAND.....(DEMAND) THAT GOVERNMENT OFFICIALS  SHALL BE  SUBJECTED  TO  THE  SAME  RULES  OF  CONDUCT  THAT ARE  COMMANDS  OF  THE  CITIZENS!!!" = GM!



Cloning the sentiments above - all - to include all state Government officials - have absolutely no options - to violate anything - and this is one defendant who DEMANDS Florida to follow all laws by the state or Federal and you better believe - WE're going to see to it - by the use of media and bringing this pathetic travesty of Florida's "JUST-US" to Washington - who'll unquestionably debar  and  debadge every one of the 23 Florida public servants who have CRIMINALLY CONSPIRED in this unjustice.



*   "Under one of these alternative theories the rule's foundation is shifted to the sporting contest thesis that the GOVERNMENT  MUST  PLAY  THE  GAME  FAIRLY  and  CANNOT  BE  ALLOWED  TO  PROFIT  FROM  ITS OWN ILLEGAL ACTS!!!!" = GM



It can't be put any clearer: the GOVERNMENT  MUST  PLAY  THE  GAME  FAIRLY  and  CANNOT  BE  ALLOWED TO  PROFIT  FROM  ITS  OWN  ILLEGAL  ACTS!!!!". And that is just what Florida has done.

Fair warning Florida  and  PBC: nulifucation is your only way of WALKING. don't believe that? Remain playing Pharaoh and see if you don't lose it all!

MOCK Q + A BEGINS ON PAGE 22



RECEIVED
EVERGLADES C.I.
JUN 19 2020

John Mac Lean 6706620
Everglades Correctional Institution
1599 S.W. 187TH AVE
MIAMI, FLORIDA 32194

CONTAINS 141 PAGES
ONE HUNDRED FORTY
FIVE PAGES IN ALL

WAS TURNED IN TO FCI LEGAL/MAIL OUT
ON 6-17-20 TO SCANNED THAT DAY
//
[signature]

USPS INSPECTED

LEGAL MAIL

UNITED STATS DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK, ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

POSTAGE $008.25⁰

33128-7716

