UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80997-CV-MIDDLEBROOKS/Reid

JOHN ARTHUR MAC LEAN,

    Plaintiff,

v.

PAMELA JO BONDI, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on United States Magistrate Judge Lisette Reid's Report and Recommendation ("Report") entered on August 24, 2020, 2018 (DE 18). This is a civil rights action brought by Plaintiff, John Arthur Mac Lean, against 21 defendants alleging that his constitutional rights were violated in connection with his prosecution and conviction in two criminal cases in Palm Beach County Circuit Court. No objections to the Report have been filed and the deadline to do so expired on September 8, 2020.

Upon review of the Report, I agree with Magistrate Judge Reid's reasoning and conclusions.  Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Judge Reid's Report (DE 18) is **ADOPTED**.

(2) Plaintiff's Complaint (DE 1) is **DISMISSED WITH PREJUDICE**.

(3) The Clerk of Court shall **CLOSE THIS CASE**.

(4) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 18th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:	Counsel of Record;

John Arthur Mac Lean, *Pro Se*
DC#070620
Everglades Correctional Institution
Inmate Mail/Parcels
1599 SW 187th Avenue
Miami, FL 33194